AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| WASHINGTON AREA BICYCLIST ASSOCIATION, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jessica Bowron, in her official capacity as Acting Director, National Park Service
National Park Service
1849 C St., NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Thomas Brugato
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5515
tbrugato@cov.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*