AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| WASHINGTON AREA BICYCLIST ASSOCIATION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| DOUGLAS BURGUM, in his official capacity, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Washington Area Bicyclist Association, Inc.                                                    .

Date:    03/23/2026

/s/ Thomas Brugato
*Attorney's signature*

Thomas Brugato (D.C. Bar No. 1013523)
*Printed name and bar number*

Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956

*Address*

tbrugato@cov.com
*E-mail address*

(202) 662 5515
*Telephone number*

(202) 778-5515
*FAX number*