**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| WASHINGTON AREA BICYCLIST ASSOCIATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> DOUGLAS BURGUM, in his official capacity as SECRETARY OF THE INTERIOR; <br><br> DEPARTMENT OF THE INTERIOR; <br><br> JESSICA BOWRON, in her official capacity as ACTING DIRECTOR, NATIONAL PARK SERVICE; <br><br> NATIONAL PARK SERVICE; <br><br> SEAN DUFFY, in his official capacity as SECRETARY OF TRANSPORTATION; <br><br> DEPARTMENT OF TRANSPORTATION; <br><br> SEAN MCMASTER, in his official capacity as ADMINISTRATOR, FEDERAL HIGHWAY ADMINISTRATION; <br><br> FEDERAL HIGHWAY ADMINISTRATION, <br><br> *Defendants*. | Case No. _____ |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Washington Area Bicyclist Association, Inc. ("WABA") certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of WABA which have any outstanding securities in the hands of the

public.  These representations are made in order that judges of this court may determine the need for recusal.

March 23, 2026                                    Respectfully submitted,

                                                  /s/ Thomas Brugato
                                                  Thomas Brugato (D.C. Bar No. 1013523)
                                                  COVINGTON & BURLING LLP
                                                  850 Tenth Street NW
                                                  Washington, DC 20001-4956
                                                  (202) 662-5515
                                                  tbrugato@cov.com

                                                  *Counsel for Plaintiff Washington Area Bicyclist Association, Inc.*