AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia    ▾

| | |
|---|---|
| WASHINGTON AREA BICYCLIST ASS'N, INC. | ) |
| *Plaintiff* | ) |
| v. | ) |
| DOUGLAS BURGUM, ET AL. | ) |
| *Defendant* | ) |

Case No.    1:26-cv-0988

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DOUGLAS BURGUM, IN HIS OFFICIAL CAPACITY, ET AL. (DEFENDANTS)    .

Date:    03/23/2026

/S/ JUDITH E. COLEMAN
*Attorney's signature*

JUDITH E. COLEMAN, DC BAR NO. 980382
*Printed name and bar number*
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT AND NATURAL RESOURCES DIV.
PO BOX 7611
WASHINGTON, DC 20044-7611

*Address*

JUDITH.COLEMAN@USDOJ.GOV
*E-mail address*

(202) 305-5031
*Telephone number*

*FAX number*