**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

WASHINGTON AREA BICYCLIST
ASSOCIATION, INC.,

        *Plaintiff,*

v.

DOUGLAS BURGUM, in his official capacity
as SECRETARY OF THE INTERIOR;

DEPARTMENT OF THE INTERIOR;

JESSICA BOWRON, in her official capacity as
ACTING DIRECTOR, NATIONAL PARK
SERVICE;

NATIONAL PARK SERVICE;

SEAN DUFFY, in his official capacity as
SECRETARY OF TRANSPORTATION;

DEPARTMENT OF TRANSPORTATION;

SEAN MCMASTER, in his official capacity as
ADMINISTRATOR, FEDERAL HIGHWAY
ADMINISTRATION;

FEDERAL HIGHWAY ADMINISTRATION,

        *Defendants*.

Case No. 1:26-cv-00988-ABJ

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

In the afternoon of March 23, 2026, counsel for Plaintiff, Washington Area Bicyclist

Association, Inc., met and conferred with counsel of record for Defendants. Defendants' counsel

provided assurance that no construction work will begin in connection with the removal of the bike

1

lanes that are the subject of this litigation until, at the earliest, April 23, 2026.  Those bike lanes run along the following street segments in Washington, D.C.:

- 15th Street, NW and Raoul Wallenberg Place, SW, from Constitution Avenue, NW to Independence Avenue, SW

- Raoul Wallenberg Place, SW, from Independence Avenue, SW to Maine Avenue, SW

- Ohio Drive, SW and East Basin Drive, SW, from Maine Avenue, SW to the Jefferson Memorial

Counsel for Defendants memorialized this commitment in a subsequent email.  In light of this development, Plaintiff does not intend to file a Motion for a Temporary Restraining Order at this time.

In addition, the Parties jointly propose the following schedule to govern the briefing and resolution of a Motion for a Preliminary Injunction:

- Plaintiff files a Motion for a Preliminary Injunction on March 26, 2026

- Defendants file a Response no later than April 3, 2026

- Plaintiff files a Reply, if any, no later than April 8, 2026

- Hearing on the Motion for a Preliminary Injunction as early as April 9, 2026

- Decision on the Motion for a Preliminary Injunction requested by April 22, 2026

The parties jointly and respectfully request resolution of Plaintiff's forthcoming Motion for a Preliminary Injunction by April 22, 2026, because Defendants' commitment to refrain from work activities on the bike lanes that are the subject of this litigation currently extends only through that date.

For the foregoing reasons, the parties respectfully request that the Court enter the above-stated schedule.

March 24, 2026

Respectfully submitted,

/s/ Thomas Brugato

Thomas Brugato (D.C. Bar No. 1013523)
Gary S. Guzy (D.C. Bar No. 375977)
*Christina Coleburn (*pro hac vice* forthcoming)
*Kristin Oakley (*pro hac vice* forthcoming)
*Benjamin Rolsma (*pro hac vice* forthcoming)

COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-5515
tbrugato@cov.com
gguzy@cov.com
ccoleburn@cov.com
koakley@cov.com
brolsma@cov.com

*Attorneys for Plaintiff Washington Area
Bicyclist Association, Inc.*


ADAM R. GUSTAFSON
Principal Deputy Assistant Attorney General

BRADLEY CRAIGMYLE
Deputy Assistant Attorney General

/s/ Judith E. Coleman

JUDITH E. COLEMAN (D.C. Bar No. 980382)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611, Benjamin Franklin Station
Washington, D.C. 20044
Tel: (202) 305-5031
Email: Judith.Coleman@usdoj.gov

*Attorneys for Defendants*

3