## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

WASHINGTON AREA BICYCLIST
ASSOCIATION, INC.,

               *Plaintiff*,

v.

DOUGLAS BURGUM, in his official capacity
as SECRETARY OF THE INTERIOR;

DEPARTMENT OF THE INTERIOR;

JESSICA BOWRON, in her official capacity as
ACTING DIRECTOR, NATIONAL PARK
SERVICE;

NATIONAL PARK SERVICE;

SEAN DUFFY, in his official capacity as
SECRETARY OF TRANSPORTATION;

DEPARTMENT OF TRANSPORTATION;

SEAN MCMASTER, in his official capacity as
ADMINISTRATOR, FEDERAL HIGHWAY
ADMINISTRATION;

FEDERAL HIGHWAY ADMINISTRATION,

               *Defendants*.

Case No. 1:26-cv-00988-ABJ

## MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Washington Area Bicyclist Association, Inc. ("WABA"), respectfully moves

pursuant to Federal Rule of Civil Procedure 65(a) for a preliminary injunction, or in the alternative

a stay of the Removal Project pursuant to 5 U.S.C. § 705.[1]  The Court should enter an order enjoining Defendants from removing certain protected bike lanes that are installed near the National Mall in Washington, D.C.  Defendants' decision to remove those bike lanes (the "Removal Project") violates the Administrative Procedure Act, the National Capital Planning Act, the National Environmental Policy Act, and the Park Service Organic Act.  The Removal Project will immediately endanger human life, as demonstrated by an official safety study of this specific bike lane.  The balance of the equities and the public interest favor maintaining the status quo until a decision on the merits, with the benefit of the full administrative record, may be reached.

The basis for this motion is presented in the accompanying memorandum of law, as well as the attached Declarations.  The specific relief that WABA seeks is requested in the attached proposed order.

March 26, 2026

Respectfully submitted,

/s/ Thomas Brugato

Thomas Brugato (D.C. Bar No. 1013523)
Gary S. Guzy (D.C. Bar No. 375977)
*Christina Coleburn (*pro hac vice* forthcoming)
*Kristin Oakley (*pro hac vice* forthcoming)
*Benjamin Rolsma (*pro hac vice* forthcoming)

COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-5515
tbrugato@cov.com
gguzy@cov.com
ccoleburn@cov.com

---

[1] If the Court is unable to rule on the motion for a preliminary injunction before April 23, 2026, WABA respectfully requests that a temporary restraining order be entered to preserve the status quo until the resolution of the motion.

2

koakley@cov.com
brolsma@cov.com

*Attorneys for Plaintiff Washington Area*
*Bicyclist Association, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 26, 2026, I filed the foregoing document, and all associated documents, with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing system, which will cause these documents to be sent electronically to the attorneys of record.

/s/ Thomas Brugato

Thomas Brugato (D.C. Bar No. 1013523)

COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-5515
tbrugato@cov.com