# EXHIBIT B

## <u>DECLARATION OF ALLISON FOSTER</u>

I, Allison Foster, declare as follows:

1. My name is Allison Foster, and I am the CEO of a non-profit organization that credentials public health professionals. I am a member of the Washington Area Bicyclist Association ("WABA"). I have been a member for six years and am on the Board of Directors. The statements made in this declaration are based on my personal knowledge and the information made available to me in my duties as a member of the Board.

2. I live in Arlington, Virginia.

3. I regularly travel to and from Washington, D.C. for both professional and personal reasons and have been doing so for years. The 15th Street Bike Lane is a prominent part of my commuting route from Arlington to D.C.

4. I regularly travel to and from D.C. for work to meet with regional and national organizations connected to my professional responsibilities. Bicycling into the city using the 15th Street Bike Lane provides me with a direct, practical, and safer route to reach meetings and other work-related events. The bike lane helps me navigate a very busy area of the city with greater separation from vehicle traffic. I also use the 15th Street Bike Lane as a Virginia resident traveling into D.C. for personal reasons, including visiting restaurants, theaters, and other destinations in the city.

5. In my experience, the 15th Street Bike Lane is valuable not only because it provides a north-south connection through a heavily traveled part of the city, but also because it makes bicycling feel safer and more feasible. Removing it would make my trips into D.C. more difficult and less safe. The removal would also discourage me from biking into the city as often for work and personal activities. Without the bike lane, I would travel into D.C. less frequently. If I did travel into the city, I have to choose between a significantly longer route, or risking my life by biking with cars on streets that do not have separated bike lanes. Because of that tradeoff, I would have to travel by car more frequently, which is much more expensive than biking.

6. The 15th Street Bike Lane serves important transportation needs for people like me who live outside of D.C. but regularly travel into the city. It is an important piece of infrastructure that I actively rely on personally and professionally. I regularly use the bicycle lanes and will continue to use them if they are not removed. I will be forced to find alternate routes and methods of transportation if they close. My burden will be exacerbated as the cherry blossom festival, which has brought increased traffic to the area, has begun.

7. I learned on March 22 that the government plans to extend the lane removal beyond the 15th Street corridor and include some portion of bike lanes that run along Ohio Drive, SW and East Basin Drive. I regularly bike on lanes in this area and would continue to bike there if they were not removed. Removing lanes in this area would make my transit into D.C. more dangerous and difficult. The removal would also force me

to find alternate means of transportation that are less safe, more time-consuming, and less convenient.

8.  If the protected bike lanes are removed, I would bike along the 15th Street sidewalks.  I expect to do this despite the dangers of biking on sidewalks without protected lanes because this route is vital to my ability to move around D.C.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2026, in Washington, D.C.

_____
Allison Foster