# EXHIBIT C

## DECLARATION OF NICHOLAS JOHNSON

I, Nicholas Johnson, declare as follows:

1. My name is Nicholas Johnson, and I am employed as a Senior Fellow at the Institute on Taxation and Economic Policy.  The statements made in this declaration are based on my personal knowledge.

2. I live in Washington, D.C.

3. I have been a member of the Washington Area Bicyclist Association ("WABA") for at least 20 years and served on WABA's Board of Directors since 2021.

4. I use the 15th Street bicycle lanes nearly every day.  I use them to commute from my home in Southwest D.C. to my office near DuPont Circle.  I also use them to travel to other downtown destinations for recreation and on professional or personal business.

5. I usually ride my own bicycle, but sometimes I use a bicycle through Capital Bikeshare D.C.  I use the bicycle lanes at various hours throughout the day or and evening, including rush hour.

6. The 15th Street bicycle lanes are an essential part of the bicycle infrastructure in D.C.  They are the most important connector between Downtown D.C., as well as the Wharf and Southwest area.  I know they are also crucial for anyone traveling to Virginia via the 395 Bridge, the East Potomac Park and Hains Point, and the Jefferson Memorial.  I also observe many people use them on bicycles and scooters, including commuters, tourists, children, and adults.

7. The bicycle lanes are protected from traffic and therefore dramatically increase my safety as a cyclist.  There are many cyclists, pedestrians, cars, and buses that use 15th Street every day.  Physical separation from cars and buses, which the bicycle lanes provide, makes it much safer to ride bicycles on 15th Street.

8. The 15th Street bicycle lanes increase my willingness to commute and run errands on my bicycle because I know I can reach my destination more safely.  Since I feel safe biking, I am not driving my car or calling a rideshare vehicle, thereby reducing traffic congestion on 15th Street and beyond.  I have noticed an overall reduction in motor vehicle traffic in downtown areas, which I believe is due to the 15th Street bicycle lanes.

9. The bicycle lanes are particularly valuable to me during times of the year when the roads are very congested, such as during the National Cherry Blossom Festival, which is actively happening.  They allow me to safely coexist on the roadways with the many cars and buses that travel downtown.  They also encourage others to use non-vehicle forms of travel, making it easier for me to travel.

1

10. Removal of the bike lanes will worsen my quality of life, as well as threaten my safety and health. I will be less safe on a bicycle and reduce my use of a bicycle to reach my place of employment or complete errands. I also will be forced to rely more on other forms of transportation such as cars, which will contribute to traffic congestion. If the bike lanes are not removed, I would continue to regularly use them.

11. I learned on March 22, 2026 that the government intends to extend the lane removal beyond the 15th Street corridor to include some portion of bike lanes that run along Ohio Drive, SW and East Basin Drive. I regularly use the lanes in this area and would continue to bike there if they were not removed. Removing these lanes would make traveling to D.C. more dangerous for me. If the government removes these lanes, I will have to use other transportation methods that are more expensive, less convenient, and more time-consuming.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2026, in Washington, D.C.

Nicholas Johnson

2