# EXHIBIT D

## DECLARATION OF DAVID WACKER

I, David Wacker, declare as follows:

1. My name is David Wacker. I am an airline pilot based out of Washington's National Airport (DCA). The statements made in this declaration are based on my personal knowledge.

2. I am a member of the Washington Area Bicyclist Association.

3. I reside in Washington, DC.

4. I regularly commute between my home and DCA by bicycle, often carrying luggage for trips lasting between one and four days. On occasion, I also transport my three-year-old daughter by bicycle along this same route.

5. Since their installation, the 15th Street bike lanes, and the connected bike lanes along Ohio Drive, SW and East Basin Drive, have fundamentally transformed my commute. Before they existed, I was forced to choose between riding on crowded sidewalks, creating frequent and unsafe conflicts with pedestrians, particularly during large events such as the Cherry Blossom Festival, or riding in traffic alongside motor vehicles, where I was routinely subjected to aggressive and unsafe driver behavior. Neither option provided a safe or reliable means of transportation.

6. The protected bike lanes created a dedicated, predictable space for bicycle travel. This separation has significantly reduced conflict with both pedestrians and vehicles, improved safety for all users, and provided a reliable corridor through the city. As a direct result, I have maintained a consistent and dependable commute and have not been late for a flight in over four years.

7. Reliability and risk reduction are not abstract concerns in my profession, they are essential. As an airline pilot, I am trained to identify and mitigate hazards, particularly by maintaining separation between different types of traffic. This principle is foundational in aviation safety. The 15th Street bike lanes apply that same principle on the ground by separating bicycles from pedestrians and motor vehicles. Removing that separation would reintroduce known hazards and increase the risk of collisions and conflict.

8. The bike lanes also serve a broader public function. They enable safe access to major public spaces, including the National Mall, support commuting by essential workers such as myself and others traveling to the airport, and foster a sense of community among users. I have personally met and regularly encounter fellow airport workers who rely on this infrastructure.

9. The removal of the 15th Street bike lanes, or the bike lanes along Ohio Drive, SW and East Basin Drive, would significantly degrade the safety and reliability of my commute. It

would force me, and others, back into shared spaces with pedestrians or motor vehicles, increasing the likelihood of conflict, delay, and injury. It would also negatively impact my ability to report to work reliably, which has implications not only for me personally but for the traveling public I serve.

10. In my professional judgment, eliminating dedicated bicycle infrastructure in a high-traffic corridor is a step backward in safety. It replaces a proven, risk-reducing design with conditions that are demonstrably more dangerous..


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2026, in Washington, D.C.

_____
David Wacker

2