# EXHIBIT E

## <u>DECLARATION OF STEVEN R. BOUCHARD</u>

I, Steven R. Bouchard, declare as follows:

1. My name is Steven Bouchard, and I am a partner in a communications firm with a location in Alexandria, Virginia where I have lived for most of the last 27 years. The statements made in this declaration are based on my personal knowledge.

2. I am a member of the Washington Area Bicyclist Association ("WABA").

3. I live in Alexandria, Virginia.

4. I regularly travel to and from Washington, DC for a variety of reasons: professional meetings and events, personal meetings, including standing meetings on both Saturday and Sunday mornings, for volunteer activities, and for exercise and recreation.

5. When I travel in and out of DC, I use the 15th Street bike lanes (as well as the bike lanes on Ohio Drive, SW and East Basin Drive) whenever possible for not just convenience, as it is the quickest route between my home and the places to which I am traveling, but also specifically for safety. These lanes provide a very clearly defined delineation between motor vehicle traffic and bike traffic.

6. On the safety front, as someone who was riding on 15th Street prior to the installation of the bike lanes, I can say that travel without the lanes was unsafe to both me and to automobile drivers. I, and other cyclists sometimes slowed down traffic as it isn't always possible to keep pace. This caused a traffic flow problem behind me, and it irritated drivers. Drivers who are irritated with cyclists tend to speed up to hastily get around, and sometimes stop to yell, or to cut off cyclists very closely.

7. Vehicles making right hand turns off of 15th Street posed significant threat to cyclists prior to the installation of the bike lanes. Specifically, vehicles turning right onto Constitution Avenue, and at 15th and Independence Avenue.

8. Since the installation of the bike lanes and other cycling enhancements (bollards, better street signage and lights, the painting of the bike lanes) right hand turns no longer pose a threat as drivers clearly see where cyclists will be traveling, and the bollards prevent early turning.

9. Even the Intersection of 15th/Raoul Wallenberg and Maine has become significantly safer. Whereas vehicles used to make an illegal right hand turn of Wallenberg Place on to Maine, the introduction of the bike lanes make it virtually impossible to do so.

10. I have personally been nearly struck at each of the above intersections in the years prior to the bike lanes, and have had no problems since the installation of the lanes.

11. I often bring Virginia friends or friends from outside this region into DC on bikes. To a person they marvel at the quality, safety, and effectiveness of the 15th Street lanes. They find it to be a pleasurable and safe way to get into the city and to visit sites.

12. Based on my first-hand experience of using these lanes, I firmly believe removing these lanes would make cycling less safe, driving less safe, and will not make the vehicle traffic any quicker. Moreover, when I don't bike into the city, this route is my way out when driving as well, and the bike lanes have never been a problem in terms of speed, safety or congestion.

13. If these lanes are removed, I will likely continue to use the 15th Street/Ohio Drive/East Basin Drive route, but it will be in the road where necessary, or if allowed, on the sidewalk (which is incredibly dangerous to both pedestrians and myself).

14. I think the 15th Street and connected lanes could and should be used as a model for effective urban planning. They are a safe, reliable, practical, and attractive way to enable transportation on 15th Street by vehicles, bicycles, and on foot.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25th, 2026, in Alexandria, Virginia

Steven Bouchard

2