# EXHIBIT F

**<u>DECLARATION OF DAVID ALPERT</u>**

I, David Alpert, declare as follows:

1.  My name is David Alpert.  I am retired.  The statements made in this declaration are based on my personal knowledge.

2.  I am a member of the Washington Area Bicyclist Association.

3.  I reside in Washington, D.C.

4.  I regularly use the bicycle lanes on: 15th Street, NW; 15th Street, SW; Raoul Wallenberg Place, SW; Ohio Drive, SW; and East Basin Drive, SW ("15th Street Bike Lane Route").  I often bike three times per week in each direction to travel between my home and Arlington, Virginia to exercise at Movement Crystal City, as well as for other personal errands such as shopping and dining.

5.  The 15th Street Bike Lane Route provides me with a safe and practical route between D.C. and Arlington.

6.  When I do not travel by bicycle to Movement Crystal City, I use a personal car, which creates more pollution, costs money, and yields fewer personal fitness benefits.  The removal of the bike lanes and need to use a car in lieu of them diminishes my enjoyment of National Park Service ("NPS") land, including the National Mall and East Potomac Park.  Using cars also contributes to air pollution and greenhouse gas emissions, which threaten land preservation for my and others' future use.

7.  Before the construction of the 15th Street Bike Lane Route, I did not feel safe traveling by bicycle along this route.  When I traveled to Arlington, I did not typically consider bicycling to be a viable option.

8.  Years ago, I traveled along Maine Avenue northbound for a bicycle trip from D.C.'s SW Waterfront area.  This road segment, which is west of Raoul Wallenberg Place, SW has no sidewalks and no bicycle paths.  I was riding legally in the rightmost lane.  A police officer pulled up behind me and announced over the loudspeaker that I was not allowed to ride in this roadway.  To my knowledge, this officer was incorrect and I was allowed to ride in the roadway.  However, this experience made me feel unsafe riding in this area.

9.  I first learned on February 13, 2026 from a WABA email that the group suspected that NPS planned to remove some portions of the 15th Street Bike Route.  Removing any portion of the 15th Street Bike Route would make the trip more dangerous for me and others.

10. Without a bike lane along East Basin Drive, traveling northbound across the George Mason Bridge would force me to ride on the sidewalk along the Tidal Basin, take a substantially longer western route, or avoid bicycling altogether.  Using the sidewalk would potentially interfere with pedestrians.  Neither route would be as safe or as convenient to me.  Removing the 15th Street Bike Lane Route would lead me to bike less

1

often for these trips and drive more instead, increasing my costs, reducing health benefits, and contributing to traffic congestion.

11. I would still bike along the 15th Street route, to some extent, even without the protected bike lanes. I expect to do this despite the dangers because of how important this route is to moving around the city.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2026, in Washington, D.C.

_____
David Alpert

2