# <u>EXHIBIT G</u>

## DECLARATION OF ASHWIN JAGANNATHAN

I, Ashwin Jagannathan, declare as follows:

1. My name is Ashwin Jagannathan.  The statements made in this declaration are based on my personal knowledge.

2. I am a member of the Washington Area Bicyclist Association.

3. I reside in Washington, D.C.

4. I regularly bike throughout Washington, D.C. as a means of necessary transportation and for recreational purposes.  I have not owned a car since 2017.  I have my own bicycle and also use the Capital Bikeshare system to travel around the city.

5. The 15th Street bike lane has long been one of my favorites and most frequently used routes through the city, because it is convenient, fast, and safe. 15th Street runs through many parts of the city, including northwest D.C. near the U Street area and southwest D.C., closer to the monuments and the National Mall.  It is an important and commonly used bike lane for residents and tourists.  I regularly see people from all walks of life use the lane.

6. The most important feature of the 15th Street bike lane is that it is protected from traffic, which makes it much safer for cyclists than other routes through D.C. that lack this protective infrastructure.  Simply painting on a bike lane does little to make me feel safe, but having physical separation from cars, like the 15th Street bike lane provides, takes human error out of the equation and actively prevents crashes from happening.  This security makes me and many others feel much more comfortable biking.  Even if it requires me to travel a longer physical distance, I often re-route my trips through the 15th Street bike lane because I know I will be protected from harm.

7. Protected bike lanes, like the one on 15th Street, also reduce traffic for drivers.  Instead of having to share roads designed primarily for cars, the 15th Street bike lane allows drivers and cyclists to have their own spaces, reducing the likelihood of crashes for both people.  Protected bike lanes also reduce congestion during busy events, including the National Cherry Blossom Festival, by incentivizing travelers to opt for safe and convenient alternatives to driving, such as cycling or public transportation.

8. Removing the 15th Street bike lanes will significantly reduce my quality of life, as well as that of the many riders who use them.  The removal would subject me to greater risk of bodily harm while cycling, which I do for necessary transport.  It is riskier to bike in areas that lack protected lanes, which is why I regularly re-route my trips through the 15th Street bike lanes.  All of the alternate routes I would be forced to take if the lanes were removed would likely be less convenient and more dangerous.

9. I learned on March 22, 2026, that the federal government plans to remove bike lanes beyond 15th Street, including along Ohio Drive, SW and the East Basin Drive.  I have also used these bike lanes and removing them would make traveling through those parts of D.C.

more dangerous and difficult.  I would continue to bike in these areas if these protected lanes were not removed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2026, in Washington, D.C.

*Ashwin Jagannathan*
Ashwin Jagannathan