# EXHIBIT H

**National Park Service**
**U.S. Department of the Interior**

**National Mall and Memorial Parks**
**Date: 02/20/2026**

# ASSESSMENT OF ACTIONS HAVING AN EFFECT ON HISTORIC PROPERTIES

## A. DESCRIPTION OF UNDERTAKING

**1. Park:** National Mall and Memorial Parks

**2. Project Description:**

**Project Name:** 15th Street Cycle Track Removal and road repaving
**Prepared by:** Daniel Weldon **Date Prepared:** **Telephone:**
**PEPC Project Number:** 134934
**Locations:**
**County, State:** District of Columbia, DC
**Describe project:**
The work consists of removing existing cycle-track and bicycle-related traffic control features and restoring the roadway to a conventional lane configuration within the existing curb lines along three segments—15th St NW / Raoul Wallenberg Pl SW (Constitution Ave NW to Maine Ave SW), Maine Ave SW (15th St NW to Ohio Dr SW/East Basin Dr SW—southbound), and Ohio Dr SW/East Basin Dr SW (Maine Ave SW to the Jefferson Memorial Food Kiosk—southbound)—including removal of cycle track barriers/delineator posts and anchor bolts with restoration of resulting voids; milling and overlaying asphalt within curb faces to a maximum treatment depth of ≤ 4 inches; grinding/removing existing pavement markings within concrete bus laybys; removing bicycle signal faces and retiming/rephasing traffic signals as needed; removing bicycle route signage and installing new signage (and striping transitions) at the north and south project limits to safely transition bicyclists; and restriping the corridor to a typical cross-section of two northbound lanes and two southbound lanes (plus turn lanes where feasible), with crosswalk markings replaced in-kind on asphalt and new stop bars and lane-use arrows installed at intersection approaches as warranted.

This project supports implementation of Executive Order 14252, "Making the District of Columbia Safe and Beautiful" by advancing coordinated stewardship and improved visual quality of prominent federal public spaces through removal of roadway appurtenances and restoration of a standardized, maintainable corridor configuration within the existing roadway prism.

With the upcoming National Cherry Blossom Festival and preparations underway for Americas 250th anniversary, ensuring safe access for residents, commuters, visitors, and emergency services is a shared priority. These nationally significant events draw substantial visitation and require coordinated infrastructure planning to support mobility, security, and a positive experience for all.

**Area of potential effects (as defined in 36 CFR 800.16[d])**

**3. Has the area of potential effects been surveyed to identify historic properties?**

____ **No**
_X_ **Yes**

**Source or reference:** Washington Monument Grounds Cultural Landscape Inventory (2022)
National Mall Historic District National Register Nomination (1981, additional documentation 2016)
The Mall Cultural Landscape Inventory (2006, 2012, 2018)
Tidal Basin CLR

West Potomac Park Cultural Landscape Inventory (2022)
East and West Potomac Parks NR Nomination 01000271 (1973, updated 2001)
Events and Celebrations of the National Mall and Presidents Park South Historic Resource Survey
Summer in the Parks Special Resource Study (2019)
Thomas Jefferson Memorial Cultural Landscape Inventory

**4. Potentially Affected Resource(s):**

**Archeological Resources Present:** No

**Archeological Resources Notes:** There are no known archeological resources within the APE of the project.

**Historical Structures/Resources Present:** Yes

**Property Name:** Outlet Bridge - Res. 332 **LCS:** 46855 **Asset:** 33219000

**Property Name:** Monument Lodge - Res. 2 **LCS:** 100069 **Asset:** 00212000
**Location:** Reservation 2, 14th Street NW

**Property Name:** Constitution Avenue **LCS:** 46871 **Asset:** 81000000
**Location:** Reservation 332, Constitution Gardens, NW Washington DC

**Property Name:** External- Smithsonian American History Museum **LCS:**
**Location:** The Mall

**Property Name:** Washington Monument - Res. 2 **LCS:** 1372 **Asset:** 00220000
**Location:** Reservation 2 14th Street NW

**Property Name:** Independence Avenue, SW **LCS:** 46872 **Asset:** 82000000
**Location:** Reservation 332, West Potomac Park, SW Washington DC

**Property Name:** External- US Department of Agriculture Building **LCS:**

**Property Name:** Thomas Jefferson Memorial - Res. 332 **LCS:** 733 **Asset:** 33216001
**Location:** Reservation 332, East Basin Drive SW

**Property Name:** 15th Street, NW &SW **LCS:**

**Historical Structures/Resources Notes:** Per an executive order regarding access to public lands, NAMA is proposing to remove the cycle track as a part of a milling and overlay project for 15th street NW. NAMA will remove the existing rubber curbing and bike stops and return the space encompassed by the cycle track as a lane of vehicular traffic. The removal of the curb will return 15th Street back to a design that is in keeping with the historic character of the circulation route. The land use of the road way as a vehicular mode of transportation will continue.

