# EXHIBIT I

U.S. Department of Transportation
Federal Highway Administration

# Eastern Federal Lands Highway Division
# NEPA Categorical Exclusion Form

| | | |
|---|---|---|
| **Project Number:** | 15th Street Cycle Track Removal and road repaving | **Date:** 2/27/2026 |
| **Project Name:** | 15th Street Cycle Track Removal and road repaving | |
| **Location:** | National Park Service, National Mall and Memorial Parks<br>District of Columbia, DC | |
| **CE Category** | 23 CFR 771.117(c)(26): Modernization of a highway by resurfacing, restoration, rehabilitation, reconstruction, adding shoulders, or adding auxiliary lanes (including parking, weaving, turning, and climbing lanes), if the action meets the constraints in paragraph (e)[..] | |

See 23 CFR 771.117 for full description of CE categories, including additional requirements when applying (c)26-28.

**Project Description**
The work consists of removing existing cycle-track and bicycle-related traffic control features and restoring the roadway to a conventional lane configuration within the existing curb lines along three segments—15th St NW / Raoul Wallenberg Pl SW (Constitution Ave NW to Maine Ave SW), Maine Ave SW (15th St NW to Ohio Dr SW/East Basin Dr SW—southbound), and Ohio Dr SW/East Basin Dr SW (Maine Ave SW to the Jefferson Memorial Food Kiosk—southbound)—including removal of cycle track barriers/delineator posts and anchor bolts with restoration of resulting voids; milling and overlaying asphalt within curb faces to a maximum treatment depth of ≤ 4 inches; grinding/removing existing pavement markings within concrete bus laybys; removing bicycle signal faces and retiming/rephasing traffic signals as needed; removing bicycle route signage and installing new signage (and striping transitions) at the north and south project limits to safely transition bicyclists; and restriping the corridor to a typical cross-section of two northbound lanes and two southbound lanes (plus turn lanes where feasible), with crosswalk markings replaced in-kind on asphalt and new stop bars and lane-use arrows installed at intersection approaches as warranted.

This project supports implementation of Executive Order 14252, "Making the District of Columbia Safe and Beautiful" by advancing coordinated stewardship and improved visual quality of prominent federal public spaces through removal of roadway appurtenances and

restoration of a standardized, maintainable corridor configuration within the existing roadway prism.

With the upcoming National Cherry Blossom Festival and preparations underway for Americas 250th anniversary, ensuring safe access for residents, commuters, visitors, and emergency services is a shared priority. These nationally significant events draw substantial visitation and require coordinated infrastructure planning to support mobility, security, and a positive experience for all.

**Environmental Commitments and Mitigation Measures**
N/A

**Summary of Section 7 of the Endangered Species Act Compliance**
Because effects are limited to temporary construction disturbances (noise, equipment presence, localized dust) within an already developed roadway, the action is not anticipated to adversely affect listed/proposed species or designated critical habitat, and significant impacts are not expected. The FHWA Eastern Federal Lands relies on the National Park Service determination.

**Summary of Section 106 of the National Historic Preservation Act Compliance**
On February 20, 2026, the National Park Service Cultural Resource experts determined the proposed federal undertaking would have **no adverse effect to historic properties**.

**Additional Agency Coordination and Compliance**
The FHWA Eastern Federal Lands relies upon the existing Categorical Exclusion decision made by the National Park Service and concurs with the National Park Service Categorical Exclusion documentation dated February 23, 2026.

U.S. Department of Transportation
Federal Highway Administration

# Eastern Federal Lands Highway Division
# NEPA Categorical Exclusion Form

**Categorical Exclusion Recommendation:**
On the basis of the environmental impact information in the statutory compliance file, with which I am familiar, I believe the project should be categorically excluded from further NEPA analysis.

KEVIN S ROSE Digitally signed by KEVIN S ROSE
Date: 2026.02.27 13:58:39 -05'00'

______________________________ ______________
Kelly Stern Date
Environmental Protection Specialist
Eastern Federal Lands Highway Division
Federal Highway Administration

**Categorical Exclusion Determination:**
On the basis of the environmental impact information in the statutory compliance file, with which I am familiar, I am categorically excluding the described project from further NEPA analysis. The project meets the 23 CFR 771.117(a) definition of a categorical exclusion. No unusual circumstances per 23 CFR 771.117(b) apply.

