# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

WASHINGTON AREA BICYCLIST
ASSOCIATION, INC.,

   *Plaintiff*,

v.

DOUGLAS BURGUM, in his official capacity
as SECRETARY OF THE INTERIOR;

DEPARTMENT OF THE INTERIOR;

JESSICA BOWRON, in her official capacity as
ACTING DIRECTOR, NATIONAL PARK
SERVICE;

NATIONAL PARK SERVICE;

SEAN DUFFY, in his official capacity as
SECRETARY OF TRANSPORTATION;

DEPARTMENT OF TRANSPORTATION;

SEAN MCMASTER, in his official capacity as
ADMINISTRATOR, FEDERAL HIGHWAY
ADMINISTRATION;

FEDERAL HIGHWAY ADMINISTRATION,

   *Defendants*.

Case No. 1:26-cv-00988-ABJ

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR A PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff Washington Area Bicyclist Association, Inc.'s Motion for

a Preliminary Injunction, the accompanying memorandum of law, the attached exhibits, and the

entire record in this proceeding, it is hereby **ORDERED** that the motion is **GRANTED**.

1

It is further **ORDERED** that Defendants and their agents—as well as any other persons who are in active concert or participation with them—are enjoined from removing, altering, blocking access to (except on a temporary basis for public events), or otherwise making any material changes to the bike lanes that are installed on 15th Street, NW and Raoul Wallenberg Place, SW between Constitution Avenue, NW and Maine Avenue, SW, or to the bike lanes that are installed on Ohio Drive, SW and East Basin Drive, SW between Maine Avenue, SW and the Jefferson Memorial Food Kiosk, in Washington, D.C., and from removing or otherwise making material changes to any of the physical barriers that separate those bike lines from motor vehicle traffic.

It is further **ORDERED** that Defendants shall ensure that a copy of this preliminary injunction order is immediately provided to any person who Defendants or their agents have contracted with or otherwise engaged to carry out any removal, alteration, or other material change to the bike lanes that are installed on 15th Street, NW and Raoul Wallenberg Place, SW between Constitution Avenue, NW and Maine Avenue, SW, or to the bike lanes that are installed on Ohio Drive, SW and East Basin Drive, SW between Maine Avenue, SW and the Jefferson Memorial Food Kiosk, in Washington, D.C.

It is further **ORDERED** that Defendants' decision to remove the protected bike lanes that are installed on 15th Street, NW and Raoul Wallenberg Place, SW between Constitution Avenue, NW and Maine Avenue, SW, and the bike lanes that are installed on Ohio Drive, SW and East Basin Drive, SW between Maine Avenue, SW and the Jefferson Memorial Food Kiosk, in Washington, D.C. is stayed pending conclusion of these proceedings.

It is further **ORDERED** that Defendants file a status report by 10:00 AM on Monday, April 20, 2026, apprising the Court of the status of their compliance with this Order.

**SO ORDERED**.

_____

The Hon. Amy Berman Jackson
United States District Judge

Date: _____, \_\_\_, 2026

**NAMES OF PERSONS TO BE NOTIFIED UPON ENTRY**

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

Thomas Brugato
Gary Guzy
Covington & Burling LLP
850 Tenth Street, NW
Washington, D.C. 20001

Judith Coleman
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001