**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| WASHINGTON AREA BICYCLIST ASSOCIATION, INC., | |
| Plaintiff, | Case No. 1:26-cv-988-ABJ |
| v. | |
| DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, *et al.*, | |
| Defendants. | |

## NOTICE OF PRODUCTION OF ADMINISTRATIVE RECORDS

On March 27, 2026, the Court issued a Minute Order directing Defendants to "produce the administrative record for the 15th Street Cycle Track Removal and Road Repaving Project" that is described in the categorical exclusion forms signed by the National Park Service ("NPS") and the Federal Highway Administration ("FHWA") on February 23 and February 27, 2026, respectively.

On March 31, 2026, NPS finalized a Decision Memorandum and a Categorical Exclusion form for the Project that embody the decision to proceed on April 23, 2026.  FHWA also completed a Re-Evaluation for its Categorical Exclusion.  Courtesy copies of these documents are being e-mailed to the Court's courtroom deputy and are expected to be posted online on April 1.

Defendants have produced the NPS and FHWA administrative records for the Project to counsel for Plaintiff Washington Area Bicyclist Association, Inc. by e-mail.  The certification and index for each administrative record are provided as attachments to this Notice, consistent with Local Civil Rule 7(n).

Respectfully submitted this 31st day of March, 2026,

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

BRADLEY CRAIGMYLE
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Judith E. Coleman*

JUDITH E. COLEMAN
Trial Attorney (DC Bar No. 980382)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Tel: (202)-305-5031
Email: Judith.Coleman@usdoj.gov

*Attorneys for Defendants*