**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WASHINGTON AREA BICYCLIST ASSOCIATION, INC., <br><br>       Plaintiff, <br> v. <br><br> DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, *et al.*, <br><br>       Defendants. | Case No. 1:26-cv-988-ABJ |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Jennifer T. Nersesian, am the Regional Director for the National Park Service ("NPS") National Capital Region ("NCR"). I have been in this position for approximately fifteen months. My office is located at the NCR Headquarters in Washington, D.C.,

In my capacity as Regional Director for the NCR, I supervise staff who have custody and control of the documents that were used to compile the Administrative Record for the 15th Street Bike Lane Removal Project.

I certify, to the best of my knowledge and belief, that the documents identified in the Administrative Record Index accompanying this declaration comprise the full and complete Administrative Record concerning the March 31, 2026, Decision Memorandum to implement the 15th Street Bike Lane Removal Project.

JENNIFER NERSESIAN
Digitally signed by JENNIFER NERSESIAN
Date: 2026.03.31 20:19:15 -04'00'

Dated: March 31, 2026

_____
Jennifer T. Nersesian
Regional Director for the National Capital Region
National Park Service

EXHIBIT

**National Park Service Administrative Record**

**For Decision Memorandum Dated March 31, 2026**

| Titles | Date | Page Number Start | Page Number End |
|---|---|---|---|
| MOA DOT & DOI | 1983 | NPS-AR-000001 | NPS-AR-000014 |
| NPS Management Polcies 2006 | 2006 | NPS-AR-000015 | NPS-AR-000194 |
| Programmatic Agreement Among the National Park Service et al. | 11/14/2008 | NPS-AR-000195 | NPS-AR-000222 |
| National Mall Plan: Summary | 2010 | NPS-AR-000223 | NPS-AR-000266 |
| 2015 NPS NEPA Handbook | 2015 | NPS-AR-000267 | NPS-AR-000370 |
| 2016-08 NPS Paved Trails Study | 2016-08 | NPS-AR-000371 | NPS-AR-000542 |
| Categorical Exclusion Documentation Form (CE Form) | 4/20/2021 | NPS-AR-000543 | NPS-AR-000550 |
| 2021 15th Street NW Bicycle Safety Improvements | 2021 | NPS-AR-000551 | NPS-AR-000595 |
| 15th St_Existing AM Report | 2021 | NPS-AR-000596 | NPS-AR-000641 |
| 15th St_Existing AM & PM Report | 2/2/2021 | NPS-AR-000642 | NPS-AR-000687 |
| Syncro locations | 2/2/2021 | NPS-AR-000688 | NPS-AR-000688 |
| 15th St AM JNN Proposed - Report | 2/17/2021 | NPS-AR-000689 | NPS-AR-000731 |
| 15th St PM JNN Proposed - Report | | NPS-AR-000732 | NPS-AR-000774 |
| Presentation 15th Street Safety Improvements Project Overview | 2021-03 | NPS-AR-000775 | NPS-AR-000821 |
| NCPC Staff Presentation | 6/3/2021 | NPS-AR-000822 | NPS-AR-000841 |
| NCPC Staff Report | 6/3/2021 | NPS-AR-000842 | NPS-AR-000865 |
| 2024 NPS National Mall 15th Street Repaving and Cycletrack Installation | 2024 | NPS-AR-000866 | NPS-AR-000867 |
| DC NP NAMA 212 Plans | 2024-05 | NPS-AR-000868 | NPS-AR-000951 |
| NAMA RM Section 106 DC SHPO Correspondence 15th Street Resurfacing PEPC 126494 | 11/15/2024 | NPS-AR-000952 | NPS-AR-000954 |
| 2025 DDOT Project Analysis Before-After Project Evaluations 1 | 2025 | NPS-AR-000955 | NPS-AR-000960 |
| 2025 Proposed Bike Lane Buffer Condition 1 Granite Curb  Exposed PCC from Typical Sections | 2025 | NPS-AR-000961 | NPS-AR-000961 |
| NAMA RM 15th St and WB Independence Ave resurfacing | 1/8/2025 | NPS-AR-000961 | NPS-AR-000972 |
| NPS NID Guidance | 2025-04 | NPS-AR-000973 | NPS-AR-000977 |
| SO 3428 Making DC Safe and Beautiful | 4/4/2025 | NPS-AR-000978 | NPS-AR-000980 |
| DOI NEPA Appendix 3 | 6/30/2025 | NPS-AR-000981 | NPS-AR-001002 |
| 15th Street Northbound Detour | 2026-02 | NPS-AR-001003 | NPS-AR-001003 |
| 15th Street Southbound Detour | 2026-02 | NPS-AR-001004 | NPS-AR-001005 |

