## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WASHINGTON AREA BICYCLIST
ASSOCIATION, INC.,

      Plaintiff,

v.

DOUGLAS BURGUM, in his official
capacity as Secretary of the Interior, *et al.*,

      Defendants.

Case No. 1:26-cv-988-ABJ

## CERTIFICATION OF ADMINISTRATIVE RECORD FOR
## THE FEDERAL HIGHWAY ADMINISTRATION

I, Timothy Marshall, state the following:

1.  I am over the age of 18 years and competent to testify to the matters set forth herein. I am a U.S. citizen and resident of the State of Virginia.

2.  I am Division Director for the Federal Highway Administration (FHWA), Eastern Federal Lands Highway Division (EFLHD). My business address is: 22001 Loudoun County Parkway, Suite 200, Ashburn, Virginia 20147

3.  I lead the office with respect to FHWA's work on the planned removal of the 15th Street Cycle Track, as described in FHWA's Categorical Exclusion (CE), dated February 27, 2026.

4.  I understand that on March 27, 2026, the District Court ordered FHWA to produce the administrative record for the removal of the 15th Street Cycle Track by March 31, 2026.

5.  The attached documents were taken from the files of FHWA. These documents comprise the administrative record for FHWA's CE, dated February 27, 2026, which is at issue in this case. The documents are listed on the index attached as an Exhibit hereto.

6.  To the best of my knowledge and belief, and based on knowledge and information gathered in connection with my official duties, I hereby certify that the materials

identified in the attached indices constitute the true, accurate, and complete administrative record for FHWA's CE, dated February 27, 2026.


This declaration is made under 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct.


Dated: March 31, 2026

in Virginia

Timothy Marshall
Division Director

# EXHIBIT

FHWA Administrative Record

March 31, 2026

| Title | Date | Page Numbers |
|---|---|---|
| FHWA 15th Street Cycle Track Removal CE | 2/27/2026 | FHWA-AR_001 - 006 |
| NPS 15th Street Cycle Track Removal CE | 2/20/2026 | FHWA-AR_007 - 017 |
| Email from Libby O'Brien | 2/20/2026 | FHWA-AR_018 - 027 |
| Email from Kevin Rose | 2/27/2026 | FHWA-AR_028 - 029 |
| Email from Kurt Dowden | 3/4/2026 | FHWA-AR_030 - 035 |
| FHWA Reevaluation of February 27, 2026 CE | 3/31/2026 | FHWA-AR_036 - 037 |
| NPS CE | 3/31/2026 | FHWA-AR_038 - 042 |