15th Street is a contributing circulation corridor of the NAMA portfolio. The road was first platted in the L'Enfant Plan and extended in subsequent decades by the US Army Corp of Engineers and the Office of Public Buildings and Grounds and incorporated into the transportation network of Washington DC.

**Cultural Landscapes Present:** Yes

**Property Name:** The Mall, Reservations 3,3B, 4,5,6 **LCS:**
**Location:** Reservation 3, 3B, 4, 5 6, The Mall; SW and NW Washington DC

**Property Name:** Tidal Basin **LCS:**
**Location:** Reservation 332; West Potomac Park, SW Washington DC

**Property Name:** Washington Monument Grounds **LCS:**
**Location:** Reservation 2; Washington Monument Grounds, NW and SW Washington, DC

**Property Name:** West Potomac Park, Reservation 332 **LCS:**
**Location:** Reservation 332, West Potomac Park, NW and SW Washington DC

**Property Name:** Thomas Jefferson Memorial Landscape **LCS:**
**Location:** Reservation 332, West Potomac Park, Thomas Jefferson Memorial Grounds, SW Washington DC

**Cultural Landscapes Notes:** West Potomac Park, a spatially and functionally distinct area within the National Register-listed East and West Potomac Parks Historic District, and the National Register-listed National Mall Historic District, possesses historical significance and is potentially eligible on a national and local level under Criterion A in the areas of Politics/Government, Commemoration, Entertainment/Recreation, Social History, and Ethnic History (Black); on a national and local level under Criterion C in the areas of Community Planning and Development, Engineering, Architecture, Art, Landscape Architecture, and Transportation; and under Criterion D in the area of Archeology. The period of significance for Criterion A is 1791, the year in which President George Washington selected the site of the Nation's Capital and retained Pierre L'Enfant to develop a plan for the city, to the present, and 1791 to 1965 for Criteria C and D.

**Ethnographic Resources Present:** No

**5. The proposed action will: (check as many as apply)**

No Destroy, remove, or alter features/elements from a historic structure
Yes Replace historic features/elements in kind
No Add non-historic features/elements to a historic structure
No Alter or remove features/elements of a historic setting or environment (inc. terrain)
No Add non-historic features/elements (inc. visual, audible, or atmospheric) to a historic setting or cultural landscape
No Disturb, destroy, or make archeological resources inaccessible
No Disturb, destroy, or make ethnographic resources inaccessible>
No Potentially affect presently unidentified cultural resources
No Begin or contribute to deterioration of historic features, terrain, setting, landscape elements, or archeological or ethnographic resources
No Involve a real property transaction (exchange, sale, or lease of land or structures)
____ Other (please specify): ______________________________

**6. Supporting Study Data:**
**(Attach if feasible; if action is in a plan, EA or EIS, give name and project or page number.)**

**B. REVIEWS BY CULTURAL RESOURCE SPECIALISTS**

The park 106 coordinator requested review by the park's cultural resource specialist/advisors as indicated by check-off boxes or as follows:

---

**[** X **] 106 Advisor**
**Name:** Jason Theuer

**Date:** 02/19/2026
**Comments:** Undertaking restores the transportation feature to its original historic condition.

***Check if project does not involve ground disturbance* [ ]**
**Assessment of Effect:** ___No Potential to Cause Effect ___No Historic Properties Affected __X__No Adverse Effect ___Adverse Effect
**Recommendations for conditions or stipulations:**

**Doc Method:** Streamlined Review
**Activity:**
3. Repair/Resurfacing/Removal of Existing, Roads, Trails and Parking Areas

---

**No Reviews From**: Curator, Archeologist, Historical Architect, Historian, Other Advisor, Anthropologist, Historical Landscape Architect

---

## C. PARK SECTION 106 COORDINATOR'S REVIEW AND RECOMMENDATIONS

### 1. Assessment of Effect:

__________ No Potential to Cause Effects
__________ No Historic Properties Affected
____X____ No Adverse Effect
__________ Adverse Effect

### 2. Documentation Method:

**[ ] Standard 36 CFR Part 800 Consultation**
Further consultation under 36 CFR Part 800 is needed.

**[ X ] Streamlined Review Under the 2008 Servicewide Programmatic Agreement (PA)**
The above action meets all conditions for a streamlined review under section III of the 2008 Servicewide PA for Section 106 compliance.