KEVIN S ROSE Digitally signed by KEVIN S ROSE
Date: 2026.02.27 13:59:18 -05'00'

______________________________ ______________
Kevin S. Rose Date
Environmental Team Leader
Eastern Federal Lands Highway Division
Federal Highway Administration

U.S. Department of Transportation
Federal Highway Administration

Eastern Federal Lands Highway Division
NEPA Categorical Exclusion Form

## Appendix A: Environmental Checklist

**Section 7 of the Endangered Species Act:**

- Are Federally-listed species potentially present in the study area? ☒Yes, see Notes[i] ☐No
  If Yes, effects determination:
  ☒No Effect ☐May Affect, Not Likely to Adversely Affect ☐May Affect, Likely to Adversely Affect

**Section 106 of the National Historic Preservation Act:**

- Are historic properties known to be present in the study area? ☒Yes ☐No
  If Yes, will they be impacted by the project? ☐Yes ☒No
- Will previously undisturbed ground be disturbed?
  ☐Yes ☒No
- Effects determination:
  ☐No Historic Properties Affected ☒No Adverse Effect ☐Adverse Effect, MOA Executed
- Was tribal consultation completed? ☐Yes ☒No

**Water and Wetlands:**

- Section 404 of the Clean Water Act
  Are impacts to Waters of the US anticipated? ☐Yes ☒No
  If Yes, approval anticipated:
  ☐Nationwide Permit (NWP) ☐Regional General Permit ☐Individual Permit
- Section 401 of the Clean Water Act
  ☐NWP certified by State ☐Individual Certification
- Section 402 of the Clean Water Act (National Pollutant Discharge Elimination System)
  Will the land disturbance threshold likely be exceeded to require a permit and SWPPP?
  ☐Yes ☒ No
- Is post-construction stormwater management review/approval anticipated? ☐Yes ☒No
- ☒Project is consistent with Executive Order 11990, Protection of Wetlands

**Floodplains:**

- Is the project in a FEMA floodplain?
  ☒Yes ☐No ☐ Floodplain not mapped
- ☒ Project is consistent with Executive Order 11988, Floodplain Management

**Section 4(f) of the USDOT Act:**

- Does the project meet the Section 4(f) exemption for Federal lands transportation facilities under Section 1119(c)(2) of MAP-21, 23 U.S.C. 138(a)? ☒Yes ☐No
- Is there a use of a Section 4(f) property in the study area? ☐Yes ☒No
  If Yes, De Minimis Finding:☐ Programmatic:☐ Individual 4(f): ☐

U.S. Department of Transportation
Federal Highway Administration

# Eastern Federal Lands Highway Division
# NEPA Categorical Exclusion Form

**Section 6(f) of the Land and Water Conservation Fund:**

- Was the property purchased with grant funds from the Land and Water Conservation Fund? ☐Yes ☒No
- If Yes, was documentation of approval from National Park Service Director received for the conversion or replacement of 6(f) property? ☐Yes ☐No

**Coastal Zone Management Act of 1972:**

- Is the project in a Coastal Zone? ☒Yes ☐No
- If yes, will a Federal Consistency Review be completed? ☐Yes ☒No

**Right of Way:**

- Is the project completely within the transportation facility's right-of-way? ☒Yes ☐No
- If no, will the project require relocations or easements? ☐Yes ☐No

**Hazardous Waste and Materials:**

- Are hazardous materials or contamination exceeding regulatory thresholds (as set by U.S. EPA, County Environmental Health, etc.) present? ☐Yes ☒No
- If Yes, is the nature and extent of the hazardous materials or contamination fully known? ☐Yes ☐No, plan for securing information provided in Notes

**Section 7(a) of the Wild and Scenic Rivers Act:**

- Are there Wild and Scenic Rivers? ☐Yes ☒No ☐Eligible
  If Yes, has review by the river-administering agency been completed? ☐Yes ☐No

**Clean Air Act:**

- Is the project in a non-attainment area? ☒Yes ☐No
  If Yes, is the project on the Transportation Improvement Program(TIP)/State Implementation Plan(SIP)? ☐ Yes ☒No

**Highway Traffic and Construction Noise Regulations:**

- ☐ The proposed project is a Type I project (highway on a new location, substantial horizontal or vertical alteration, new through or auxiliary lanes). Noise analysis is required.
- ☐ The proposed project is a Type II project (retrofit for noise abatement).
- ☒ The proposed project is a Type III project (noise analysis not required).
- ☐ Does not apply.

**Farmland Protection Policy Act for Highway Projects:**

- Does the project displace, require acquisition of, or require an easement from farmland? ☐Yes ☒No

**Does the project affect any other resources not listed above? Explain below and list anticipated permits:**

U.S. Department of Transportation
Federal Highway Administration

Eastern Federal Lands Highway Division
NEPA Categorical Exclusion Form

---

[i] Federally-listed species per U.S. Fish and Wildlife Service's IPaC: Northern Long-Eared Bat (Endangered), Tricolored Bat (Proposed Endangered), Monarch Butterfly (Proposed Threatened)