| | | | |
|---|---|---|---|
| DOI Handbook of NEPA Procedures | 2026-02 | NPS-AR-001006 | NPS-AR-001138 |
| Assessment of Action | 2/20/2026 | NPS-AR-001139 | NPS-AR-001144 |
| Categorical Exclusion Documentation Form | 2/23/2026 | NPS-AR-001145 | NPS-AR-001149 |
| NAMA 15th St Cycle Track Removal 106 Assessment and CE | 2/23/2026 | NPS-AR-001150 | NPS-AR-001160 |
| FHWA Categorical-Exclusion | 2/27/2026 | NPS-AR-001161 | NPS-AR-001166 |
| CPM 15th street | 3/6/2026 | NPS-AR-001167 | NPS-AR-001167 |
| WABA Comment re 15th St Bike Lane | 3/13/2026 | NPS-AR-001168 | NPS-AR-001174 |
| Member Letter Regarding NPS Responsibility to Prevent Removal of 15th Street Bike Lane | 3/20/2026 | NPS-AR-001175 | NPS-AR-001176 |
| NPS PBL Letter DC Councilmember | 3/20/2026 | NPS-AR-001177 | NPS-AR-001178 |
| Road Closure Map | 3/20/2026 | NPS-AR-001179 | NPS-AR-001179 |
| 15st Paving Operations & MOT | 3/21/2026 | NPS-AR-001180 | NPS-AR-001196 |
| NCPC Email | 3/23/2026 | NPS-AR-001197 | NPS-AR-001198 |
| ECF No. 9-2 Exhibit A Kiker Dec | 3/26/2026 | NPS-AR-001199 | NPS-AR-001332 |
| ECF No. 9-3 Exhibit B Foster Dec | 3/26/2026 | NPS-AR-001333 | NPS-AR-001335 |
| ECF No. 9-4 Exhibit C Johnson Dec | 3/26/2026 | NPS-AR-001336 | NPS-AR-001338 |
| ECF No. 9-5 Exhibit D Wacker Dec | 3/26/2026 | NPS-AR-001339 | NPS-AR-001341 |
| ECF No. 9-6 Exhibit E Bouchard Dec | 3/26/2026 | NPS-AR-001342 | NPS-AR-001344 |
| ECF No. 9-7 Exhibit F Alpert Dec | 3/26/2026 | NPS-AR-001345 | NPS-AR-001347 |
| ECF No. 9-8 Exhibit G Jaganathan Dec | 3/26/2026 | NPS-AR-001348 | NPS-AR-001350 |
| ECF No. 9-11 Exhibit J Schultheiss Dec | 3/26/2026 | NPS-AR-001351 | NPS-AR-001356 |
| NAMA 12(3) Maine Ave to Ohio Dr MOT example | 2026-03 | NPS-AR-001357 | NPS-AR-001357 |
| 15th Street Memo signed | 3/31/2026 | NPS-AR-001358 | NPS-AR-001361 |
| 15th Street Cycle Track Re-Evaluation | 3/31/2026 | NPS-AR-001362 | NPS-AR-001363 |
| NPS Updated CE - signed | 3/31/2026 | NPS-AR-001364 | NPS-AR-001368 |
| NPS Decision Memo 15th St | 3/31/2026 | NPS-AR-001369 | NPS-AR-001372 |