**Applicable Activities:**

3. Repair/Resurfacing/Removal of Existing, Roads, Trails and Parking Areas.

**[ ] Program Comment on Stewardship and Management of National Park Service Mission 66-Era Facilities (1945-1972)**
The above action meets all of the requirements of this Program Comment for Section 106 compliance and required documents have been uploaded.

**[ ] Undertaking Related to Park Specific or Another Agreement**
The proposed undertaking is covered for Section 106 purposes under another document such as a park, region or statewide agreement established in accord with 36 CFR 800.7 or 36 CFR 800.14.

### 3. Consultation Information

**SHPO Required:**
**SHPO Sent:**
**SHPO Received:**

**THPO Required:** No
**THPO Sent:**
**THPO Received:**

**SHPO/THPO Notes:**

**Advisory Council Participating:** No
**Advisory Council Notes:**
**Additional Consulting Parties:** No

**4. Stipulations and Conditions:** Following are listed any stipulations or conditions necessary to ensure that the assessment of effect above is consistent with 36 CFR Part 800 criteria of effect or to avoid or reduce potential adverse effects.

**5. Mitigations/Treatment Measures:** Measures to prevent or minimize loss or impairment of historic/prehistoric properties: (Remember that setting, location, and use may be relevant.)

No Assessment of Effect mitigations identified.

**6. Assessment of Effect Notes:**

The project as presented will have "No Adverse Effect" on the cultural resources of the NAMA portfolio and generally conforms to the intent of the 2008 NHPA Programmatic Agreement Streamlined Activity No 3 regarding the repair and resurfacing of an existing roadway. The National Mall and Memorial Parks is proposing an undertaking that will remove the existing cycle track from 15th Street Northwest from Constitution Avenue south towards the Thomas Jefferson Memorial in West Potomac Park. The undertaking will remove the existing wheel stops, hazard cones, and striping associated with the existing non- historic cycle track. The removal of the cycle track will expand the number of vehicular lanes of travel to a configuration that historically was present on the corridor. The location of the cycle track will be treated with milling and overlaying that will match the remainder of the transportation corridor, making it undiscernible from the remainder of the route at the completion of the project.

Regarding archeological resources, while there is minimal ground disturbance, there are no known archeological sites within the APE of the project. Therefore, there will be no adverse effect to archeological resources.

Regarding cultural landscapes, the removal of the cycle track will not have an adverse effect on cultural resources as it will return the feature to a configuration that was present during the period of significance. The land use of 15th Street will remain the same and is in keeping with the use of the feature during the period of significance.

**D. RECOMMENDED BY PARK SECTION 106 COORDINATOR:**

**Compliance Specialist:** Jason G. Theuer, Regional 106 Coordinator NPS-NCR; Acting NAMA RM Chief

**NHPA Specialist**
Daniel Weldon

JASON THEUER Digitally signed by JASON THEUER Date: 2026.02.23 07:31:03 -05'00' **Date:** ______________________

**E. SUPERINTENDENT'S APPROVAL**

The proposed work conforms to the NPS *Management Policies* and *Cultural Resource Management Guideline*, and I have reviewed and approve the recommendations, stipulations, or conditions noted in Section C of this form.

**Signature**

**Superintendent:** KEVIN GRIESS Digitally signed by KEVIN GRIESS Date: 2026.02.23 07:42:59 -05'00' **Date:** ____________________

Kevin Griess

# Categorical Exclusion Documentation Form (CE Form)

**Project:** 15th Street Cycle Track Removal and road repaving

**PEPC Project Number:** 134934

**Description of Action (Project Description):** The work consists of removing existing cycle-track and bicycle-related traffic control features and restoring the roadway to a conventional lane configuration within the existing curb lines along three segments—15th St NW / Raoul Wallenberg Pl SW (Constitution Ave NW to Maine Ave SW), Maine Ave SW (15th St NW to Ohio Dr SW/East Basin Dr SW—southbound), and Ohio Dr SW/East Basin Dr SW (Maine Ave SW to the Jefferson Memorial Food Kiosk—southbound)—including removal of cycle track barriers/delineator posts and anchor bolts with restoration of resulting voids; milling and overlaying asphalt within curb faces to a maximum treatment depth of ≤ 4 inches; grinding/removing existing pavement markings within concrete bus laybys; removing bicycle signal faces and retiming/rephasing traffic signals as needed; removing bicycle route signage and installing new signage (and striping transitions) at the north and south project limits to safely transition bicyclists; and restriping the corridor to a typical cross-section of two northbound lanes and two southbound lanes (plus turn lanes where feasible), with crosswalk markings replaced in-kind on asphalt and new stop bars and lane-use arrows installed at intersection approaches as warranted.

This project supports implementation of Executive Order 14252, "Making the District of Columbia Safe and Beautiful" by advancing coordinated stewardship and improved visual quality of prominent federal public spaces through removal of roadway appurtenances and restoration of a standardized, maintainable corridor configuration within the existing roadway prism.

With the upcoming National Cherry Blossom Festival and preparations underway for America's 250th anniversary, ensuring safe access for residents, commuters, visitors, and emergency services is a shared priority. These nationally significant events draw substantial visitation and require coordinated infrastructure planning to support mobility, security, and a positive experience for all.

**Project Location:**
**County, State:** District of Columbia, DC

**Mitigation(s):**
There are no required mitigations identified.

**CE Citation:** DOI NEPA Handbook, Appendix 2, NPS, 12.6 (13).
Modernization of a highway by resurfacing, restoration, rehabilitation, reconstruction, adding shoulders, or adding auxiliary lanes (including parking, weaving, turning, and climbing lanes), if the actions meet the constraints [below] in paragraph (e) of this section. Actions described in (c)(26), (c)27, and (c)(28) of this section may not be processed as CEs under paragraph (c) if they involve:

1. An acquisition of more than a minor amount of right-of-way or that would result in any residential or non-residential displacements;
2. An action that needs a bridge permit from the U.S. Coast Guard, or an action that does not meet the terms and conditions of a U.S. Army Corps of Engineers nationwide or general permit under section 404 of the Clean Water Act and/or section 10 of the Rivers and Harbors Act of 1899;
3. A finding of "adverse effect" to historic properties under the National Historic Preservation Act, the use of a resource protected under 23 U.S.C. 138 or 49 U.S.C. 303 (section 4(f)) except for actions resulting in *de minimis*

impacts, or a finding of "may affect, likely to adversely affect" threatened or endangered species or critical habitat under the Endangered Species Act; *de minimis* impacts, or a finding of "may affect, likely to adversely affect" threatened or endangered species or critical habitat under the Endangered Species Act;

4. Construction of temporary access or the closure of existing road, bridge, or ramps that would result in major traffic disruptions;
5. Changes in access control;
6. A floodplain encroachment other than functionally dependent uses (e.g., bridges, wetlands) or actions that facilitate open space use (e.g., recreational trails, bicycle and pedestrian paths); or construction activities in, across or adjacent to a river component designated or proposed for inclusion in the National System of Wild and Scenic Rivers.

Actions may be designated as CEs only after documentation demonstrates that the specific conditions or criteria for these CEs are satisfied, and that significant environmental effects will not result. [If the action triggers a constraint (1)-(6) above, the CE can still be applied if the documentation demonstrates that the action fits within the CE and significant environmental effects will not result.] (90 FR 24644)

**CE Justification:** Based on the limited scope, confined limits of disturbance, and use of standard resurfacing and traffic-control methods, the action fits NPS CE 12.6(13) and, as documented below, does not trigger any of the six constraints such that significant environmental effects would be expected.

1. **An acquisition of more than a minor amount of right-of-way or that would result in any residential or non-residential displacements**

   All work is confined to the existing paved roadway area within existing curbs. No new right-of-way is needed and no acquisitions are proposed. The action does not require relocation of residences or businesses and does not change adjacent land uses.

2. **An action that needs a bridge permit from the U.S. Coast Guard, or an action that does not meet the terms and conditions of a U.S. Army Corps of Engineers nationwide or general permit under section 404 of the Clean Water Act and/or section 10 of the Rivers and Harbors Act of 1899**

   The action is roadway surface work and traffic-control equipment removal/adjustment within an existing roadway, with no bridge work and no in-water work. No dredge/fill discharge to waters of the U.S. is proposed and no structures are proposed in navigable waters.

3. **A finding of 'adverse effect' to historic properties under the NHPA, the use of a resource protected Section 4(f)) or a finding of 'may affect, likely to adversely affect' threatened or endangered species or critical habitat under the Endangered Species Act; de minimis impacts, or a finding of 'may affect, likely to adversely affect' threatened or endangered species or critical habitat under the Endangered Species Act**

   NHPA - the project removes appurtenant features (barriers, delineators, bicycle signal faces, bicycle signs), restores the roadway surface, and restripes within the existing paved roadway. With no new ground disturbance outside the pavement section and no new above-ground permanent additions beyond standard roadway markings/signing, the undertaking can be supported as No Adverse Effect.

   Section 4(f) - The action is within an existing transportation facility and does not convert parkland to transportation use; it changes lane configuration/operations on existing roadway pavement.

   ESA - For resurfacing/striping/signals action within existing roadway, there is no effect under the ESA.

4. **Construction of temporary access or the closure of existing road, bridge, or ramps that would result in major traffic disruptions**

   The proposed action is confined to the existing roadway prism and will be implemented using standard paving and traffic-control methods (lane shifts, short-duration lane closures, and/or off-peak work) to maintain traffic circulation and emergency access through the corridor. Any temporary restrictions needed to complete resurfacing, striping, and signal work would be limited in duration and extent, would not require construction of temporary access routes, and would not involve closure of a road, bridge, or ramp in a manner that causes major traffic disruptions.

5. **Changes in access control**

The action does not introduce access control features suc as new medians restricting turning movements, new gates, restricted-access designation, or conversion to controlled-access facility. It is operational striping/signal timing within the existing roadway.

6. **A floodplain encroachment**

The work is confined to an existing roadway prism. If any portion of the roadway is within a mapped floodplain, resurfacing within the existing footprint is typically treated as maintenance of an existing functionally dependent facility (transportation infrastructure) and does not create a new encroachment. No work is proposed in or across a designated/proposed Wild & Scenic River segment.

**Extraordinary Circumstances:**

| If implemented, would the proposal... | Yes/No | Explanation |
|---|---|---|
| **A.** Have significant impacts on public health or safety? | No | Removal of the separated bicycle facility will have an operational effect on bicyclists, including a change in facility type and user experience on a corridor that has been documented as carrying more than 2,000 bicycle users per day. However, NEPA significance for categorical exclusions is evaluated in terms of significant environmental impacts, including whether an action results in significant impacts on travel patterns or other natural, cultural, recreational, historic, air/noise/water resources. The proposed action is confined to the existing roadway prism and consists of resurfacing/rehabilitation and traffic-control changes (striping, signing, and signal adjustments) without expanding the transportation footprint or inducing land use change. The project includes traffic-control measures, clear transition signing/markings at the project termini, and coordination with the local transportation agency to maintain bicycle accommodation and manage operational transitions. With these measures, the action is not expected to cause significant environmental impacts or constitute an extraordinary circumstance.<br>The project does not eliminate bicycle travel in the corridor; it changes the facility type and restores conditions that already existed prior to the installation of the separated bicycle facility. NPS will implement transition signing/markings and will monitor operations after implementation and adjust striping/signals as warranted to address observed operational issues. |
| **B.** Have significant impacts on such natural resources and unique geographic characteristics as historic or cultural resources; park, recreation or refuge lands; wilderness areas; wild or scenic rivers; national natural landmarks; sole or principal drinking water aquifers; prime farmlands; wetlands; floodplains; national monuments; migratory birds; and other ecologically significant or critical areas? | No | The proposed work is confined to the existing curb-to-curb roadway prism and consists of removing existing cycle track appurtenances (barriers/delineators and anchor bolts), resurfacing (mill-and-overlay, with a stated maximum treatment depth), restriping, and related signal/sign removals/adjustments.<br>Because the project does not expand the roadway footprint, does not involve new ground disturbance outside the paved section, and does not propose in-water work, effects to the resource categories listed below are expected to be temporary, localized, and not significant. |
| **C.** Have highly uncertain and potentially significant environmental effects or involve unique or unknown environmental risks? | No | These are standard, well-understood construction activities with predictable, short-term effects (temporary construction noise, dust, traffic control, and material handling) and established best management practices. The action does not introduce new technology, new access routes, in-water work, excavation beyond the stated pavement treatment depth, or |

| If implemented, would the proposal... | Yes/No | Explanation |
|---|---|---|
| | | expansion into undeveloped areas that would create unknown risk pathways. Similarly, while the work is likely to result in changes in transportation conditions and modes of transportation used on these roads, the effects are predictable and well-understood and restore past roadway conditions. |
| **D.** Establish a precedent for future action or represent a decision in principle about future actions with potentially significant environmental effects? | No | It does not approve, commit, or predetermine any broader transportation program, corridor-wide redesign, roadway expansion, or land use change. Any future transportation or multimodal changes in the memorial core would require their own purpose-and-need, design development, and separate compliance review based on the specifics of those proposals and their potential effects. |
| **E.** Have a direct relationship to other actions that implicate potentially significant environmental effects? | No | While the project is being coordinated with routine roadway preservation and near-term construction scheduling in the vicinity, those activities are of the same general type (pavement rehabilitation/traffic control) and do not constitute a larger connected action that would trigger or depend on a separate action with potentially significant effects. The removal and resurfacing action has independent utility and does not rely on, commit the agency to, or predetermine any broader transportation program, footprint expansion, or land-use change. |
| **F.** Have significant impacts on properties listed, or eligible for listing, on the National Register of Historic Places as determined by the bureau? | No | The project occurs in a historically sensitive setting; however, it is confined to the existing curb-to-curb roadway prism and consists of removal of existing cycle track appurtenances with surface restoration, mill-and-overlay resurfacing (limited to the specified maximum depth), restriping, and minor signal/sign adjustments. It will restore roadway conditions that previously existed before the installation of the separated bicycle facility. The action does not expand the roadway footprint or disturb areas outside the existing paved facility. Section 106 documentation is completed for this undertaking; with a finding of no adverse effect. |
| **G.** Have significant impacts on species listed, or proposed to be listed, on the List of Endangered or Threatened Species or have significant impacts on designated Critical Habitat for these species? | No | The project does not include vegetation clearing, tree removal, habitat conversion, excavation outside the paved roadway section, or in-water work. Because effects are limited to temporary construction disturbances (noise, equipment presence, localized dust) within an already developed roadway, the action is not anticipated to adversely affect listed/proposed species or designated critical habitat, and significant impacts are not expected. |
| **H.** Significantly limit access to and ceremonial use of Indian sacred sites on Federal lands by Indian religious practitioners or significantly adversely affect the physical integrity of such sacred sites? | No | The project does not expand the transportation footprint, does not involve ground disturbance outside the paved roadway, and does not change public access to adjacent park areas beyond short-term, managed construction traffic control. Because the action occurs within an already developed roadway corridor and does not affect natural features, landscape elements, or access routes associated with ceremonial practice, it is not expected to limit access to or ceremonial use of Indian sacred sites, nor to adversely affect the physical integrity of such sites. |
| **I.** Contribute to potentially significant effects resulting from the introduction, continued existence, or spread of noxious weeds or non-native invasive species known to occur in the area or from other actions that promote the introduction, growth, or expansion of the range of such species (Federal Noxious Weed Control Act)? | No | The project does not include vegetation clearing, soil disturbance in landscaped areas, off-road staging, or import of fill/soil to vegetated areas—activities that typically create pathways for invasive plant introduction. Because disturbance is limited to paved surfaces and work areas can be kept on asphalt/concrete, the action is not expected to introduce, |

| If implemented, would the proposal... | Yes/No | Explanation |
|---|---|---|
| | | spread, or expand noxious weeds or non-native invasive species, and potentially significant effects are not anticipated. |

**Decision: I find that the action fits within the categorical exclusion(s) above. Therefore, I am categorically excluding the described project from further NEPA analysis. No extraordinary circumstances apply.**

**Superintendent Signature:** KEVIN GRIESS Digitally signed by KEVIN GRIESS Date: 2026.02.23 07:43:27 -05'00' **Date:** ____________________

Kevin Griess