# 15ᵗʰ Street Safety Improvements – Vertical Protection cont'd

- A vertical element at intersections in needed to provide visibility (and to deter vehicles from entering bike facility)

- Design would seek to minimize the number of flexible posts at each intersection

- 2-3 flexible posts used to add visibility to concrete buffer



NPS-AR-000828

# 15ᵗʰ Street Safety Improvements – Vertical Protection cont'd

- A vertical element at the centerline of cycle-tracks are also needed – due to the facility's width (to deter vehicles from entering facility)

- Options for centerline post:
  - 2-3 flexible posts
  - 1 stainless steel or K-71 bollard

**K-71**





**1ˢᵗ Street NE cycletrack, north of K Street**



**1ˢᵗ Street NE at Columbus Circle**

NPS-AR-000829

# 15ᵗʰ Street Safety Improvements – Timeline  2021



**Concrete barrier with flexible posts**



**Rubber wheel stop with flexible posts (at intersections only)**



**Long-Term Condition**

**Concrete barrier with flexible posts**

**Interim Condition**

**Rubber wheel stops with flexible posts**
**Bus lay-by reconstruction**

**Long-Term Condition**

**Rubber wheel stops with flexible posts**

NPS-AR-000830

# 15th Street Safety Improvements – Timeline 2022



**Permanent granite curb buffer**



**2021 Condition**

**Long-Term Condition**

**Permanent curb buffer for cycletrack**
**No change to bus lay-bys**

**2021 Condition**

NPS-AR-000831

# 15th Street Safety Improvements - Segment 1 Pennsylvania Avenue



13' cycle track with bike turn lane

12' cycle track with bike turn lane

Repurposed parking lane for cycle track

Permit right turns into White House Access Road.

|  | AM | PM |
|---|----|----|
| Existing LOS | D | C |
| Proposed LOS | D | D |

NPS-AR-000832

# 15th Street Safety Improvements – Segment 2 Constitution Avenue



10' cycle track, 3' buffer
10' vehicle lanes

Right turn on green arrow only to avoid conflict with bicycles and pedestrians.

Left turn on green arrow only to avoid conflict with bicycles and pedestrians

|              | AM | PM |
|--------------|----|----|
| Existing LOS | E  | D  |
| Proposed LOS | F  | F  |

# 15ᵗʰ Street Safety Improvements – Segment 3 Madison Drive, NW



12' cycle track, 3' buffer
11' vehicle lanes

|  | AM | PM |
|---|---|---|
| Existing LOS | B | A |
| Proposed LOS | B | A |

- Extended AM traffic signal timing from 55 to 110 seconds
- Pedestrian only movement added

|  | AM | PM |
|---|---|---|
| Existing LOS | A | A |
| Proposed LOS | E | D |

# 15th Street Safety Improvements – Segment 4 Maine Avenue



Close this slip lane; prohibit right turn movement

|                | AM | PM |
|----------------|----|----|
| Existing LOS   | C  | B  |
| Proposed LOS   | C  | E  |

N

12' cycle track, 3' buffer
12' vehicle lanes
8' parking lane

NPS-AR-000835

# 15th Street Safety Improvements – Segment 4 Maine Avenue



# 15ᵗʰ Street Safety Improvements – Segment 4 Maine Avenue



Repurposed lane for cycle track on Maine Ave & East Basin Dr (NPS to execute during summer 2021 repaving)

Maintain 2 lanes from Kutz Bridge with right only turn into Tidal Basin Lot

Install protection for start of cycletrack at this location

RAOUL WALLENBERG PL, SW

NPS-AR-000837

# 15th Street Safety Improvements – Bus Lay-bys

- Three bus lay-bys are located along the National Mall on the west side of 15th Street

- All lay-bys are serviced by the DC Circulator 'National Mall' Route.

- BigBus sightseeing company uses lay-by #2 & #3



NPS-AR-000838

# 15th Street Safety Improvements – Bus Lay-bys Design

**SEPARATE MODES AT BUS LAY-BYS**



**Route cycle track into existing lay-by space; cycle track remains at street level**

**Demo and replace existing median island with 12' wide extension for bus load/unload zone**

**8' cycle track, 12' platform**
**12' vehicle lanes**
**11' bus lane**
**8' parking lane**

RAOUL WALLENBERG PL, SW

NPS-AR-000839

# 15th Street Safety Improvements – Maintenance

- DDOT will maintain concrete vertical separation

- DDOT will provide snow clearance

- NPS will develop alternative snow storage solution




NPS-AR-000840

# 15ᵗʰ Street Safety Improvements – Proposed Rendering



NPS-AR-000841

 **National Capital Planning Commission**

# Executive Director's Recommendation
Commission Meeting: June 3, 2021

**PROJECT**
**15th Street Safety Improvements**
National Mall
15th Street from Pennsylvania Avenue to
Maine Avenue, NW
Washington, DC

**SUBMITTED BY**
United States Department of the Interior
National Park Service

**REVIEW AUTHORITY**
Federal Projects in the District
per 40 U.S.C. § 8722(b)(1) and (d)

**NCPC FILE NUMBER**
8272

**NCPC MAP FILE NUMBER**
1.71(00.00)45313

**APPLICANT'S REQUEST**
Approval of preliminary and final
site development plans

**PROPOSED ACTION**
Approve preliminary and final site
development plans as requested

**ACTION ITEM TYPE**
Consent Calendar

## PROJECT SUMMARY

The National Park Service (NPS) has submitted preliminary and final site developments plans for bicycle and safety improvements to 15th Street between Maine Avenue, NW and Pennsylvania Avenue, NW in Washington, DC. The NPS, in partnership with the District Department of Transportation (DDOT) proposes a physically separated, two-way cycle track in place of the western most lane of traffic on 15th Street. The project also includes pedestrian and bus stop improvements in the corridor. The proposed improvements will be implemented in two phases with temporary vertical physical cycle track barriers installed in phase 1 and permanent vertical barriers installed in phase 2. These phases align with planned road repaving in the corridor.

## KEY INFORMATION

- The NPS, in partnership with DDOT is planning to implement a physically separated, two-way cycle track in place of the western most lane of traffic on a portion of 15th Street with additional pedestrian and bus improvements.
- The new cycle track will replace the western most lane of traffic or parking on 15th Street.
- Pedestrian improvements include changes to traffic signals to increase pedestrian crossing time and add pedestrian only movements, and closure of the slip lane to Maine Avenue, NW.
- Plan includes improvements to existing bus lay-bys to create safe and efficient mixing of bicyclists, pedestrians, and bus passengers.
- The design process included public engagement with the primary goal to improve safety for all users in the corridor.
- The installation will occur in two phases that align with planned roadway repaving. The first phase will include temporary vertical physical cycle track barriers such as concrete

curbs and plastic bollards. Phase two would replace the temporary elements with permanent granite curb style barriers and K71 bollards as needed.

## RECOMMENDATION

The Commission:

**Approves** the preliminary and final site development plans for the proposed safety improvements to 15th Street between Pennsylvania Avenue, NW and Maine Avenue, NW in Washington, DC.

**Supports** the intended goal of improving safety for all users and reducing vehicle, pedestrian, and bicycle conflicts in the heavily traveled corridor.

**Notes** the proposed use of vertical physical barriers that includes low concrete and granite curbs for the majority of the cycle track and limits the use of flexible posts or permanent bollards in the National Mall is a context sensitive design approach that maintains important viewsheds on the Mall.

## PROJECT REVIEW TIMELINE

| | |
|---|---|
| **Previous actions** | None |
| **Remaining actions** (anticipated) | None |

## PROJECT ANALYSIS

### Executive Summary

Staff evaluated the submitted preliminary and final site development plans and finds that the project, which includes the addition of a physically separated, two-way cycle track, changes to traffic signals, closure of the slip lane to Maine Avenue, NW, and upgrades to the bus lay-bys, will greatly improve user access and safety on the 15th Street corridor. Accordingly, staff recommends the **Commission approve the preliminary and final site development plans for the proposed safety improvements to 15th Street between Pennsylvania Avenue, NW and Maine Avenue, NW in Washington, DC.**

### Analysis

NPS-AR-000843

The National Park Service, National Mall and Memorial Parks, in conjunction with DDOT, is proposing to implement a safety improvement project on 15th Street. The project includes a two-way cycle track physically separated from traffic with vertical barriers for bicyclist safety, improvements to intersections and removal of the right turn slip lane to Maine Avenue, NW to improve pedestrian safety, and new designs for bus lay-bys to ensure bus user safety. The project fills a void in a cross-city bicycle route and will improve access to the National Mall and surrounding areas. The project is part of an effort to install twenty miles of protected bike lanes by 2022 with the priority of improving high injury and crash locations. The purpose is to improve safety in a highly traveled corridor by balancing the needs of all users. As such, staff recommends that the **Commission supports the intended goal of improving safety for all users and reducing vehicle, pedestrian, and bicycle conflicts in the heavily traveled corridor.** The proposed cycle track was included in the National Park Service 2010 National Mall Plan as well as the Districts MoveDC Plan and Vision Zero strategy.

The proposed cycle track will be a two-way design where both north and south directions are side by side and separated by painted lines, except at intersections where plastic or permanent bollards will be used to ensure drivers do not enter the cycle track mistakenly. The proposed cycle track will replace the western-most lane on 15th Street which changes from on street parking to a travel lane. The replacement of the lane with a cycle track requires that turns and traffic signals be updated to include turn arrows to eliminate cross-use conflicts. Traditional cycle tracks utilize plastic flex post bollards to separate the cycle track from vehicle traffic. As these features are not in keeping with the design aesthetic and quality of the National Mall, NPS is proposing to initially use temporary concrete wheel stops or rubber wheel stops as the physical separation with a small number of flex posts used only at intersections and north of Constitution Avenue. The permanent phase of the project will replace the concrete wheel stops with granite curbs and replace some of the flex posts with either a stainless steel or K-71 bollard.

Currently there are three bus lay-bys on the western side of 15th Street for bus drop off and pick up by several bus users including the National Mall Circulator. The addition of the cycle track requires a new design for the lay-bys that will balance safety with access. The proposed design includes a larger separating island that will become the actual bus stop. The cycle track will be routed between this new bus stop island and western curb of the street. This routing will include lane markings and signage to indicate an upcoming user conflict point that requires bicyclists to slow down and yield to pedestrians. This design is also referred to as a floating bus stop.

The proposed project will be implemented in two phases based on currently planned repaving projects by DDOT and NPS. In the first phase, which will take place by the end of 2021, DDOT will install the cycle track between Constitution Avenue and Pennsylvania Avenue, NW to include concrete barriers and flex posts. During this phase, NPS will install rubber and concrete wheel stops with flex posts at intersections only, and the redesigned bus lay-bys south of Constitution Avenue. In the second phase of work, which will occur in 2022, NPS will replace the temporary separation features with granite curbs and most flex posts will be replaced with permanent bollards on the National Mall. Staff recommends that the **Commission notes that the proposed use of vertical physical barriers that includes low concrete and granite curbs for the majority of**

**the cycle track and limits the use of flexible posts or permanent bollards in the National Mall is a context sensitive design approach that maintains important viewsheds on the Mall.**

## CONFORMANCE TO EXISTING PLANS, POLICIES AND RELATED GUIDANCE

### Comprehensive Plan for the National Capital

As noted in the analysis above, NCPC staff has reviewed this proposal for compliance with relevant guidance and has determined that it is not inconsistent with the policies established in the Federal Elements of the *Comprehensive Plan for the National Capital.* In particular, the project is supported by policies in the Federal Environment, Urban Design, Parks and Open Space, Transportation, and Visitors and Commemoration Elements.

### National Historic Preservation Act

The National Park Service has indicated that National Historic Preservation Act (NHPA) review for this project will be streamlined in accordance with a nationwide programmatic agreement (PA), which the DC State Historic Preservation Office (SHPO) has confirmed. The PA allows the NPS to streamline many maintenance, repair, rehabilitation, or other activities that are not anticipated to have impacts on historic properties and are completed in accordance with a treatment plan. Given its approval authority over the project, NCPC also has an independent responsibility to satisfy the regulations implementing Section 106 of the NHPA. NCPC designated the NPS as the lead agency for Section 106 purposes related to the approval actions regarding this project.

### National Environmental Policy Act

The National Park Service has indicated that it will apply categorical exclusion C.18 *Construction of minor structures, including small, improved parking lots, in previously disturbed areas* from National Environmental Policy Act (NEPA) analysis under its agency regulations. To meet its own NEPA obligation, NCPC staff applied a categorical exclusion for the proposed project (§601.12 [2]), which allows for "approval of the installation or restoration of minor site elements, such as but not limited to identification signs, sidewalks, patios, fences, curbs, retaining walls, landscaping, and trail or stream improvements." Staff determined no extraordinary circumstances existed prior to applying the categorical exclusion.

## CONSULTATION

NPS, in coordination with DDOT, has utilized an extensive online public engagement campaign to both publicize the proposed project and gather feedback. There were two public meetings, online surveys and stakeholder meetings that generated more than 150 comments.

### Coordinating Committee

The Coordinating Committee reviewed the proposed preliminary site and building plans at its May 12, 2021 meeting. The Committee forwarded the proposal to the Commission with the statement that it has been coordinated with all participating agencies, except the District Department of Energy and Environment (DOEE). DOEE noted that the project has not initiated coordination yet and should consult with DOEE to ensure compliance with applicable stormwater management requirements. The Coordinating Committee agencies included NCPC; the National Park Service; the General Services Administration, the Washington Metropolitan Area Transit Authority, the District of Columbia Office of Planning; the State Historic Preservation Office; the District Department of Transportation, and the District Department of Energy and Environment via email.

## U.S. Commission of Fine Arts

The 15th Street Safety Improvements project will be reviewed at the May 20, 2021, meeting of the U.S. Commission of Fine Arts.

## ONLINE REFERENCE

The following supporting documents for this project are available online at www.ncpc.gov:

- Submission Package
- Project Synopsis

Prepared by Jamie Herr<br>05/14/2021

## POWERPOINT (ATTACHED)



# 15th Street Safety Improvements

15th Street from Pennsylvania Avenue to Maine Avenue, Washington DC

Approval of Preliminary and Final Site Development Plans

United States Department of the Interior

NPS-AR-000847

June 3, 2021 | File: 8272

# Site Location



Location Map

NPS-AR-000848

# 15th Street Safety Improvements – Purpose

## Conflicts Can Lead to Crashes

## 200+

Number of crashes (all modes) that occurred on the 15th Street corridor within our study area between 2015 and 2020



NPS-AR-000849

National Capital Planning Commission

**4**

File: 8272

4

# 15th Street Safety Improvements – Proposed Elements

- Closes the bikeway gap from Pennsylvania Avenue to the 14th Street Bridge

- This scope of work focuses on 15th Street between Pennsylvania Avenue NW and Maine Avenue SW



**5** National Capital Planning Commission                                    File: 8272

# 15th Street Safety Improvements – Vertical Protection Elements

- Concrete wheel stops with reflective strips are preferred for durability and have limited impact on viewshed.

- Along the Mall, **no flexible posts will be used  (except at intersections)**

- North of Constitution Avenue, flexible posts will be considered for added vertical protection

- A **short-term application is needed** for the 15th Street portion through the National Mall (permanent application can occur with mill/paving in summer 2022)



NPS-AR-000851

# 15th Street Safety Improvements – Vertical Protection cont'd

- A vertical element at intersections in needed to provide visibility (and to deter vehicles from entering bike facility)

- Design would seek to minimize the number of flexible posts at each intersection

- 2-3 flexible posts used to add visibility to concrete buffer



NPS-AR-000852

# 15th Street Safety Improvements – Vertical Protection cont'd

- A vertical element at the centerline of cycle-tracks are also needed – due to the facility's width (to deter vehicles from entering facility)

- Options for centerline post:
  - 2-3 flexible posts
  - 1 stainless steel or K-71 bollard

**K-71**





**1st Street NE cycletrack, north of K Street**



**1st Street NE at Columbus Circle**

NPS-AR-000853

# 15th Street Safety Improvements – Timeline 2021



4th Street SW, National Mall

**Concrete barrier with flexible posts**



East Basin Drive, Jefferson Memorial

**Rubber wheel stop with flexible posts (at intersections only)**

**Long-Term Condition**

**Concrete barrier with flexible posts**

**Interim Condition**

**Rubber wheel stops with flexible posts**
**Bus lay-by reconstruction**

**Long-Term Condition**

**Rubber wheel stops with flexible posts**



NPS-AR-000854

# 15th Street Safety Improvements – Timeline 2022



**Permanent granite curb buffer**



**2021 Condition**

**Long-Term Condition**

**Permanent curb buffer for cycletrack**
**No change to bus lay-bys**

**2021 Condition**

NPS-AR-000855

# 15th Street Safety Improvements – Segment 1 Pennsylvania Avenue



13' cycle track with bike turn lane

12' cycle track with bike turn lane

Repurposed parking lane for cycle track

|              | AM | PM |
|--------------|----|----|
| Existing LOS | D  | C  |
| Proposed LOS | D  | D  |

Permit right turns into White House Access Road.

NPS-AR-000856

# 15th Street Safety Improvements – Segment 2 Constitution Avenue



10' cycle track, 3' buffer
10' vehicle lanes

Right turn on green arrow only to avoid conflict with bicycles and pedestrians.

Left turn on green arrow only to avoid conflict with bicycles and pedestrians

|  | AM | PM |
|---|---|---|
| Existing LOS | E | D |
| Proposed LOS | F | F |

# 15ᵗʰ Street Safety Improvements – Segment 3 Madison Drive, NW



**12' cycle track, 3' buffer**
**11' vehicle lanes**

|  | AM | PM |
|---|---|---|
| Existing LOS | B | A |
| Proposed LOS | B | A |

- **Extended AM traffic signal timing from 55 to 110 seconds**
- **Pedestrian only movement added**

|  | AM | PM |
|---|---|---|
| Existing LOS | A | A |
| Proposed LOS | E | D |

# 15ᵗʰ Street Safety Improvements – Segment 4 Maine Avenue



Close this slip lane; prohibit right turn movement

|  | AM | PM |
|---|---|---|
| Existing LOS | C | B |
| Proposed LOS | C | E |

12' cycle track, 3' buffer
12' vehicle lanes
8' parking lane

NPS-AR-000859

# 15th Street Safety Improvements – Segment 4 Maine Avenue



**Cycle track passes in front of island and takes the curb lane**

| | AM | PM |
|---|---|---|
| **Existing LOS** | C | B |
| **Proposed LOS** | C | E |

**12' cycle track, 3' buffer**
**12' vehicle lanes**
**8' parking lane**

NPS-AR-000860

# 15th Street Safety Improvements – Segment 4 Maine Avenue



Repurposed lane for cycle track on Maine Ave & East Basin Dr (NPS to execute during summer 2021 repaving)

Maintain 2 lanes from Kutz Bridge with right only turn into Tidal Basin Lot

Install protection for start of cycletrack at this location

RAOUL WALLENBERG PL, SW

NPS-AR-000861

16

# 15th Street Safety Improvements – Bus Lay-bys

- Three bus lay-bys are located along the National Mall on the west side of 15th Street

- All lay-bys are serviced by the DC Circulator 'National Mall' Route.

- BigBus sightseeing company uses lay-by #2 & #3



**Bus Stops and Routes**

- Circulator Routes
- Metrobus Routes
- Circulator Stops
- Metrobus Stops

NPS-AR-000862

# 15th Street Safety Improvements – Bus Lay-bys Design

**SEPARATE MODES AT BUS LAY-BYS**



Route cycle track into existing lay-by space; cycle track remains at street level

Demo and replace existing median island with 12' wide extension for bus load/unload zone

8' cycle track, 12' platform
12' vehicle lanes
11' bus lane
8' parking lane

NPS-AR-000863

# 15th Street Safety Improvements – Maintenance

- DDOT will maintain concrete vertical separation

- DDOT will provide snow clearance

- NPS will develop alternative snow storage solution





NPS-AR-000864

# 15th Street Safety Improvements – Proposed Rendering



NPS-AR-000865

National Capital Planning Commission                                      File: 8272

District of Columbia Office of Planning



# DC STATE HISTORIC PRESERVATION OFFICE
# FEDERAL AGENCY SECTION 106 REVIEW FORM

**TO:**  Daniel Weldon, National Park Service

**ADDRESS**: Via email to: daniel_weldon@nps.gov

**PROJECT NAME/DESCRIPTION**: 15th Street Repaving and Cycletrack Installation

**PROJECT ADDRESS/LOCATION DESCRIPTION:** 15th Street from Maine Avenue to Constitution Avenue

**DC SHPO PROJECT NUMBER:** 25-0139

The DC State Historic Preservation Office (DC SHPO) has reviewed the above-referenced federal undertaking(s) in accordance with Section 106 of the National Historic Preservation Act and has determined:

☐  This project will have **no effect** on historic properties.  No further DC SHPO review or comment will be necessary.

☐  There are **no historic properties** that will be affected by this project.  No further DC SHPO review or comment will be necessary.

☒  This project will have **no adverse effect** on historic properties.  No further DC SHPO review or comment will be necessary.

☐  This project will have **no adverse effect** on historic properties **conditioned upon** fulfillment of the measures stipulated below.

We understand the NPS proposes to undertake a variety of roadway improvements and related work along the above-referenced section of 15th Street (see attached narrative scope of work) and that most of these improvements qualify for streamlined review under the Nationwide NPS Programmatic Agreement (PA).  The one action that is not streamlined under the NPS PA is the proposal to replace the existing rubber cycletrack wheel stops with concrete and granite curbs up to 18" in width to create a more permanent separation between bikes and vehicles.  Although such curbs are not streamlined under the NPS PA, they are streamlined under the Federal Highway Aid PA that FHWA and the ACHP entered into with our office, provided the curbs are no wider than 18" within the L'Enfant City.  Since we understand that 18" is the proposed maximum width, and because we consider the granite and concrete curbs, including those that already exist on 4th Street, more visually appropriate for the National Mall setting, we have determined this undertaking will have "no adverse effect" on historic properties.  Please contact me at andrew.lewis@dc.gov or at 202-442-8841 if you should have any questions or concerns regarding this matter.  Otherwise, thank you for providing this opportunity to review and comment.

**BY**: _____

C. Andrew Lewis
Senior Historic Preservation Specialist
DC State Historic Preservation Office

**DATE**:  December 11, 2024

899 North Capitol Street, NE, Suite 7100, Washington, DC 20002  Phone: 202-442-7600

NPS-AR-000866

Section 106 Review: NPS 15th Street Repaving and Cycletrack Installation
December 11, 2024
Page 2

## NARRATIVE SCOPE OF WORK

The National Mall and Memorial Parks proposes to engage in the rehabilitation of roadbed materials associated with existing park managed roads. The overall project will include the repaving of the asphalt milling and overlay on 15th Street from Constitution Avenue south to just north of the intersection of Maine Avenue and Raoul Wallenberg. This project also includes the repaving of the asphalt milling and overlay of westbound Independence Avenue from 14th Street to 23rd Street. Drawings detailing the area that will be impacted are submitted for your review. As reflected in the plans, there are several locations of full depth patching on 15th Street. This project also includes in- kind street light replacements along the 15th Street limits, pedestrian crossing improvements through reconstructed curb cut ramps on 15th Street, repainting of existing pavement markings, and some minor areas of sidewalk panel replacement along 15th Street.

Existing condition photographs and drawings showing proposed configurations are provided in the consultation packet. These undertakings largely conform to the streamlined activities defined in the 2008 National Historic Preservation Act signed by the National Park Service and the National Council of State Historic Preservation Offices.

However, this project includes an activity that falls outside the scope of a streamlined review. A portion of the project will also upgrade the existing 15th Street cycle track median buffer between the cycle track and the driving lanes. The current median buffer consists of pavement markings and rubber wheel stops. This project will replace the existing median with a granite curbed median with exposed aggregate PCC in between the granite curbs, for the majority of the corridor, with the exception being the final approximately 200' of median to the south of Constitution, which will be a slightly narrower concrete curb median due to the narrowing of 15th street as it approaches Constitution Avenue. Please note that pictures with approximate alignment stationing have been attached below, as well as screen shots for the two cycle track median configurations and the detail from the plans for the cycle track granite curb median.

NPS-AR-000867

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| | PROJECT | SHEET NUMBER |
|---|---|---|
| | DC NP NAMA 21(2) | A01 |



KEY MAP
WASHINGTON DC AND METROPOLITAN AREA

DC NP NAMA 21(2)

0  1  3  5        10
SCALE IN MILES

# U.S. DEPARTMENT OF THE INTERIOR
# NATIONAL PARK SERVICE

# NATIONAL MALL AND MEMORIAL PARKS

PLANS FOR PROPOSED

# DC NP NAMA 21(2)

## 15TH STREET AND WB INDEPENDENCE AVENUE RESURFACING

### WASHINGTON, DISTRICT OF COLUMBIA

## INDEX TO SHEETS

| SHEET NO | DESCRIPTION |
|---|---|
| A01 | Title Sheet |
| A02-A03 | Symbols and Abbreviations |
| A04 | Location Map |
| A05 | Alignment Data |
| B01-B05 | Typical Section |
| C01-C08 | Tabulation of Quantities and Summary Sheets |
| D01-D13 | Construction Plan, Schedule A, Schedule C |
| E01-E06 | Curb Ramp Details |
| F01-F04 | Construction Plan, Schedule B |
| M01-M02 | Erosion & Sediment Control Narrative |
| M03-M06 | Erosion & Sediment Control Plans |
| N01 | Detour Plan |
| P01-P13 | Pavement Marking And Signing Plan |
| S01-S23 | Standards and Details |

## DESCRIPTION OF PROJECT

**IMPROVEMENT:** This project consists of asphalt milling and overlay with full depth patches in few locations.  This project also includes street light improvements, pedestrian crossing improvements, permanent bicycle lanes, pavement markings, and other miscellaneous work.

**PROJECT LENGTH:** 1.50 miles

**LANE MILES:** 4.50 Miles

**ROAD:**

| | WIDTH | SURFACE | BASE |
|---|---|---|---|
| 15th Street | 48' and varies | Varies ACP | Varies PCC |
| Independence Avenue SW, Westbound | 34.4' | Varies ACP | Varies PCC |

**DESIGN DESIGNATION:**

| | 15TH STREET | INDEPENDENCE AVENUE SW, WESTBOUND |
|---|---|---|
| ADT (2024) | 10602 | 31703 |
| ADT (2044) | 12556 | 37546 |
| DHV | 1272 | 3804 |
| D | 65/35 | N/A |
| % Buses | 5% | 1% |
| V (MPH) | 25 | 30 |
| C/A | None | None |
| e(max) | 4% | 4% |

**SPECIFICATIONS:**

"Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects", FP-14.

DC NP NAMA 21(2)



Scale in feet
400 200 0    500    1000

| Schedule | Description | Station to Station | Length (miles) | RIP Milepost/ Cycle #5 |
|---|---|---|---|---|
| A | 15th Street (Route 0021ZZ) | 102+08 to 128+36 | 0.50 | 0.05 to 0.55 |
| B | 15th Street (Route 0021ZZ) | 102+08 to 128+36 | 0.50 | 0.05 to 0.55 |
| C | Independence Avenue SW, Westbound (Route 0503Z) | 14+13.26 to 66+41.28 | 1.00 | 0.00 to 1.00 |



Know what's below.
**Call** before you dig.
811 or 1-800-351-1111
www.call811.com

# 95% PLANS

## PLANS PREPARED BY

**U.S. Department of Transportation**
**Federal Highway Administration**

EASTERN FEDERAL LANDS HIGHWAY DIVISION
ASHBURN, VIRGINIA
MAY, 2024

| Project Manager | Highway Design Manager | Lead Designer |
|---|---|---|
| Dan Weston | Chris Burnell | Spencer Lowery |

NPS-AR-000868

M:\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\A01-NAMA_21(2)_ttl.dgn  [A01 - Title Sheet (Design)]

15 May 2024  2:04 PM

NPS PMIS No. 212005   NPS Drwg No. 802/165501

| | PROJECT | SHEET NUMBER |
|---|---|---|
| | DC NP NAMA 21(2) | A02 |

**Abbreviations**

| | | | | | |
|---|---|---|---|---|---|
| Δ | total central angle | lat. | latitude | T | tangent distance |
| Δc | curve central angle | lnft | linear feet | T. | township |
| Ø | diameter | LOD | Limits of Disturbance | TBM | temporary bench mark |
| θs | spiral central angle | long. | longitudinal | thd. | thread |
| abut. | abutment | LPSM | lump sum | TS | point of tangent to spiral |
| ACP | asphalt concrete pavement | Ls | length of spiral | Ts | tangent distance (spiraled curve) |
| ADT | average daily traffic | lt. or LT | left | typ. | typical |
| AH | ahead | LW | low water | V | design speed |
| appr. | approach | ML | main line | vph | vehicles per hour |
| BK | back | MP | mile post | VPI | vertical point of intersection |
| BM | benck mark | max. | maximum | W | west |
| BP | balance point | min. | minimum | | |
| br. | bridge | mod. | modification | | |
| brg. | bearing | mon. | monument | | |
| BW | broken white | N | north | | |
| BY | broken yellow | NC | normal crown | | |
| cc or c. to c. | center to center | NMSA | nominal maximum size aggregate | | |
| CL | centerline | o. c. | on center | | |
| CMP | corrugated metal pipe | ohwm | ordinary high water mark | | |
| CO | contracting officer | o. to o. | out to out | | |
| col. | column | OD | outside diameter | | |
| conc. | concrete | OG | original ground | | |
| conn. | connection | PC | point of curve | | |
| constr. jt. | construction joint | PCC | point of compound curve | | |
| cont. | continuous | PCS | point of curve to spiral | | |
| CS | curve to spiral | PI | point of intersection | | |
| ctrs. | centers | pl. | plate | | |
| cuyd | cubic yard | POC | point on curve | | |
| D | diameter | POS | point on spiral | | |
| DHV | design hourly volume | POT | point on tangent | | |
| dia. | diameter | PS | point of tangent to spiral | | |
| diag. | diagonal | PSC | point of spiral to curve | | |
| diaph. | diaphragm | PST | point of spiral to tangent | | |
| dist. | distance | PT | point of tangent | | |
| drwg(s). | drawing(s) | pvmt. | pavement | | |
| DSY | double solid yellow | R | radius | | |
| DW | dotted white | R. | range | | |
| DY | dotted yellow | R/W | right-of-way | | |
| E | east | rdwy. | roadway | | |
| e | superelevation rate | RECP | rolled erosion control product | | |
| elev. | elevation with number | reinf. | reinforcement | | |
| elev. | elevation | reqd. | required | | |
| emb. | embankment | rt. or RT | right | | |
| EOP | edge of pavement | rte. | route | | |
| EOS | edge of shoulder | S | south | | |
| EOT | edge of travel way | SADT | seasonal average daily traffic | | |
| EQ or eq. | equation | SC | point of spiral to curve | | |
| ER | edge of road | sec. | section | | |
| ESAL | equivalent single axle load | shldr. | shoulder | | |
| EW | edge of water | spa. | spacing, spaces or spaced | | |
| exc. | excavation | sqft | square foot | | |
| exp. jt. | expansion joint | sqyd | square yard | | |
| fin. | finish | SRS | point of spiral to reverse spiral | | |
| flg. | flange | SS | point of spiral to spiral (no curve) | | |
| ftg. | footing | ST | point of spiral to tangent | | |
| ga. | gage (gauge) | Sta. | station | | |
| galv. | galvanized | std. | standard | | |
| hdwl. | headwall | stgr. | stringer | | |
| hex. | hexagon | stiff. | stiffener | | |
| HW | high water | struc. | structural | | |
| ID | inside diameter | SSW | single solid white | | |
| jt. | joint | SSY | single solid yellow | | |
| L | length of curve | STS | point of spiral to tangent spiral | | |
| lam. | lamination | sym. | symmetrical | | |

**Symbols**

| | |
|---|---|
| Control Point (Terrestrial and GPS); Jump Hub | |
| National Boundary | |
| State Boundary | |
| County Boundary | |
| City Boundary | |
| Township or Range Line | |
| Section Line | |
| Section Corner (Found, Projected) | |
| ¼ Section Line | |
| ¼ Section Corner (Found, Projected) | |
| ¹⁄₁₆ Section Line | |
| ¹⁄₁₆ Section Corner (Found, Projected) | |
| Property Line w/Found Property Corner | |
| Parcel Number | |
| National Park Boundary | |
| National Forest Boundary | |
| National Wildlife Refuge Boundary | |
| BLM Lands Boundary | |
| Indian Reservation Boundary | |
| Existing Roadway (Road, Paved, Gravel) | |
| Railroad | |
| Trail | |
| Intermittent Drainage or Small Creek | |
| Large Creek or River | |
| Lake, Pond or Reservoir | |
| Spring or Seep | |
| Treeline; Individual Trees | |
| Material Source; Bore Hole; Test Pit | |
| Spot Elevation; Coordinate Grid Tick | |

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

# SYMBOLS AND ABBREVIATIONS

NPS-AR-000869

*Sheet 1 of 2*

NPS PMIS No. 212005     NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | A03 |



North Arrow

EXISTING          PROPOSED

Slope Stake Limits
Top of Cut
Toe of Fill
Transition

Fence

Gate with Fence

Cattleguard

Guardrail

Concrete Barrier

Retaining Wall

Signs (single, double post; portable)

Delineators

Pipe Culvert (arrow shows flow)

Pipe Culvert with End Section

Pipe Culvert with Headwall

Pipe Culvert with Drop Inlet

Box Culvert

Underdrain

Overhead/Above Ground Utilities

Underground Utilities
    FM = force main,  FO = fiber optic,  G = gas,  IRR = irrigation,  O = oil,
    P = power,  SA = sanitary sewer,  SD = storm drain,  SS = storm sewer,
    STEAM = steam,  T = telephone,  TV = CATV,  W = water

Poles (Power, Telephone, Joint Use,
    Light, Support w/Anchor)

Miscellaneous Utility Features
    EM = electric meter,  T = telephone pedestal,  TV = CATV pedestal,
    UP = transformer or junction box,  WF = water fountain

Building

Right-of-Way Line with Monument

Permanent Easement

Construction Easement

Riprap

Push Button

AREA PATTERN

Pavement Removal / Roadway Obliteration

Full Depth Pavement

Sidewalk Asphalt/Concrete

Mill and Overlay

Overlay

Silt Fence

Diversion Berm

Drainage Divide

Check Dam

Limits of Disturbance

Fiber Roll or Wattle

PROJECT SPECIFIC SYMBOLS AND ABBREVIATIONS:

Pavement Patch

Concrete Bus Pad

Stone Pavers

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**SYMBOLS AND ABBREVIATIONS**

NPS-AR-000870

*Sheet 2 of 2*

10 May 2024   5:04 PM



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | A04 |

**LOCATION MAP**

National Mall and Memorial Parks

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

NOT TO SCALE

NPS-AR-000871

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | A05 |

## 15TH STREET ALIGNMENT DATA

| BEARING | DISTANCE (FEET) | NORTHING (Y) | EASTING (X) | PC | PI | PT | DELTA | R | L | T |
|---|---|---|---|---|---|---|---|---|---|---|
| N00°04'22"W | 1198.007 ' | 443513.368 | 1302745.07 | | 100+00.00 | | | | | |
| N38°26'42"E | 179.240 ' | 444816.19 | 1302743.418 | 111+98.01 | | 113+99.68 | 38°31'04" | 300.000 ' | 201.678 ' | 104.817 ' |
| N03°51'00"E | 193.734 ' | 445093.158 | 1302963.294 | 114+74.11 | | 118+12.23 | 34°35'42" | -560.000 ' | 338.126 ' | 174.394 ' |
| N30°51'30"W | 329.925 ' | 445492.242 | 1302990.151 | 118+31.57 | | 122+31.39 | 34°42'30" | -660.000 ' | 399.812 ' | 206.252 ' |
| N00°09'55"E | 425.695 ' | 445889.825 | 1302752.594 | 123+55.06 | | 126+14.96 | 31°01'25" | 480.000 ' | 259.903 ' | 133.222 ' |
| | | 446315.518 | 1302753.822 | | 129+07.43 | | | | | |

*For information only*

M:\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\A05-NAMA_21(2)_all.dgn  [A05]

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

8 May 2024  12:13 PM

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

## ALIGNMENT DATA

NPS-AR-000872



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | B01 |

**EXISTING:**

2.50-7.25" existing asphalt concrete pavement

6-8" existing portland cement concrete

9" existing reinforced portland cement concrete pavement

10" existing aggregate base

Existing Twin-Twenty Light (typ.)

Existing rubber wheelstop

Varies    Varies

Existing ground

Existing granite curb

Existing ground

Existing granite curb

Varies, 10'-12'
Protected Bike Lanes

3'
Bike Lane Buffer

Varies, 11'-12'
Travel Lane

Varies, 11'-12'
Travel Lane

Varies, 11'-12'
Travel Lane

8'
On-Street Parking
See Note 2.

Varies, 48'-58'
Limits of Construction

**15th Street**

102+08 to 104+43
105+65 to 114+20
115+44 to 122+24

**PROPOSED:**

1.5" ACP Gyratory Mix, 3/8" NMSA, 3 to <30 Million ESAL, Type IV Roughness, PG 76-22

Tack coat

2.5 ACP Gyratory Mix, 3/4" NMSA, 3 to <30 Million ESAL, PG 76-22

Tack coat

Asphalt Pavement Milling (2.5" - 4.0" Depth)

9" existing reinforced portland cement concrete pavement to remain

Granite and exposed PCC cycle track barrier curb, 2' width

Match Existing    Match Existing

Light fixture improvement (typ.), Schedule B, See Note 4.

Existing ground

Existing granite curb. See Note 3.

Existing ground

Existing granite curb

Concrete Pavement Restoration, Pavement Patch. See Note 1.

Varies, 10'-12'
Protected Bike Lanes

3'
Bike Lane Buffer

Varies, 11'-12'
Travel Lane

Varies, 11'-12'
Travel Lane

Varies, 11'-12'
Travel Lane

8'
On-Street Parking
See Note 2.

58'
Limits of Construction

**15th Street**

102+08 to 104+43
105+65 to 114+20
115+44 to 122+24

**NOTES:**

1. Repair concrete pavement area according to Detail C, Section 502 and as directed by CO.
2. On-Street Parking location: 101+76 to 106+34 Rt.
3. Remove and replace damaged granite curb as directed by the CO.
4. Replace light fixtures as directed by the CO.
5. Install PCC cycle track barrier curb according to Detail E634-A.

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**TYPICAL SECTIONS**

15TH STREET

NPS-AR-000873

**NOT TO SCALE**

M:\PROJECTS\nama\21(2)_50113\Proj_Dev\CADD\B01-B04-NAMA_21(2)_typ.dgn   [B01 (15th Street)]

16 April 2024  8:43 AM



| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | B02 |

**EXISTING:**

9" existing reinforced portland concrete cement pavement

10" existing aggregate base

6" existing portland concrete cement slabs

10" existing portland concrete cement base

Existing granite curb (typ.)

2" existing asphalt concrete pavement

6-9" existing asphalt concrete pavement

10" existing aggregate base

9" existing reinforced portland cement concrete pavement

10" existing aggregate base

Existing Twin-Twenty Light (typ.)

Varies    Varies

Existing ground
Existing granite curb

Existing ground
Existing granite curb

| 10' | Varies, 12'-12.5' | Varies, 10' - 11' | 11' | 11' | Varies, 11'-12' | 8' |
|---|---|---|---|---|---|---|
| Protected bike lanes | Existing concrete median | Bus Pull-Off | Travel Lane | Travel Lane | Travel Lane | On-Street Parking See Note 2. |

Varies, 65' to 75.5'
Limits of Construction

**NOTES:**

1. Construct Asphalt Concrete Pavement Patch according to plans, Detail A, Detail B and as directed by CO.
2. On-Street Parking location: 101+76 to 106+34 Rt.
3. Remove and replace damaged granite curb as directed by the CO.
4. Replace light fixtures as directed by the CO.

**15th Street**

104+43 to 105+65
114+20 to 115+44
122+24 to 123+46

**PROPOSED:**

Existing Concrete Median/ Sidewalk to remain

Existing granite curb to remain (typ.)

9" Existing reinforced portland cement concrete pavement to remain

8" Portland concrete cement (reinforced)

6" Aggregate base, grading C or D

Separation geotextile, Class 2, Type E

1.5" ACP Gyratory Mix, 3/8" NMSA, 3 to <30 Million ESAL, Type IV Roughnes PG 76-22

Tack coat

2.5" ACP Gyratory Mix, 3/4" NMSA, 3 to <30 Million ESAL, PG 76-22

Tack coat

Asphalt Pavement Milling (4.0" Depth)

9" existing reinforced portland cement concrete pavement to remain

Match Existing    Match Existing

Concrete Pavement Restoration, Pavement Patch. See Note 1.

Existing Twin-Twenty Light (typ.), Schedule B, See Note 4.

Existing ground
Existing granite curb

Existing ground
Existing granite curb. See Note 3.

| 10' | Varies, 12'-12.5' | Varies, 10' - 11' | 11' | 11' | Varies, 11'-12' | 8' |
|---|---|---|---|---|---|---|
| Protected bike lanes | Existing concrete median | Bus Pull-Off Concrete Bus Pad | Travel Lane | Travel Lane | Travel Lane | On-Street Parking See Note 2. |

Varies, 65' to 75.5'
Limits of Construction

**15th Street**

104+43 to 105+65
114+20 to 115+44
122+25 to 123+45

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**TYPICAL SECTIONS**

15TH STREET

NPS-AR-000874

***NOT TO SCALE***

M:\PROJECTS\nama\21(2)_5013)Proj_Dev\CADD\B01-B04-NAMA_21(2)_typ.dgn    [B02 (15th Street - Bus Pads)]

16 April 2024    8:44 AM



**EXISTING:**

2.50-7.25" existing asphalt concrete pavement

6-8" existing portland cement concrete

Existing rubber wheelstop

Existing Twin-Twenty Light (typ.)

*Varies*    *Varies*

Existing ground

Existing ground

Existing granite curb

| 10' Protected Bike Lanes | 2' Bike Lane Buffer | 10' Travel Lane | Varies, 0' - 10' Travel Lane | 10' Travel Lane | 10' Travel Lane |

52'
Limits of Construction

### 15th Street
123+45 to 128+36

**PROPOSED:**

1.5" ACP Gyratory Mix, 3/8" NMSA, 3 to <30 Million ESAL, Type IV Roughness, PG 76-22

Tack coat

2.5" ACP Gyratory Mix, 3/4" NMSA, 3 to <30 Million ESAL, PG 76-22

Tack coat

Asphalt Pavement Milling (2.5" - 4.0" Depth)

Cycle track barrier curb, 18" width

Light fixture improvement (typ.), Schedule B, See Note 3.

*Match Existing*    *Match Existing*

Existing ground

Existing ground

Existing granite curb

Existing granite curb. See Note 2.

Concrete Pavement Restoration, Pavement Patch. See Note 1.

| 10' Protected Bike Lanes | 2' Bike Lane Buffer | 10' Travel Lane | Varies, 0' - 10' Travel Lane | 10' Travel Lane | 10' Travel Lane |

52'
Limits of Construction

### 15th Street
123+45 to 128+36

## NOTES:

1. Repair concrete pavement area according to Detail C, Section 502 and as directed by CO.
2. Remove and replace damaged granite curb as directed by the CO.
3. Replace light fixtures as directed by the CO.
4. Install PCC cycle track barrier curb according to Detail E634-A.

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
| DC NP NAMA 21(2) | B03 |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

## TYPICAL SECTIONS
15TH STREET

NPS-AR-000875

**NOT TO SCALE**

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |

NPS PMIS No. 212005      NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | B04 |

**EXISTING:**          ℄          **PROPOSED:**

2" ACP Gyratory Mix, ⅜-inch NMSA, 3 to <30 million ESAL, PG 76E-28(HP), Type II-B pavement roughness

Asphalt tack coat

Mill existing asphalt pavement, 2" depth

1" and var. ACP Gyratory Mix, ⅜-inch NMSA, PG 76E-28(HP) wedge and leveling course

Asphalt tack coat

Existing asphalt pavement, 3½"-11" depth

Existing PCC base

Existing stone curb to remain (typ.)

Existing ground

Match     Match     Match            Match

11.5' Lane     10.8' Lane     11.5' Lane

16.9'          16.9'

33.8' Roadway

Limits of disturbance

**Independence Avenue SW, Westbound**
14+13.26 to 62+7.30

**EXISTING:**          ℄          **PROPOSED:**

2" ACP Gyratory Mix, ⅜-inch NMSA, 3 to <30 million ESAL, PG 76E-28(HP), Type II-B pavement roughness

Asphalt tack coat

Mill existing asphalt pavement, 2" depth

1" and var. ACP Gyratory Mix, ⅜-inch NMSA, PG 76E-28(HP) wedge and leveling course

Asphalt tack coat

Existing median to remain

Existing asphalt pavement, 3½"-11" depth

Existing PCC base

Existing stone curb to remain (typ.)

Existing ground

Match     Match     Match          Match

11.5' Lane     10.8' Lane     11.5' Lane     var. Med-ian

16.9'          16.9'

33.8' Roadway

Limits of construction

**Independence Avenue SW, Westbound**
62+7.30 to 66+41.28

*NOTE:*

1.  Remove and replace damaged granite curb as directed by the CO.

M:\PROJECTS\nama\21(2)_50113\Proj_Dev\CADD\B01-B04-NAMA_21(2)_typ.dgn   [B04 (Independence Ave)]

10 May 2024  5:05 PM

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

NPS-AR-000876

**NOT TO SCALE**

National Mall and Memorial Parks

**TYPICAL SECTIONS**
INDEPENDENCE AVENUE SW, WESTBOUND
SCHEDULE C

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | 000 |

**Limits of pavement patch**

12" | Distressed pavement (width varies) | 12"

1.5" ACP Gyratory Mix, 3/8" NMSA, 3 to <30 Million ESAL, PG 76-22

Tack coat

7.5" ACP,Type I, (placed in 2 equal lifts)

Tack coat

Crushed aggregate, 6-inch depth

Separation-stabilization geotextile, Class 2, Type E

Final pavement structure. See proposed Typical Sections and Note 3.

Existing asphalt pavement

Existing aggregate base

Saw cut pavement, Asphalt tack coat (typ.)

Asphalt pavement removal

Roadway Excavation

### DETAIL A
### ASPHALT CONCRETE PAVEMENT PATCH, TYPE  1

1.5" ACP Gyratory Mix, 3/8" NMSA, 3 to <30 Million ESAL, PG 76-22

Tack coat

7.5" ACP,Type I, (placed in 2 equal lifts)

Tack coat

Asphalt pavement removal

Saw cut pavement, Tack coat (typ.)

Existing asphalt concrete pavement

Existing aggregate base

Final pavement structure. See proposed typical section and Note 3.

Varies
3' min.

### DETAIL B
### ASPHALT CONCRETE PAVEMENT PATCH, TYPE  2

Remove 9" +/- of exiting PCC base pavement by sawcutting. Install 9" +/- PCC base pavement patch.

Tack coat

Variable depth ACP Gyratory Mix, 3/4" NMSA, wedge and leveling

Tack coat

Final pavement structure. See proposed Typical Sections.

Mill existing asphalt concrete pavement

Existing reinforced portland concrete cement pavement

Existing aggregate base

Varies

### DETAIL C
### CONCRETE PAVEMENT RESTORATION, PAVEMENT PATCH

## NOTES:

1.  See plans for Asphalt Concrete Pavement patching locations and as directed by the CO.
2.  Concrete Pavement patching locations as directed by the CO.
3.  Perform patching prior to milling and overlay.

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

## TYPICAL SECTIONS

15TH STREET

NPS-AR-000877

**NOT TO SCALE**

10 May 2024  5:05 PM

M:\PROJECTS\nama\21(2)_50(13)\Proj_Dev\CADD\B01+B04+NAMA_21(2)_typ.dgn  [B05 (Patching Details)]

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | C01 |

## SCHEDULE A

| Line Item No. | Pay Item Number | Pay Item Description | Unit | Estimated Quantities / Bid Schedule |
|---|---|---|---|---|
| A0020 | 15101-0000 | MOBILIZATION | LPSM | ALL |
| A0040 | 15201-0000 | CONSTRUCTION SURVEY AND STAKING | LPSM | ALL |
| A0060 | 15401-0000 | CONTRACTOR TESTING | LPSM | ALL |
| A0080 | 15706-1000 | SOIL EROSION CONTROL, INLET PROTECTION | EACH | 20 |
| A0100 | 15720-0000 | STORM WATER POLLUTION PREVENTION PLAN | LPSM | ALL |
| A0120 | 20301-0100 | REMOVAL OF BOLLARD | EACH | 4 |
| A0140 | 20301-0700 | REMOVAL OF DELINEATOR | EACH | 27 |
| A0160 | 20301-3400 | REMOVAL OF WHEELSTOP | EACH | 100 |
| A0180 | 20302-0600 | REMOVAL OF CURB, STONE | LNFT | 590 |
| A0200 | 20303-1600 | REMOVAL OF PAVEMENT, ASPHALT | SQYD | 460 |
| A0220 | 20303-3200 | REMOVAL OF SIDEWALK, CONCRETE | SQYD | 950 |
| A0240 | 20303-3300 | REMOVAL OF SIDEWALK, STONE | SQYD | 190 |
| A0260 | 20401-0000 | ROADWAY EXCAVATION | CUYD | 10 |
| A0280 | 20701-1000 | SEPARATION-STABILIZATION GEOTEXTILE, CLASS 2, TYPE E | SQYD | 500 |
| A0300 | 30102-2000 | AGGREGATE BASE GRADING C OR D, 6-INCH DEPTH | SQYD | 420 |
| A0320 | 40101-0300 | ASPHALT CONCRETE PAVEMENT, GYRATORY MIX, 3/8-INCH NOMINAL MAXIMUM SIZE AGGREGATE, 3 TO <30 MILLION ESAL | TON | 1,350 |
| A0340 | 40101-1100 | ASPHALT CONCRETE PAVEMENT, GYRATORY MIX, 3/4-INCH NOMINAL MAXIMUM SIZE AGGREGATE, 3 TO <30 MILLION ESAL | TON | 2,200 |
| A0360 | 40102-0900 | ASPHALT CONCRETE PAVEMENT, GYRATORY MIX, 3/4-INCH NOMINAL MAXIMUM SIZE AGGREGATE, WEDGE AND LEVELING COURSE | TON | 80 |
| A0380 | 41202-0000 | TACK COAT | GAL | 7,500 |
| A0400 | 41301-1000 | ASPHALT PAVEMENT MILLING, 4-INCH DEPTH | SQYD | 15,000 |
| A0420 | 41801-1000 | ASPHALT CONCRETE PAVEMENT PATCH, TYPE 1 | SQYD | 270 |
| A0440 | 41801-2000 | ASPHALT CONCRETE PAVEMENT PATCH, TYPE 2 | SQYD | 11 |
| A0460 | 50101-0800 | MINOR CONCRETE PAVEMENT, REINFORCED, 8-INCH DEPTH | SQYD | 420 |
| A0480 | 50201-0000 | CONCRETE PAVEMENT RESTORATION, PAVEMENT PATCH | SQYD | 530 |
| A0500 | 60101-0000 | CONCRETE (CYCLE TRACK BARRIER CURB) | CUYD | 30 |
| A0520 | 60201-0300 | 8-INCH PIPE CULVERT | LNFT | 30 |
| A0540 | 60212-0300 | ELBOW, 8-INCH | EACH | 15 |
| A0560 | 60422-0000 | INLET TRASH SCREEN | EACH | 15 |
| A0580 | 60706-0000 | CLEANING DRAINAGE STRUCTURE | EACH | 15 |
| A0600 | 60901-3500 | CURB, STONE, TYPE 1, 12-INCH DEPTH | LNFT | 3,200 |
| A0620 | 60901-4000 | CURB, STONE, TYPE 1, 16-INCH DEPTH | LNFT | 1,100 |
| A0640 | 61501-0500 | SIDEWALK, EXPOSED AGGREGATE CONCRETE | SQYD | 950 |
| A0660 | 61502-3000 | DRIVE PAD, STONE | SQYD | 65 |
| A0680 | 61504-4000 | ACCESSIBILITY RAMP, STONE | SQYD | 230 |
| A0700 | 61904-0000 | BOLLARD POST | EACH | 4 |
| A0720 | 62030-0000 | REPOINT STONE MASONRY (STONE CURB) | LNFT | 280 |
| A0740 | 63304-0900 | SIGNS, ALUMINUM PANELS, TYPE 3 SHEETING | SQFT | 16 |
| A0760 | 63309-0900 | DELINEATOR, TYPE FLEXIBLE | EACH | 9 |
| A0780 | 63401-1500 | PAVEMENT MARKINGS, TYPE H, SOLID | LNFT | 28,000 |
| A0800 | 63401-1600 | PAVEMENT MARKINGS, TYPE H, BROKEN | LNFT | 3,200 |
| A0820 | 63401-1650 | PAVEMENT MARKINGS, TYPE H, DOTTED | LNFT | 1,100 |
| A0840 | 63405-2890 | PAVEMENT MARKINGS, TYPE H | EACH | 34 |
| A0860 | 63405-2900 | PAVEMENT MARKINGS, TYPE H, TURN ARROW | EACH | 6 |
| A0880 | 63405-2950 | PAVEMENT MARKINGS, TYPE H, STRAIGHT ARROW | EACH | 2 |
| A0900 | 63405-3000 | PAVEMENT MARKINGS, TYPE H, STRAIGHT/TURN ARROW COMBINATION | EACH | 3 |
| A0920 | 63405-3050 | PAVEMENT MARKINGS, TYPE H, "ONLY" WORD MESSAGE | EACH | 7 |
| A0940 | 63501-0000 | TEMPORARY TRAFFIC CONTROL | LPSM | ALL |
| A0960 | 63601-6000 | SYSTEM INSTALLATION, TRAFFIC DETECTOR SYSTEM (BICYCLE COUNT STATION) | LPSM | ALL |
| A0980 | 63602-1000 | SYSTEM INSTALLATION, TRAFFIC SIGNAL (PEDESTRIAN PUSH BUTTON) | EACH | 5 |
| A1000 | 63641-0200 | RELOCATE SIGNAL SYSTEM | EACH | 1 |
| A1020 | 63701-0000 | FIELD OFFICE | EACH | 1 |

## SCHEDULE B

| Line Item No. | Pay Item Number | Pay Item Description | Unit | Estimated Quantities / Bid Schedule |
|---|---|---|---|---|
| B0020 | 15101-0000 | MOBILIZATION | LPSM | ALL |
| B0040 | 15201-0000 | CONSTRUCTION SURVEY AND STAKING | LPSM | ALL |
| B0060 | 15401-0000 | CONTRACTOR TESTING | LPSM | ALL |
| B0080 | 20301-1500 | REMOVAL OF LIGHT POLE | EACH | 40 |
| B0100 | 60103-4000 | CONCRETE, FOUNDATION, LIGHT POLE | EACH | 10 |
| B0120 | 63612-0700 | LUMINAIRE, GLOBE, TYPE TWIN 20 LIGHT STANDARD | EACH | 80 |

## SCHEDULE C

| Line Item No. | Pay Item Number | Pay Item Description | Unit | Estimated Quantities / Bid Schedule |
|---|---|---|---|---|
| C0020 | 15101-0000 | MOBILIZATION | LPSM | ALL |
| C0040 | 15201-0000 | CONSTRUCTION SURVEY AND STAKING | LPSM | ALL |
| C0060 | 15401-0000 | CONTRACTOR TESTING | LPSM | ALL |
| C0080 | 40101-0300 | ASPHALT CONCRETE PAVEMENT, GYRATORY MIX, 3/8-INCH NOMINAL MAXIMUM SIZE AGGREGATE, 3 TO <30 MILLION ESAL | TON | 2,500 |
| C0100 | 40102-0100 | ASPHALT CONCRETE PAVEMENT, GYRATORY MIX, 3/8-INCH NOMINAL MAXIMUM SIZE AGGREGATE, WEDGE AND LEVELING COURSE | TON | 120 |
| C0120 | 41202-0000 | TACK COAT | GAL | 10,500 |
| C0140 | 41301-0600 | ASPHALT PAVEMENT MILLING, 2-INCH DEPTH | SQYD | 21,000 |
| C0160 | 63401-1500 | PAVEMENT MARKINGS, TYPE H, SOLID | LNFT | 9,000 |
| C0180 | 63401-1600 | PAVEMENT MARKINGS, TYPE H, BROKEN | LNFT | 7,300 |
| C0200 | 63401-1650 | PAVEMENT MARKINGS, TYPE H, DOTTED | LNFT | 250 |
| C0220 | 63405-2900 | PAVEMENT MARKINGS, TYPE H, TURN ARROW | EACH | 10 |
| C0240 | 63405-2950 | PAVEMENT MARKINGS, TYPE H, STRAIGHT ARROW | EACH | 8 |
| C0260 | 63405-3000 | PAVEMENT MARKINGS, TYPE H, STRAIGHT/TURN ARROW COMBINATION | EACH | 7 |
| C0280 | 63405-3050 | PAVEMENT MARKINGS, TYPE H, "ONLY" WORD MESSAGE | EACH | 11 |

MileStone: 95%, Date Completed: In Progress, Report Date: 05/10/24

M:\PROJECTS\nama\21(2)_50(13)\Proj_Dev\CADD\C01_NAMA_21(2)_Quantity.dgn  [Quantity Tabulation Sheet]

15 May 2024  11:33 AM

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
|  |  |  |  |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

# TABULATION OF QUANTITIES

NPS PMIS No. 212005   NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | C02 |

| SHEET | STATION TO STATION | Schedule A Pay Item 20303-1600 REMOVAL OF PAVEMENT, ASPHALT | Schedule A Pay Item 20401-0000 ROADWAY EXCAVATION | Schedule A Pay Item 20701-1000 SEPARATION-STABILIZATION GEOTEXTILE, CLASS 2, TYPE E | Schedule A Pay Item 30102-2000 AGGREGATE BASE GRADING C OR D, 6-INCH DEPTH | Schedule A Pay Item 40101-0300 ASPHALT CONCRETE PAVEMENT, GYRATORY MIX, 3/8-INCH NOMINAL MAXIMUM SIZE | Schedule A Pay Item 40101-1100 ASPHALT CONCRETE PAVEMENT, GYRATORY MIX, 3/4-INCH NOMINAL MAXIMUM SIZE | Schedule A Pay Item 40102-0900 ASPHALT CONCRETE PAVEMENT, GYRATORY MIX, 3/4-INCH NOMINAL MAXIMUM SIZE AGGREGATE, WEDGE AND LEVELING COURSE | Schedule A Pay Item 41202-0000 TACK COAT | Schedule A Pay Item 41301-1000 ASPHALT PAVEMENT MILLING, 4-INCH DEPTH | Schedule A Pay Item 41801-1000 ASPHALT CONCRETE PAVEMENT PATCH, TYPE 1 | Schedule A Pay Item 41801-2000 ASPHALT CONCRETE PAVEMENT PATCH, TYPE 2 | Schedule A Pay Item 50101-0800 MINOR CONCRETE PAVEMENT, REINFORCED, 8-INCH DEPTH | Schedule A Pay Item 50201-0000 CONCRETE PAVEMENT RESTORATION, PAVEMENT PATCH | Schedule A Pay Item 61502-3000 DRIVE PAD, STONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SQYD | CUYD | SQYD | SQYD | TON | TON | TON | GAL | SQYD | SQYD | SQYD | SQYD | SQYD | SQYD |
| D01 | 102+08 - 107+50 | 147 | | 147 | 147 | 265 | 441 | 73 | 1510 | 3145 | | | 147 | 522 | |
| D02 | 107+50 - 114+50 | 136 | | 136 | 136 | 281 | 470 | | 1608 | 3350 | | | 136 | | |
| D03 | 114+50 - 121+50 | | | | | 338 | 563 | | 1918 | 3996 | 93 | 10 | | | |
| D04 | 121+50 - 128+36 | 133 | 10 | 133 | 133 | 330 | 551 | | 1876 | 3908 | 167 | | 133 | | 61 |
| | Subtotal this Sheet | 416 | 10 | 416 | 416 | 1215 | 2025 | 73 | 6912 | 14400 | 260 | 10 | 416 | 522 | 61 |
| | Rounded Total | 460 | 10 | 500 | 420 | 1,350 | 2,200 | 80 | 7500 | 15000 | 270 | 11 | 420 | 530 | 65 |

| SHEET | STATION TO STATION | Schedule C Pay Item 40101-0300 ASPHALT CONCRETE PAVEMENT, GYRATORY MIX, 3/8-INCH NOMINAL MAXIMUM SIZE AGGREGATE, 3 TO <30 MILLION ESAL | Schedule C Pay Item 40102-0100 ASPHALT CONCRETE PAVEMENT, GYRATORY MIX, 3/8-INCH NOMINAL MAXIMUM SIZE AGGREGATE, WEDGE AND LEVELING COURSE | Schedule C Pay Item 41202-0000 TACK COAT | Schedule C Pay Item 41301-0600 ASPHALT PAVEMENT MILLING, 2-INCH DEPTH |
|---|---|---|---|---|---|
| | | TON | TON | GAL | SQYD |
| D05 | 14+13 - 16+00 | | | | |
| D06 | 16+00 - 23+00 | | | | |
| D07 | 23+00 - 30+00 | | | | |
| D08 | 30+00 - 37+00 | | | | |
| D09 | 37+00 - 43+50 | 2,301 | 115 | 9,817 | 20,452 |
| D10 | 43+50 - 50+50 | | | | |
| D11 | 50+50 - 55+50 | | | | |
| D12 | 55+50 - 62+50 | | | | |
| D13 | 62+50 - 66+41 | | | | |
| | Total | 2,301 | 115 | 9,817 | 20,452 |
| | Rounded Total | 2,500 | 120 | 10,500 | 21,000 |

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**SUMMARIES AND SCHEDULES**
PAVEMENT SUMMARY

NPS-AR-000879

M:\PROJECTS\nama\21(2)_50113)\Proj_Dev\CADD\C01_NAMA_21(2)_Quantity.dgn  [Pavement]

10 May 2024  4:43 PM

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---------|--------------|
| DC NP NAMA 21(2) | C03 |

## DRAINAGE SUMMARY

| SHEET | INLET | STATION | SIDE | Schedule A Pay Item 60201-0300 8-INCH PIPE CULVERT LNFT | Schedule A Pay Item 60212-0300 ELBOW, 8-INCH EACH | Schedule A Pay Item 60422-0000 INLET TRASH SCREEN EACH | Schedule A Pay Item 60706-0000 CLEANING DRAINAGE STRUCTURE EACH | REMARKS |
|---|---|---|---|---|---|---|---|---|
| | I-45 | 101+75 | LT | | | | | NO TREAMENT.  OUTSIDE OF PROJECT WORK LIMIT. |
| | I-46 | 101+84 | RT | | | | | NO TREAMENT.  OUTSIDE OF PROJECT WORK LIMIT. |
| D01 | I-42 | 103+81 | RT | 2 | 1 | 1 | 1 | INSTALL TRASH SCREEN, REPLACE 8" CMP AND ELBOW, AND CLEAN INLET |
| D01 | I-41 | 104+04 | LT | 2 | 1 | 1 | 1 | INSTALL TRASH SCREEN, REPLACE 8" CMP AND ELBOW, AND CLEAN INLET |
| D01 | I-37 | 106+04 | LT | 2 | 1 | 1 | 1 | INSTALL TRASH SCREEN, REPLACE 8" CMP AND ELBOW, AND CLEAN INLET |
| D01 | I-38 | 106+11 | RT | 2 | 1 | 1 | 1 | INSTALL TRASH SCREEN, REPLACE 8" CMP AND ELBOW, AND CLEAN INLET |
| D01 | EX. TGI | 107+01 | RT | | | | | NO TREAMENT.  OUTSIDE OF PROJECT WORK LIMIT. |
| D02 | I-35 | 111+05 | LT | 2 | 1 | 1 | 1 | INSTALL TRASH SCREEN, REPLACE 8" CMP AND ELBOW, AND CLEAN INLET |
| | EX. I-36 | 111+22 | LT | | | | | NO TREAMENT.  OUTSIDE OF PROJECT WORK LIMIT. |
| D02 | EX. I-37 | 112+05 | LT | | | | | NO TREAMENT.  OUTSIDE OF PROJECT WORK LIMIT. |
| D02 | I-25 | 114+02 | RT | 2 | 1 | 1 | 1 | REPLACE 8" CMP AND ELBOW, AND CLEAN INLET |
| D03 | I-24 | 115+81 | LT | 2 | 1 | 1 | 1 | INSTALL TRASH SCREEN, REPLACE 8" CMP AND ELBOW, AND CLEAN INLET |
| | I-22 | 116+59 | RT | | | | | NO TREAMENT.  OUTSIDE OF PROJECT WORK LIMIT. |
| D03 | I-20 | 117+48 | LT | 2 | 1 | 1 | 1 | INSTALL TRASH SCREEN, REPLACE 8" CMP AND ELBOW, AND CLEAN INLET |
| D03 | I-19 | 119+08 | LT | 2 | 1 | 1 | 1 | INSTALL TRASH SCREEN, REPLACE 8" CMP AND ELBOW, AND CLEAN INLET |
| D03 | I-18 | 120+66 | LT | 2 | 1 | 1 | 1 | INSTALL TRASH SCREEN, REPLACE 8" CMP AND ELBOW, AND CLEAN INLET |
| D04 | I-12 | 121+08 | LT | 2 | 1 | 1 | 1 | INSTALL TRASH SCREEN, REPLACE 8" CMP AND ELBOW, AND CLEAN INLET |
| D04 | I-8 | 124+11 | RT | 2 | 1 | 1 | 1 | INSTALL TRASH SCREEN, REPLACE 8" CMP AND ELBOW, AND CLEAN INLET |
| D04 | I-7 | 126+03 | RT | 2 | 1 | 1 | 1 | INSTALL TRASH SCREEN, REPLACE 8" CMP AND ELBOW, AND CLEAN INLET |
| D04 | I-5 | 127+84 | LT | 2 | 1 | 1 | 1 | INSTALL TRASH SCREEN, REPLACE 8" CMP AND ELBOW, AND CLEAN INLET |
| D04 | I-6 | 127+86 | RT | 2 | 1 | 1 | 1 | INSTALL TRASH SCREEN, REPLACE 8" CMP AND ELBOW, AND CLEAN INLET |
| | I-56 | 128+36 | LT | | | | | NO TREAMENT.  OUTSIDE OF PROJECT WORK LIMIT. |
| | I-55 | 128+37 | RT | | | | | NO TREAMENT.  OUTSIDE OF PROJECT WORK LIMIT. |
| | Subtotal this Sheet | | | 30 | 15 | 15 | 15 | |
| | Rounded Total | | | 30 | 15 | 15 | 15 | |

M:\PROJECTS\nama\21(2)_50113)\Proj_Dev\CADD\C01_NAMA_21(2)_Quantity.dgn   [Drainage]

10 May 2024   4:42 PM

| NO. | DATE | BY | REVISIONS |
|-----|------|----|-----------|
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

## SUMMARIES  AND SCHEDULES

DRAINAGE SUMMARY

NPS-AR-000880

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | C04 |

## CURB SUMMARY

| SHEET | STATION TO STATION | SIDE | Schedule A Pay Item 20302-0600 REMOVAL OF CURB, STONE — LNFT | Schedule A Pay Item 60101-0000 CONCRETE (CYCLE TRACK BARRIER CURB) — CUYD | Schedule A Pay Item 60901-3500 CURB, STONE, TYPE 1, 12-INCH DEPTH — LNFT | Schedule A Pay Item 60901-4000 CURB, STONE, TYPE 1, 16-INCH DEPTH — LNFT | REMARKS |
|---|---|---|---|---|---|---|---|
| D01 | 102+08 - 103+72 | LT | | 1.3 | 328 | | Cycle track barrier curb |
| D01 | 103+88 - 104+33 | LT | | 3.2 | 96 | | Gore area, radius 1 = 1ft with center at 103+89.15 left offset 13.6ft, radius 2 = 5.8ft with center at 104+27.14 left offset 23.3ft |
| D01 | 104+74 - 104+90 | LT | 16 | | | 16 | Accessibility ramp replacement |
| D01 | 105+19 - 105+35 | LT | 16 | | | 16 | Accessibility ramp replacement |
| D01 | 105+75 - 106+18 | LT | | 3.7 | 94 | | Gore area, radius 1 = 6.2ft with center at 105+80.86 left offset 23.2ft, radius 2 = 2ft with center at 106+15.51 left offset 13.5ft |
| D01 | 106+20 - 106+35 | LT | | 0.1 | 28 | | Cycle track barrier curb |
| D01 | 106+42 - 106+73 | LT | 30 | | | 30 | Accessibility ramp replacement |
| D01 | 106+67 - 107+09 | LT | | 0.3 | 86 | | Cycle track barrier curb |
| D01 | 107+05 - 107+34 | LT | 29 | | | 29 | Accessibility ramp replacement |
| D01, D02 | 107+41 - 111+16 | LT | | 3.1 | 750 | | Cycle track barrier curb |
| D02 | 111+19 - 111+40 | LT | 47 | | | 47 | Accessibility ramp replacement |
| D02 | 112+25 - 112+35 | LT | 17 | | | 17 | Accessibility ramp replacement |
| D02 | 112+48 - 112+65 | LT | 18 | | | 18 | Accessibility ramp replacement |
| D02 | 112+52 - 112+57 | RT | 16 | | | 16 | Accessibility ramp replacement |
| D02 | 112+56 - 112+74 | RT | 18 | | | 18 | Accessibility ramp replacement |
| D02 | 112+72 - 112+97 | LT | | | | 50 | Cycle track barrier curb |
| D02 | 112+99 - 113+64 | LT | | 0.5 | 136 | | Cycle track barrier curb |
| D02 | 113+86 - 114+09 | LT | | 1.7 | 54 | | Gore area, radius 1 = 2ft with center at 113+87.82 left offset 15.5ft, radius 2 = 5.2ft with center at 114+08.27 left offset 21.3ft |
| D02, D03 | 114+49 - 114+67 | LT | 18 | | | 18 | Accessibility ramp replacement |
| D03 | 115+03 - 115+22 | LT | 18 | | | 18 | Accessibility ramp replacement |
| D03 | 115+56 - 115+90 | LT | | 3.7 | 78 | | Gore area, radius 1 = 6.5ft with center at 116+62.2 left offset 22.5ft, radius 2 = 4.2ft with center at 116+86.3 left offset 15.2ft |
| D03 | 116+00 - 116+17 | LT | 16 | | | 16 | Accessibility ramp replacement |
| D03 | 116+01 - 116+28 | RT | 38 | | | 38 | Accessibility ramp replacement |
| D03 | 116+20 - 116+60 | LT | | 0.3 | 78 | | Cycle track barrier curb |
| D03 | 116+55 - 116+80 | LT | 24 | | | 24 | Accessibility ramp replacement |
| D03 | 116+60 - 116+80 | RT | 39 | | | 39 | Accessibility ramp replacement |
| D03 | 116+87 - 120+81 | LT | | 3.2 | 776 | | Cycle track barrier curb |
| D03 | 120+82 - 121+14 | LT | 31 | | | 31 | Accessibility ramp replacement |
| D03 | 120+83 - 121+08 | RT | 46 | | | 46 | Accessibility ramp replacement |
| D03 | 121+09 - 121+42 | LT | | 0.3 | 64 | | Cycle track barrier curb |
| D03, D04 | 121+36 - 121+68 | RT | 47 | | | 47 | Accessibility ramp replacement |
| D03, D04 | 121+37 - 121+70 | LT | 32 | | | 32 | Accessibility ramp replacement |
| D04 | 121+75 - 122+15 | LT | | 3.4 | 88 | | Gore area, radius 1 = 2.5ft with center at 121+77.54 left offset 12.4ft, radius 2 = 5.9ft with center at 122+09.31 left offset 22.7ft |
| D04 | 122+48 - 122+66 | LT | 18 | | | 18 | Accessibility ramp replacement |
| D04 | 122+99 - 123+17 | LT | 18 | | | 18 | Accessibility ramp replacement |
| D04 | 123+54 - 123+87 | LT | | 2.5 | 76 | | Gore area, radius 1 = 5.4ft with center at 123+59.01 left offset 23.8ft, radius 2 = 1.5ft with center at 123+85.43 left offset 14.2ft |
| D04 | 123+98 - 125+28 | LT | | 1.1 | 264 | | Cycle track barrier curb |
| D04 | 125+66 - 127+48 | LT | | | | 365 | Cycle track barrier curb |
| D04 | 128+05 - 128+21 | RT | 16 | | | 16 | Accessibility ramp replacement |
| D04 | 128+05 - 128+21 | LT | 18 | | | 18 | Accessibility ramp replacement |
| | Subtotal this Sheet | | 586 | 28 | 2996 | 1001 | |
| | Rounded Total | | 590 | 31 | 3,200 | 1,100 | |

NOTE:

1. Refer to Detail E634-A for cycle track barrier curb dimensions.

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

NPS-AR-000881

National Mall and Memorial Parks

## SUMMARIES AND SCHEDULES
CURB SUMMARY

M:\PROJECTS\nama\21(2)_50113\Proj_Dev\CADD\C01_NAMA_21(2)_Quantity.dgn   [Curb]

15 May 2024   3:06 PM

NPS PMIS No. 212005   NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | C05 |

## SIDEWALK SUMMARY

| SHEET | STATION TO STATION | SIDE | Schedule A Pay Item 20303-3200 REMOVAL OF SIDEWALK, CONCRETE (SQYD) | Schedule A Pay Item 20303-3300 REMOVAL OF SIDEWALK, STONE (SQYD) | Schedule A Pay Item 61501-0500 SIDEWALK, EXPOSED AGGREGATE CONCRETE (SQYD) | Schedule A Pay Item 61504-4000 ACCESSIBILITY RAMP, STONE (SQYD) | REMARKS |
|---|---|---|---|---|---|---|---|
| D01 | 101+82 - 102+04 | LT | 39 | | 39 | | |
| E01 | 104+64 - 104+94 | LT | 35 | | 35 | | |
| E01 | 104+74 - 104+90 | LT | | 7.3 | | 7 | ADA ramp remove and replace |
| E01 | 105+09 - 105+39 | LT | 36 | | 36 | | |
| E01 | 105+19 - 105+35 | LT | | 7.3 | | 7 | ADA ramp, remove and replace |
| E01 | 106+41 - 106+81 | LT | 42 | | 42 | | |
| E01 | 106+42   106+58 | LT | | | | 7 | ADA ramp installation |
| E01 | 106+54 - 106+72 | LT | | 7.3 | | | ADA ramp removal |
| E01 | 106+96 - 107+37 | LT | 49 | | 49 | | |
| E01 | 107+05 - 107+23 | LT | | 7.3 | | | ADA ramp removal |
| E01 | 107+18   107+34 | LT | | | | 7 | ADA ramp installation |
| E02 | 111+12 - 111+38 | LT | 43 | | 43 | | |
| E02 | 111+22 - 111+40 | LT | | | | 15 | ADA ramp installation |
| E02 | 111+29 - 111+37 | LT | | 5.7 | | | ADA ramp removal |
| E02 | 112+25 - 112+67 | LT | 66 | | 66 | | |
| E02 | 112+25 - 112+36 | LT | | 7.7 | | 9 | ADA ramp, remove and replace |
| E02 | 112+48 - 112+65 | LT | | 8.6 | | 8 | ADA ramp, remove and replace |
| E02 | 112+52 - 112+87 | RT | 58 | | 58 | | |
| E02 | 112+52 - 112+62 | RT | | 7.8 | | 7 | ADA ramp, remove and replace |
| E02 | 112+56 - 112+74 | RT | | 7.2 | | 8 | ADA ramp, remove and replace |
| E03 | 114+47 - 114+76 | LT | 32 | | 32 | | |
| E03 | 114+49 - 114+67 | LT | | 8.2 | | 8 | ADA ramp, remove and replace |
| E03 | 114+93   115+25 | LT | 33 | | 33 | | |
| E03 | 115+03 - 115+22 | LT | | 8.3 | | 8 | ADA ramp, remove and replace |
| E03 | 115+89 - 116+32 | LT | 50 | | 50 | | |
| E03 | 116+00   116+17 | LT | | 8.0 | | 8 | ADA ramp, remove and replace |
| E04 | 115+94 - 116+28 | RT | 56 | | 56 | | |
| E04 | 116+01 - 116+16 | RT | | | | 9 | ADA ramp installation |
| E04 | 116+09   116+22 | RT | | 8.0 | | | ADA ramp removal |
| E04 | 116+16 - 116+27 | RT | | | | 9 | ADA ramp installation |
| E03 | 116+50 - 116+84 | LT | 41 | | 41 | | |
| E03 | 116+55   116+74 | LT | | 8.1 | | | ADA ramp removal |
| E03 | 116+63 - 116+80 | LT | | | | 7 | ADA ramp installation |
| E04 | 116+60 - 116+85 | RT | 33 | | 33 | | |
| E04 | 116+60 - 116+66 | RT | | | | 8 | ADA ramp installation |
| E04 | 116+61 - 116+74 | RT | | 7.4 | | | ADA ramp removal |
| E04 | 116+66 - 116+80 | RT | | | | 8 | ADA ramp installation |
| E05 | 120+75 - 121+07 | RT | 32 | | 32 | | |
| E05 | 120+83 - 120+98 | RT | | | | 7 | ADA ramp installation |
| E05 | 120+98 - 121+07 | RT | | 7.9 | | | ADA ramp removal |
| E05 | 121+01 - 121+07 | RT | | | | 7 | ADA ramp installation |
| E04 | 120+78 - 121+22 | LT | 54 | | 54 | | |
| E04 | 120+82 - 120+98 | LT | | | | 7 | ADA ramp installation |
| E04 | 120+95 - 121+13 | LT | | 8 | | | ADA ramp removal |
| E05 | 121+36 - 121+72 | RT | 45 | | 45 | | |
| E05 | 121+37 - 121+46 | RT | | | | 9 | ADA ramp installation |
| E05 | 121+41 - 121+55 | RT | | 11 | | | ADA ramp removal |
| E05 | 121+53 - 121+68 | RT | | | | 8 | ADA ramp installation |
| Subtotal this Sheet | | | 742 | 142 | 742 | 180 | |

## SIDEWALK SUMMARY

| SHEET | STATION TO STATION | SIDE | Schedule A Pay Item 20303-3200 REMOVAL OF SIDEWALK, CONCRETE (SQYD) | Schedule A Pay Item 20303-3300 REMOVAL OF SIDEWALK, STONE (SQYD) | Schedule A Pay Item 61501-0500 SIDEWALK, EXPOSED AGGREGATE CONCRETE (SQYD) | Schedule A Pay Item 61504-4000 ACCESSIBILITY RAMP, STONE (SQYD) | REMARKS |
|---|---|---|---|---|---|---|---|
| E04 | 121+36 - 121+74 | LT | 46 | | 46 | | |
| E04 | 121+37 - 121+55 | LT | | 8.1 | | | ADA ramp removal |
| E04 | 121+53 - 121+69 | LT | | | | 8 | ADA ramp installation |
| E06 | 122+42 - 122+66 | LT | 26 | | 26 | | |
| E06 | 122+48 - 122+66 | LT | | 8.5 | | 8 | ADA ramp, remove and replace |
| E06 | 122+92 - 123+18 | LT | 23 | | 23 | | |
| E06 | 122+99 - 123+17 | LT | | 7.8 | | 8 | ADA ramp, remove and replace |
| E06 | 128+00 - 128+26 | RT | 41 | | 41 | | |
| E06 | 128+05 - 128+21 | RT | | | | 7 | ADA ramp installation |
| E06 | 128+06 - 128+23 | RT | | 7.5 | | | ADA ramp removal |
| E06 | 128+03 - 128+27 | LT | 24 | | 24 | | |
| E06 | 128+05 - 128+21 | LT | | 7.9 | | 9 | ADA ramp, remove and replace |
| Subtotal this sheet | | | 161 | 40 | 161 | 41 | |
| Subtotal all sheets | | | 903 | 181 | 903 | 221 | |
| Rounded Total | | | 950 | 190 | 950 | 230 | |

M:\PROJECTS\nama\21(2)_50(13)\Proj_Dev\CADD\C01_NAMA_21(2)_Quantity.dgn   [Sidewalk]   15 May 2024  3:03 PM

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

## SCHEDULES AND SUMMARIES
SIDEWALK SUMMARY

NPS-AR-000882

NPS PMIS No. 212005     NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | C05 |

**Schedule A**

| SHEET | STATION TO STATION | | | Pay Item 63401-1500 PAVEMENT MARKINGS, TYPE H, SOLID LNFT | | Pay Item 63401-1600 PAVEMENT MARKINGS, TYPE H, BROKEN LNFT | | Pay Item 63401-1650 PAVEMENT MARKINGS, TYPE H, DOTTED LNFT | | Pay Item 63405-2890 PAVEMENT MARKINGS, TYPE H EACH | Pay Item 63405-2900 PAVEMENT MARKINGS, TYPE H, TURN ARROW EACH | Pay Item 63405-2950 PAVEMENT MARKINGS, TYPE H, STRAIGHT ARROW EACH | Pay Item 63405-3000 PAVEMENT MARKINGS, TYPE H, STRAIGHT/TURN ARROW COMBINATION EACH | Pay Item 63405-3050 PAVEMENT MARKINGS, TYPE H, "ONLY" WORD MESSAGE EACH | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | White | Yellow | White | Yellow | White | Yellow | | | | | | |
| P01 | 102+08 | - | 107+50 | 7,625 | 864 | | | 144 | | 8 | | | | 1 | |
| P01-P02 | 102+80 | - | 114+50 | 988 | 764 | | | | | | | | | | |
| P02 | 107+50 | - | 114+50 | 6,923 | 420 | | | 54 | 398 | 7 | 2 | | 1 | 1 | |
| P02-P03 | 107+50 | - | 121+50 | 1,222 | 634 | 1,238 | 1,908 | | | | | | | | |
| P03 | 114+50 | - | 121+50 | 3,000 | 780 | | | 52 | | 9 | 1 | | | 2 | |
| P03-P04 | 114+50 | - | 128+36 | 88 | | | | | | | | | | | |
| P04 | 121+50 | - | 128+36 | 2,886 | 1,250 | | | 410 | | 10 | 3 | 2 | 2 | 3 | |
| Split Subtotal This Sheet | | | | 22,732 | 4,712 | 1,238 | 1,908 | 660 | 398 | 34 | 6 | 2 | 3 | 7 | |
| Subtotal This Sheet | | | | 27,444 | | 3,146 | | 1,058 | | 34 | 6 | 2 | 3 | 7 | |
| Rounded Total | | | | 28,000 | | 3,200 | | 1,100 | | 34 | 6 | 2 | 3 | 7 | |

**Schedule C**

| SHEET | STATION TO STATION | | | Pay Item 63401-1500 PAVEMENT MARKINGS, TYPE H, SOLID LNFT | | Pay Item 63401-1600 PAVEMENT MARKINGS, TYPE H, BROKEN LNFT | | Pay Item 63401-1650 PAVEMENT MARKINGS, TYPE H, DOTTED LNFT | | Pay Item 63405-2900 PAVEMENT MARKINGS, TYPE H, TURN ARROW EACH | Pay Item 63405-2950 PAVEMENT MARKINGS, TYPE H, STRAIGHT ARROW EACH | Pay Item 63405-3000 PAVEMENT MARKINGS, TYPE H, STRAIGHT/TURN ARROW COMBINATION EACH | Pay Item 63405-3050 PAVEMENT MARKINGS, TYPE H, "ONLY" WORD MESSAGE EACH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | White | Yellow | White | Yellow | White | Yellow | | | | |
| P05 | 14+13 | - | 16+00 | 1,287 | | | | | | 2 | 1 | | 1 |
| P06 | 16+00 | - | 23+00 | 1,045 | | | | | | 1 | 1 | | 2 |
| P07 | 23+00 | - | 30+00 | 1,122 | | | | | | | 3 | | 3 |
| P08 | 30+00 | - | 37+00 | 1,151 | | | | | | | 3 | | |
| P09 | 37+00 | - | 43+50 | 580 | | | | | | 3 | | 3 | 3 |
| P10 | 43+50 | - | 50+50 | 1,540 | | | | 224 | | 1 | | 4 | 2 |
| P11 | 50+50 | - | 55+50 | 740 | | | | | | 1 | | | |
| P12 | 55+50 | - | 62+50 | 265 | | | | | | 1 | | | |
| P13 | 62+50 | - | 66+41 | 810 | | | | | | 1 | | | |
| P05 | 15+20 | - | 19+62 | | | 441 | | | | | | | |
| P06-P07 | 21+21 | - | 29+00 | | | 1,546 | | | | | | | |
| P08 | 30+16 | - | 32+72 | | | 498 | | | | | | | |
| P08-P10 | 34+42 | - | 44+00 | | | 948 | | | | | | | |
| P10-P12 | 48+97 | - | 61+56 | | | 2,476 | | | | | | | |
| P13 | 63+40 | - | 66+34 | | | 574 | | | | | | | |
| P06 | 18+16 | - | 19+62 | | | 146 | | | | | | | |
| P08-P09 | 34+42 | - | 37+20 | | | 334 | | | | | | | |
| P09-P10 | 41+34 | - | 44+00 | | | 256 | | | | | | | |
| Total | | | | 8,540 | | 7,219 | | 224 | | 10 | 8 | 7 | 11 |
| Rounded Total | | | | 9,000 | | 7,300 | | 250 | | 10 | 8 | 7 | 11 |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**SUMMARIES AND SCHEDULES**
PAVEMENT MARKING SUMMARY

NPS-AR-000883

M:\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\C01_NAMA_21(2)_Quantity.dgn   [Pavement Marking]
15 May 2024  1:27 PM

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | C07 |

## PERMANENT SIGN SUMMARY

| SHEET | LOCATION | | PROPOSED SIGN TEXT | PANEL SIZE | | | COLOR COMBINATION | QUANTITY | Schedule A Pay Item 63304-0900 SIGNS, ALUMINUM PANELS, TYPE 3 SHEETING | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| | STATION | MUTCD NO. | | WIDTH Inch | HEIGHT Inch | AREA Sqft | | | SQFT | |
| P01 | 104+69 | O-NS-017 (DDOT) | BIG BUS B HOP-ON DISCOVER HOP-OFF EXPLORE BUS STOP BIGBUSTOURS.COM | 24 | 18 | 3 | Black on White | 1 | 3 | |
| P02 | 111+21 | R10-11(1) | NO TURN ON RED ARROW | 24 | 30 | 5 | Black on White | 1 | 5 | |
| | 111+65 | R10-11 | NO TURN ON RED ● | 24 | 30 | 5 | Black on White | 1 | 5 | |
| P03 | 120+79 121+36 | R9-6 | YIELD TO PEDS | 12 | 18 | 2 | Black on White | 2 | 3 | |
| | | | | | | | | Subtotal this Sheet | 16 | |
| | | | | | | | | Rounded Total | 16 | |

M:\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\C01_NAMA_21(2)_Quantity.dgn  [Permanent Signs]

10 May 2024  4:47 PM

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

NPS-AR-000884

National Mall and Memorial Parks

## SUMMARIES AND SCHEDULES
PERMANENT SIGN SUMMARY

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | C08 |

## LIGHTING SUMMARY

| SHEET | STATION | SIDE | Schedule B Pay Item 20301-1500 REMOVAL OF LIGHT POLE EACH | Schedule B Pay Item 63612-0700 LUMINAIRE, GLOBE, TYPE TWIN 20 LIGHT STANDARD EACH | Schedule B Pay Item 63620-0400 POLE, TYPE TWIN 20 LIGHT STANDARD EACH |
|---|---|---|---|---|---|
| F01 | 102+22 | RT | 1 | 2 | 1 |
| F01 | 102+24 | LT | 1 | 2 | 1 |
| F01 | 103+55 | RT | 1 | 2 | 1 |
| F01 | 103+57 | LT | 1 | 2 | 1 |
| F01 | 104+91 | RT | 1 | 2 | 1 |
| F01 | 104+93 | LT | 1 | 2 | 1 |
| F01 | 105+93 | LT | 1 | 2 | 1 |
| F01 | 105+94 | RT | 1 | 2 | 1 |
| F01 | 106+38 | LT | 1 | 2 | 1 |
| F01 | 106+41 | RT | 1 | 2 | 1 |
| F01 | 107+38 | LT | 1 | 2 | 1 |
| F01 | 107+38 | RT | 1 | 2 | 1 |
| F02 | 108+77 | LT | 1 | 2 | 1 |
| F02 | 108+77 | RT | 1 | 2 | 1 |
| F02 | 109+91 | RT | 1 | 2 | 1 |
| F02 | 109+94 | LT | 1 | 2 | 1 |
| F02 | 111+21 | LT | 1 | 2 | 1 |
| F02 | 111+30 | RT | 1 | 2 | 1 |
| F02 | 112+75 | LT | 1 | 2 | 1 |
| F02 | 112+85 | RT | 1 | 2 | 1 |
| F02 | 114+34 | LT | 1 | 2 | 1 |
| F02 | 114+34 | RT | 1 | 2 | 1 |
| F03 | 115+53 | RT | 1 | 2 | 1 |
| F03 | 115+55 | LT | 1 | 2 | 1 |
| F03 | 116+82 | RT | 1 | 2 | 1 |
| F03 | 116+84 | LT | 1 | 2 | 1 |
| F03 | 120+77 | RT | 1 | 2 | 1 |
| F03 | 120+79 | LT | 1 | 2 | 1 |
| F04 | 122+13 | LT | 1 | 2 | 1 |
| F04 | 122+14 | RT | 1 | 2 | 1 |
| F04 | 123+33 | LT | 1 | 2 | 1 |
| F04 | 123+34 | RT | 1 | 2 | 1 |
| F04 | 124+58 | RT | 1 | 2 | 1 |
| F04 | 124+59 | LT | 1 | 2 | 1 |
| F04 | 125+80 | LT | 1 | 2 | 1 |
| Subtotal this Sheet | | | 35 | 70 | 35 |

| SHEET | STATION | SIDE | Schedule B Pay Item 20301-1500 REMOVAL OF LIGHT POLE EACH | Schedule B Pay Item 63612-0700 LUMINAIRE, GLOBE, TYPE TWIN 20 LIGHT STANDARD EACH | Schedule B Pay Item 63620-0400 POLE, TYPE TWIN 20 LIGHT STANDARD EACH |
|---|---|---|---|---|---|
| F04 | 125+80 | RT | 1 | 2 | 1 |
| F04 | 127+00 | LT | 1 | 2 | 1 |
| F04 | 127+01 | RT | 1 | 2 | 1 |
| F04 | 127+98 | LT | 1 | 2 | 1 |
| F04 | 127+98 | RT | 1 | 2 | 1 |
| Subtotal this Sheet | | | 5 | 10 | 5 |
| Subtotal Sheet 1 | | | 35 | 70 | 35 |
| Total | | | 40 | 80 | 40 |

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

## SUMMARIES AND SCHEDULES
LIGHTING SUMMARY

NPS-AR-000885

M:\PROJECTS\nama\21(2)_50(13)\Proj_Dev\CADD\C01_NAMA_21(2)_Quantity.dgn  [Lighting]

10 May 2024  4:47 PM

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | D01 |



**NOTES:**

1. Do not mill or overlay existing concrete pad.
2. Remove and Replace Accessibility Ramp, Stone (Granite). See Detail E615-B.
3. Refer to Curb Summary Sheet for cycle track barrier curb dimensions and locations.
4. Install cycle track barrier curb according to Detail E624-A.

MAINE AVE SW

MAINE AVE SW

**BEGIN PROJECT**

SCHEDULE A
DC NP NAMA 21(2)
102+08
N 443721.8656
E 1302744.8059

Remove and replace concrete sidewalk, 39 sqyd

Install inlet protection, 106+06
Install pipe screen, see Detail E604-B

Install inlet protection, 104+06
Install pipe screen, see Detail E604-B

See Curb Ramp Detail sheets for curb ramp and sidewalk repairs

Remove delineator (typ.)

Remove and replace flexible delineator

101   102   103   Edge of Pavement (typ.)   104   105   106   107

MATCHLINE STA. 107+50

Construction Centerline

11'

N00°04'22"W

CONCRETE PAVEMENT

Remove wheelstop (typ.)

See Note 1.

Install inlet protection, 106+14
Install pipe screen, see Detail E604-B

See Note 2 (typ.)

Place cycle track barrier curb (typ.)
See Note 3

Saw cut Pavement, 262 lnft
Remove Pavement, Asphalt, 147 sqyd
Install Minor Concrete Pavement, Reinforced,
8-Inch Depth (Bus Pad), 147 sqyd
104+43 to 105+65
See Typical Sections

Install inlet protection, 103+84
Install pipe screen, see Detail E604-B

**GENERAL NOTES:**

1. Do not disturb existing light poles, traffic signals, signs, utilities, stone curbs, brick gutters, sidewalks, inlets, manholes, and curb ramps, except those shown on plans.
2. Do not disturb existing trees and fences.
3. Do not park or store any construction equipments and vehicles on sidewalk, grass areas, and under trees.
4. Protect concrete pavement edge when milling next to concrete edge.
5. Provide positive drainage for all curb ramps.
6. Backfill the holes left by the removal of temporary construction sign posts with embankment material.
7. Do not disturb exposed aggregate concrete sidewalk except where shown on plans.

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

8 May 2024  4:26 PM

\\fhfl15\fileserve.fhwa.dot.gov\data\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\D01+D04+NAMA_21(2)_pln.dgn   [Sheet - D01]

NPS-AR-000886

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**CONSTRUCTION PLAN**

SCHEDULE A

15TH STREET, 102+08 TO 107+50

0    25    50

SCALE IN FEET



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | D02 |

**NOTES:**

1. Do not mill & overlay Independence Ave SW. Sta. 111+50 to Sta. 112+35.
2. Remove and Replace Accessibility Ramp, Stone (Granite). See Detail E615-B.
3. Refer to Curb Summary Sheet for cycle track barrier curb dimensions and locations.
4. Install cycle track barrier curb according to Detail E624-A.

Sawcut Pavement, 268 lnft
Remove Pavement, Asphalt, 138 sqyd
Install Minor Concrete Pavement, Reinforced, 8-Inch Depth (Bus Pad), 138 sqyd
114+20 to 115+44
See Typical Sections

See Curb Ramp Detail sheets for curb ramp and sidewalk repairs

Place cycle track barrier curb (typ.) See Note 3

Install inlet protection, 111+07 Install pipe screen, see Detail E604-B

Remove wheelstop (typ.)

Construction Centerline

See Note 1.

Install inlet protection, 111+50 Install pipe screen, see Detail E604-B

See Note 2 (typ.)

Edge of Pavement (typ.)

Install inlet protection, 112+59 Install pipe screen, see Detail E604-B

PC 111+98.01

Install inlet protection, 112+02 Install pipe screen, see Detail E604-B

Install inlet protection, 144+00 Install pipe screen, see Detail E604-B

INDEPENDENCE AVE SW

PI 113+02.82
Δ = 38°31'04" (RT)
R = 300.00'
T = 104.82'
L = 201.68'
e = match existing

MATCHLINE STA. 107+50

MATCHLINE STA. 114+50

N38°26'42"

PT 113+99.68

108  109  110  111  112  113  114

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|

M:\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\D01-D04-NAMA_21(2)_pln.dgn   [Sheet - D02]

1 May 2024   5:13 PM

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

NPS-AR-000887

0    25    50
SCALE IN FEET

National Mall and Memorial Parks

**CONSTRUCTION PLAN**
SCHEDULE A
15TH STREET, 107+50 TO 114+50

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | D03 |

PI 116+48.50
Δ = 34°35'42" (LT)
R = 560.00'
T = 174.39'
L = 338.13'
e = match existing

## NOTES:

1. Field verify asphalt patch location prior to construct with CO.
2. Remove and Replace Accessibility Ramp, Stone (Granite). See Detail E615-B.
3. Refer to Curb Summary Sheet for cycle track barrier curb dimensions and locations.
4. Install cycle track barrier curb according to Detail E624-A.

PI 120+37.83
Δ = 34°42'30" (LT)
R = 660.00'
T = 206.25'
L = 399.81'
e = match existing

See Curb Ramp Detail sheets for curb ramp and sidewalk repairs

Remove and reset bollard posts

Install inlet protection, 115+79
Install pipe screen,
See detail E604-B

Install inlet protection, 120+67
Install pipe screen,
See detail E604-B

Place cycle track barrier curb (typ.) See Note 3

Install inlet protection, 119+09
Install pipe screen,
See detail E604-B

Install bicycle count station

Install inlet protection, 117+49
Install pipe screen,
See detail E604-B

Install Asphalt Concrete Pavement Patch, Type 1, 78 sqyd.
119+20 to 119+50
See Note 1.

Place cycle track barrier curb (typ.) See Note 3

N03°51'00"E

Construction Centerline

Install pedestrian push button

Install pedestrian push button

Install Asphalt Concrete Pavement Patch, Type 1, 14 sqyd.
118+10 to 118+30
See Note 1.

Limits of Mill & Overlay
116+29 to 116+59

Edge of Pavement (typ.)

Limits of Mill & Overlay
121+08 to 121+35

See Curb Ramp Detail sheets for curb ramp and sidewalk repairs

Remove wheelstop (typ.)

Remove and reset existing traffic signal

Install pedestrian push button

Install Asphalt Concrete Pavement Patch, Type 2, 10 sqyd.
117+35 to 117+50
See Note 1.

JEFFERSON DR

MADDISON DR

MATCHLINE STA. 114+50

MATCHLINE STA. 121+50

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

## CONSTRUCTION PLAN

SCHEDULE A

15TH STREET, 114+50 TO 121+50

0    25    50

SCALE IN FEET

NPS-AR-000888

M:\PROJECTS\nama\21(2)_5013\Proj_Dev\CADD\D01-D04-NAMA_21(2)_pln.dgn    [Sheet - D03]

9 May 2024   12:56 PM



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | D04 |

**NOTES:**

1. Field verify asphalt patch location prior to construct with CO.
2. Remove and Replace Accessibility Ramp, Stone (Granite). See Detail E615-B.
3. Refer to Curb Summary Sheet for cycle track barrier curb dimensions and locations.
4. Install cycle track barrier curb according to Detail E624-A.

See Curb Ramp Detail sheets for curb ramp and sidewalk repairs

Sawcut Pavement, 260 lnft
Remove Pavement, Asphalt, 133 sqyd
Install Minor Concrete Pavement, Reinforced, 8-Inch Depth (Bus Pad), 133 sqyd
122+25 to 123+45
See Typical Sections

Roadway Excavation, 10 cuyd
Install Drive Pad, Stone, 62 sqyd
125+36 to 125+57

Place cycle track barrier curb (typ.) See Note 3

Install inlet protection, 127+85
Install pipe screen, See detail E604-B

Remove wheelstop (typ.)

Install Asphalt Concrete Pavement Patch, Type 1, 167 sqyd.
126+51 to 127+76
See Note 1.

N

PT 122+31.39

N30°51'30"W

N00°09'55"E

PC 123+55.06

PT 126+14.96

125'

12'

MATCHLINE STA. 121+50

Install inlet protection, 126+05
Install pipe screen, See detail E604-B

Edge of Pavement (typ.)

Install inlet protection, 121+87
Install pipe screen, See detail E604-B

Construction Centerline

Install inlet protection, 124+12
Install pipe screen, See detail E604-B

Install inlet protection, 127+89
Install pipe screen, See detail E604-B

See Note 2 (typ.)

CONSTITUTION AVE

**END CONSTRUCTION**

SCHEDULE A
NAMA 21(2) 15TH STREET
128+36
N 446251.5831
E 1302823.9743

PI 124+88.28
Δ = 31°01'25" (RT)
R = 480.00'
T = 133.22'
L = 259.90'
e = match existing

M:\PROJECTS\nama 21(2)_50113\Proj_Dev\CADD\D01-D04-NAMA_21(2)_plh.dgn   [Sheet - D04]

1 May 2024   5:13 PM

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**CONSTRUCTION PLAN**

SCHEDULE A

15TH STREET, 121+50 TO 128+36

0    25    50

SCALE IN FEET

NPS-AR-000889



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | D05 |

**23RD STREET**

**OHIO DRIVE**

16+00

15+00

PC 10+00.00

**BEGIN CONSTRUCTION**
SCHEDULE C
DC NP NAMA 21(2)
14+14
N 444515.7422
E 1298096.6756

11+00

12+00

13+00

PT 13+78.75

14+00

Curve = WBIA-1

Construction CL

**WB INDEPENDENCE AVE.**

PI10TBAR

PC 20+00.00

**EB INDEPENDENCE AVE.**

PT 25+01.73

**OHIO DRIVE**

8601Mon

PI3548TBM  PI3549TBM

*GENERAL NOTES:*

1. *Do not disturb existing light poles, traffic signals, signs, utilities, stone curbs, brick gutters, sidewalks, inlets, manholes, and curb ramps, except those shown on plans.*

2. *Do not disturb existing trees and fences.*

3. *Do not park or store any construction equipments and vehicles on sidewalk, grass areas, and under trees.*

4. *Protect concrete pavement edge when milling next to concrete edge.*

5. *Provide positive drainage for all curb ramps.*

6. *Backfill the holes left by the removal of temporary construction sign posts with embankment material.*

7. *Do not disturb exposed aggregate concrete sidewalk beyond the limits of the existing stone ramps.*

M:\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\D05-D13-NAMA_21(2)_plh.dgn  [D05]

14 May 2024  8:36 AM

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**CONSTRUCTION PLAN**
SCHEDULE C
INDEPENDENCE AVENUE SW, 14+13.26 - 16+00.00 WB

0    25    50
SCALE IN FEET

NPS-AR-000890



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| | PROJECT | SHEET NUMBER |
|---|---|---|
| | DC NP NAMA 21(2) | D06 |

**DANIEL FRENCH DRIVE**

**Limit of work**
**18+67.8**
**37.3' lt.**

16+00   17+00   18+00   19+00   20+00   21+00   22+00   23+00

*16.5' - 20.9'*

*19+00.4*
*33.0' lt.*

**WB INDEPENDENCE AVE.**

*Construction CL*

PI11TBAR

PI12TBAR

**EB INDEPENDENCE AVE.**

/E.

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**CONSTRUCTION PLAN**

SCHEDULE C

INDEPENDENCE AVENUE SW, 16+00 - 23+00 WB

0   25   50
SCALE IN FEET

NPS-AR-000891

M:\PROJECTS\nama\21(2)_50113\Proj_Dev\CADD\D05-D13-NAMA_21(2)_pln.dgn  [D06]

1 May 2024  5:18 PM



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | D07 |

WB INDEPENDENCE AVE.

PI13TBAR

Construction CL

PI14TBAR

29+1196Mon

EB INDEPENDENCE AVE.

W BASIN DRIVE

N

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

NPS-AR-000892

0    25    50
SCALE IN FEET

National Mall and Memorial Parks

# CONSTRUCTION PLAN

SCHEDULE C

INDEPENDENCE AVENUE SW, 23+00 TO 30+00 WB

M:\PROJECTS\nama\21(2)_50\13)\Proj_Dev\CADD\D05-D13-NAMA_21(2)_pln.dgn  [D07]

1 May 2024  5:18 PM



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | D08 |

DC WAR MEMORIAL

WB INDEPENDENCE AVE.

EB INDEPENDENCE AVE.

PI15TBAR

PI16TBAR

Curve = WBIA-2

Construction CL

Curve = EBIA-2

PC 32+22.80

PC 42+51.02

PT 46+43.54

PC 47+17.27

UElec

30+00
31+00
32+00
33+00
34+00
35+00
36+00
37+00

N

NPS-AR-000893

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

0    25    50
SCALE IN FEET

National Mall and Memorial Parks

## CONSTRUCTION PLAN
SCHEDULE C
INDEPENDENCE AVENUE SW, 30+00 - 37+00 WB

M:\PROJECTS\nama\21(2)_50(13)Pacific\OFC\CAD\D005-D13-NAMA_21(2)_pln.dgn    [D08]

1 May 2024   5:18 PM



NPS PMIS No. 212005     NPS Drwg No. 802/165501

| | SHEET NUMBER |
|---|---|
| PROJECT | |
| DC NP NAMA 21(2) | D09 |

**Limit of work**

39+38.6
27.2' lt.

39+03.1
27.3' lt.

Construction CL

PC 40+23.96

WB INDEPENDENCE AVE.

Curve = WBIA-3

PCC 44+08.61

37+00
38+00
PT 38+24.14
39+00
40+00
41+00
42+00
43+00
44+00

WB TO EB TIDAL BASIN TA.

PC 30+00.00
30+00

Curve = WTBTA-1

Curve = WTBTA-2

TIDAL BASIN

PT 32+26.01

TRAFFIC CABINET

EB INDEPENDENCE AVE.

45+

KUTZ BRIDGE

PT 50+

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

M:\PROJECTS\nama\21(2)_5013)\Proj_Dev\CADD\D05-D13-NAMA_21(2)_plh.dgn  [D09]

1 May 2024  5:18 PM

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

NPS-AR-000894

0        20        40
SCALE IN FEET

National Mall and Memorial Parks

# CONSTRUCTION PLAN

SCHEDULE C

INDEPENCE AVENUE SW, 37+00 - 43+50 WB



NPS PMIS No. 212005    NPS Drwg No, 802/165501

| | | SHEET NUMBER |
|---|---|---|
| | PROJECT | |
| | DC NP NAMA 21(2) | D10 |

17TH ST.

N

4'-9"x6'-0"

42" RCP

WB INDEPENDENCE AVE.

Curve = WBIA-4

44+00 44+08.61
PCC 44+08.61

45+00

46+00

47+00

PT 47+86.36

48+00

Limit of work

49+00

PC 49+47.29

50+00

PT 51+22.52

51+00

Construction CL

TIDAL BASIN

Curve = WBIA-5

Limit of work

PT 28+08.43
28+00

EB TO WB

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**CONSTRUCTION PLAN**

SCHEDULE C

INDEPENDENCE AVENUE SW, 43+50 - 50+50 WB

0    25    50
SCALE IN FEET

NPS-AR-000895

1 May 2024  5:18 PM

M:\PROJECTS\nama.21(2)_501(3)\Proj_Dev\CADD\D005-D13-NAMA_21(2)_plh.dgn  [D10]



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | D11 |

**Limit of work**
**51+73.1**
**22.0' lt.**

51+91.6
22.0' lt.

Construction CL

Limit of work

PC 49+47.29

49+00

50+00

51+00

PT 51+22.52

PC 51+89.93

52+00

53+00

PT 53+82.60

54+00

PC 54+11.73

55+00

PCC 55+30.49

56+00

Curve = WBIA-6

**WB INDEPENDENCE AVE.**

Curve = WBIA-5

51+15.3
24.4' rt.

Construction CL

Curve = WBIA-7

Curve = WBIA-8

**Limit of work**

**WB MAINE AVE.**

PT 28+08.43

28+00

**EB TO WB TIDAL BASIN TA.**

51+07.2
47.5' rt.

27+00

Curve = ETBTA-1

26+00

N

PC 25+00.00

25+00

**EB INDEPENDENCE AVE.**

PC 61+48.13

**KUTZ BRIDGE**

**EB MAINE AVE.**

60+01.9
43.5' rt.

M:\PROJECTS\nama121(2)_501(3)\Proj_Dev\CADD\D005-D13-NAMA_21(2)_plh.dgn  [D11]

1 May 2024  5:27 PM

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**CONSTRUCTION PLAN**

SCHEDULE C

INDEPENDENCE AVENUE SW, 50+50 - 55+50 WB

0    25    50
SCALE IN FEET

NPS-AR-000896



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | D12 |

Limit of work

61+59.9
28.9' lt.

62+15.7
27.2' lt.

PI22TBAR

PCC 62+88.91

62+00

63+00

PC 60+89.89

61+00

Construction CL

PCC 56+86.22

59+00
PT 59+10.80

60+00

WATER FOUNT

2307Mon

57+00

58+00

56+00

Limit of work

**WB INDEPENDENCE AVE.**

Curve = WBIA-10

Curve = WBIA-8

Curve = WBIA-9

PI21TBAR

**EB INDEPENDENCE AVE.**

PCC 71+54.84

PRC 69+54.31

**RAOUL WALLENBERG PLACE**

Limit of work

**WB MAINE AVE.**

PI23TBAR

2545UGTele

PCC 66+62.74

**WB M**

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**CONSTRUCTION PLAN**

SCHEDULE C

INDEPENDENCE AVENUE SW, 55+50 - 62+50 WB

NPS-AR-000897

0    25    50
SCALE IN FEET

M:\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\D005-D13-NAMA_21(2)_pln.dgn  [D12]

1 May 2024  5:30 PM



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---------|--------------|
| DC NP NAMA 21(2) | D13 |

15TH STREET

14TH STREET

Limit of work

PT 64+32.13

*Construction CL*

65+00

66+00

POT 66+81.84

PCC 62+88.91

63+00

PI22TBAR

62+00

Curve = WB1A-11

**WB INDEPENDENCE AVE.**

2575UETree

2575UEIec

**END CONSTRUCTION**

SCHEDULE C
DC NP NAMA 21(2)
66+39
N 444671.0407
E 1303197.8976

**EB INDEPENDENCE AVE.**

PT 74+08.31

POT 76+69.22

PCC 71+54.84

**ERG PLACE**

| NO. | DATE | BY | REVISIONS |
|-----|------|-----|-----------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**CONSTRUCTION PLAN**
SCHEDULE C
INDEPENDENCE AVENUE SW, 62+50 - 66+41.28 WB

NPS-AR-000898

0   25   50
SCALE IN FEET

M:\PROJECTS\nama121(2)_501(3)\Proj_Dev\CADD\D005-D13-NAMA_21(2)_plh.dgn  [D13]

1 May 2024  5:20 PM



| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | E01 |

Accessibility Ramp
Limit, 104+90

Accessibility Ramp
Limit, 104+74

Accessibility Ramp
Limit, 105+35

Accessibility Ramp
Limit, 105+19

Remove and replace
aggregate sidewalk,
104+64 to 104+94

Remove and replace
aggregate sidewalk,
105+09 to 105+39

5' 6' 5'

2'

12.7'

5' 6' 5'

12.5'

NOTE:

1. Refer to Detail E615-B for
accessibility ramp installation

Furnish detectable warning
surface with truncated
dome granite pavers

Proposed crosswalk

Existing Accessibility
Ramp

12.4'

Furnish detectable warning
surface with truncated
dome granite pavers

Proposed crosswalk

Existing Accessibility
Ramp

12.6'

5' 6' 5'

5' 6' 5'

Remove and replace
aggregate sidewalk,
106+41 to 106+81

Accessibility ramp
limit, 106+58

Accessibility ramp
limit, 106+42

Accessibility ramp
limit, 107+34

Accessibility ramp
limit, 107+18

Remove and replace
aggregate sidewalk,
106+96 to 107+37

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**CURB RAMP DETAILS**

SCHEDULE A

15TH STREET

0    5    10

SCALE IN FEET

NPS-AR-000899

M:\PROJECTS\nama.21(2)_50113\Proj_Dev\CADD\E01-NAMA_21(2)_ph.dgn  [E01 - 15th St Midblock]

8 May 2024  1:50 PM



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | E02 |

Proposed crosswalk

Accessibility Ramp Limit, 111+22

Furnish detectable warning surface with truncated dome granite pavers

Proposed crosswalk

Existing Accessibility Ramp

Remove and replace exposed aggregate sidewalk, 111+12 to 111+38

Accessibility Ramp Limit, 111+40

Furnish detectable warning surface with truncated dome granite pavers

Accessibility Ramp limits, 112+48 to 112+65

Accessibility Ramp limits, 112+25 to 112+36

Remove and replace exposed aggregate sidewalk, 112+25 to 112+67

Accessibility Ramp limits, 112+56 to 112+74

Accessibility Ramp limits, 112+52 to 112+62

Remove and replace exposed aggregate sidewalk, 112+52 to 112+87

Furnish detectable warning surface with truncated dome granite pavers

Proposed crosswalk

### NOTE:

1.  Refer to Detail E616-B for accessibility ramp installation

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

## CURB RAMP DETAILS
SCHEDULE A
15TH STREET

0    5    10
SCALE IN FEET

NPS-AR-000900

M:\PROJECTS\nama\21(2)_50013)\Proj_Dev\CADD\E01-NAMA_21(2)_pln.dgn   [E02 - 15 and 1nd]

8 May 2024   1:51 PM



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | E03 |

Accessibility Ramp limits,
114+49 to 114+67

12.4'

6' | 6' | 6.1'

2'

Furnish detectable warning
surface with truncated
dome granite pavers

Remove and replace exposed
aggregate sidewalk,
114+47 to 114+76

Accessibility Ramp limits,
115+03 to 115+22

12.5'

6'

2'

6.2' | 5.9'

Remove and replace exposed
aggregate sidewalk,
114+93 to 115+25

Furnish detectable warning
surface with truncated
dome granite pavers

Proposed crosswalk

Remove and replace exposed
aggregate sidewalk,
115+89 to 116+32

5' | 5'

6'

5'

Furnish detectable warning
surface with truncated
dome granite pavers

Accessibility Ramp limits,
116+00 to 116+17

Proposed crosswalk

Remove and replace exposed
aggregate sidewalk,
116+50 to 116+84

5.3' | 6' | 5'

Existing Accessibility Ramp

Furnish detectable warning
surface with truncated
dome granite pavers

Accessibility Ramp limits,
116+63 to 116+80

NOTE:

1.    Refer to Detail E615-B for accessibility ramp installation

M:\PROJECTS\nama121(2)_501(3)\Proj_Dev\CADD\E01-NAMA_21(2)_ph.dgn  [E03 - 15th and Jefferson]

8 May 2024  1:55 PM

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

NPS-AR-000901

0    5    10
SCALE IN FEET

National Mall and Memorial Parks

**CURB RAMP DETAILS**

SCHEDULE A

15TH STREET



| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | E04 |

Install pedestrian push button, 116+16.38, right offset 45.86'

Remove and replace exposed aggregate sidewalk, 115+94 to 116+28

Proposed crosswalk

Accessibility Ramp limits, 116+01 to 116+16

Existing Accessibility Ramp

Accessibility Ramp limit, 116+16

Proposed crosswalk

Accessibility Ramp limit, 116+27

Existing Accessibility Ramp

Remove existing bollards

Remove and replace exposed aggregate sidewalk, 120+78 to 121+22

Accessibility Ramp limit, 120+98

Install bollard, 120+92.91, left offset 31.19'

Install bollard, 120+86.63, left offset 31.1'

Accessibility Ramp limit, 120+82

Install pedestrian push button, 116+67.31, right offset 44.68'

Remove and replace exposed aggregate sidewalk, 116+60 to 116+85

Accessibility Ramp limit, 116+66

Accessibility Ramp limit, 116+80

Proposed crosswalk

Accessibility Ramp limit, 116+60

Proposed crosswalk

Accessibility Ramp limit, 116+66

Existing Accessibility Ramp

NOTE:

1.    Refer to Detail E615-B for accessibility ramp installation

Proposed crosswalk

Existing Accessibility Ramp

Accessbility Ramp limit, 121+53

Remove existing bollards

Install bollard, 121+57.97, left offset 31.58'

Install bollard, 121+64.27, left offset 31.54'

Install pedestrian push button, 121+66.72, left offset 33.58'

Accessbility Ramp limit, 121+69

Remove and replace exposed aggregate sidewalk, 121+36 to 121+74

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

0    5    10
SCALE IN FEET

NPS-AR-000902

National Mall and Memorial Parks

**CURB RAMP DETAILS**
SCHEDULE A
15TH STREET

M:\PROJECTS\nama\21(2)_50(13)\Proj_Dev\CADD\E01-NAMA_21(2)_ph.dgn    [E04 - 15th St and Jefferson]

8 May 2024  1:56 PM



NPS PMIS No. 212005    NPS Drwg No. 802/165501

PROJECT | SHEET NUMBER
DC NP NAMA 21(2) | E05

Proposed crosswalk

Existing accessibility ramp

Proposed crosswalk

Furnish detectable warning surface with truncated dome granite pavers

Accessibility ramp limits, 120+83 to 120+98

Accessibility ramp limits, 121+01 to 121+07

Install pedestrian push button, 120+99.37, right offset 47.61'

Remove and replace exposed aggregate sidewalk, 120+75 to 121+07

Remove traffic signal

Proposed crosswalk

Existing accessibility ramp

Proposed crosswalk

Furnish detectable warning surface with truncated dome granite pavers

Accessibility ramp limits, 121+53 to 121+68

Install traffic signal, 121+50.4, right offset 34.03'

Remove and replace exposed aggregate sidewalk, 121+36 to 121+72

Install pedestrian push button, 121+45.96, right offset 48.21'

Accessibility ramp limits, 121+37 to 121+46

NOTE:

1.    Refer to Detail E615-B for accessibility ramp installation

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**CURB RAMP DETAILS**

SCHEDULE A

15TH STREET

0    5    10
SCALE IN FEET

NPS-AR-000903

M:\PROJECTS\nama\21(2)_50113\Proj_Dev\CADD\E01-NAMA_21(2)_phn.dgn  [E05 - 15th and Madison - West]

8 May 2024  1:56 PM



| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | E06 |

Accessibility ramp limit, 122+66

Accessibility ramp limit, 122+48

Remove and replace exposed aggregate sidewalk, 122+42 to 122+66

Accessibility ramp limit, 123+17

Accessibility ramp limit, 122+99

Remove and replace exposed aggregate sidewalk, 122+92 to 123+18

Furnish detectable warning surface with truncated dome granite pavers

Furnish detectable warning surface with truncated dome granite pavers

Accessibility ramp limit, 128+21

Proposed crosswalk

Accessibility ramp limit, 128+05

Remove and replace exposed aggregate sidewalk, 128+03 to 128+27

NOTE:

1.    Refer to Detail E615-B for accessibility ramp installation

Remove and replace exposed aggregate sidewalk, 128+00 to 128+26

Accessibility ramp limit, 128+21

Proposed crosswalk

Accessibility ramp limit, 128+05

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**CURB RAMP DETAILS**

SCHEDULE A

15TH STREET

NPS-AR-000904

0    5    10

SCALE IN FEET

M:\PROJECTS\nama\21(2)_50113)\Proj_Dev\CADD\E01-NAMA_21(2)_plh.dgn    [E06 - 15th and Madison - East]

8 May 2024  2:00 PM



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | F01 |

## NOTES:

1. Maintain lighting on at least one side of 15th street during light pole replacements.
2. Remove and reattach any existing signs or signal heads, maintaining the original position and orientation.

MAINE AVE SW

MAINE AVE SW

MAINE AVE SW

## BEGIN CONSTRUCTION

NAMA 21(2)
STA. 102+08
N 443721.8656
E 1302744.8059

Edge of Pavement (typ.)

101  102  103  104  105  106  107

BUS ONLY

N00°04'22"W

MATCHLINE STA. 107+50

Construction Centerline

CONCRETE PAVEMENT

Remove and replace twin-twenty light pole assembly (typ.)

M:\PROJECTS\nama\21(2)_50113)\Proj_Dev\CADD\F01-F04-NAMA_21(2)_pln.dgn  [Sheet - F01]

2 May 2023  10:56 PM

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

NPS-AR-000905

0    25    50
SCALE IN FEET

National Mall and Memorial Parks

## CONSTRUCTION PLAN

SCHEDULE B

STA. 102+08 TO STA. 107+50



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | F02 |

*NOTES:*

1.  *Maintain lighting on at least one side of 15th street during light pole replacements.*
2.  *Remove and reattach any existing signs or signal heads, maintaining the original position and orientation.*

108

109

110

111

112

113

114

MATCHLINE STA. 107+50

*Remove and relace twin-twenty light pole assembly (typ.)*

*Edge of Pavement (typ.)*

PC 111+88.01

PT 113+99.68

Δ=38°26'42"

STA. 114+50 MATCHLINE

INDEPENDENCE AVE SW

PI 113+02.82
Δ = 38°31'04" (RT)
R = 300.00'
T = 104.82'
L = 201.68'
e = match existing

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

2 May 2023    10:57 PM

M:\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\F01-F04\NAMA_21(2)_pln.dgn  [Sheet - F02]

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**CONSTRUCTION PLAN**

SCHEDULE B

STA. 107+50 TO STA. 114+50

NPS-AR-000906

0    25    50

SCALE IN FEET



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | F03 |

PI 116+48.50
Δ = 34°35'42" (LT)
R = 560.00'
T = 174.39'
L = 338.13'
e = match existing

**NOTES:**

1. Maintain lighting on at least one side of 15th street during light pole replacements.
2. Remove and reattach any existing signs or signal heads, maintaining the original position and orientation.

PI 120+37.83
Δ = 34°42'30" (LT)
R = 660.00'
T = 206.25'
L = 399.81'
e = match existing

Remove and replace twin-twenty light pole assembly (typ.)

Edge of Pavement (typ.)

PC 114+74.11

MATCHLINE STA. 114+50

MATCHLINE STA. 121+50

PT 118+12.23

PC 118+31.57

N03°51'00"E

30'

24'

115

116

117

118

119

120

121

JEFFERSON DR

MADDISON DR

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**CONSTRUCTION PLAN**

SCHEDULE B

STA. 114+50 TO STA. 121+50

0   25   50

SCALE IN FEET

NPS-AR-000907

27 June 2023   3:52 PM

M:\PROJECTS\nama\21(2)_50113\Proj_Dev\CADD\F01-F04-NAMA_21(2)_pln.dgn   [Sheet - F03]



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | F04 |

*NOTES:*

1. *Maintain lighting on at least one side of 15th street during light pole replacements.*
2. *Remove and reattach any existing signs or signal heads, maintaining the original position and orientation.*

N

122

123

124

125

126

127

128

CONSTITUTION AVE

PT 122+31.39

N30°51'30"W

15TH

PC 123+55.06

PT 126+14.96

N00°09'55"E

Edge of Pavement (typ.)

MATCHLINE
STA. 121+50

**END CONSTRUCTION**

NAMA 21(2) 15TH STREET
STA. 128+36
N 446251.5831
E 1302823.9743

Remove and replace twin-twenty
light pole assembly (typ.)

PI 124+88.28
Δ = 31°01'25" (RT)
R = 480.00'
T = 133.22'
L = 259.90'
e = match existing

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**CONSTRUCTION PLAN**

SCHEDULE B

STA. 121+50 TO STA. 128+36

0    25    50

SCALE IN FEET

NPS-AR-000908

M:\PROJECTS\nama 21(2)_50113)\Proj_Dev\CADD\F01+F04+NAMA_21(2)_pln.dgn  [Sheet - F04]

27 June 2023  3:52 PM

NPS PMIS No. 212005   NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | M01 |

## PROJECT DESCRIPTION

This project consists of asphalt milling and overlay with full depth patches in a few locations.  This project also includes street light improvements, pedestrian crossing improvements, permanent bicycle lanes, pavement markings, and other miscellaneous work.

### SOILS

Soil disturbing activities include: Full depth patching (Type 1), construction of new concrete bus pads, construction of a stone paver driveway, and the removal of curbs, sidewalks, and ADA ramps.

Area of Disturbance:
Construction of full depth pavement patches: 0.06 acres (2,625 sqft)
Construction of concrete bus pads: 0.10 acres (4,541 sqft)
Constgruction of stone paver driveway: 0.02 acres (1,048 sqft)
Construction of sidewalk ramps: 0.29 acres (12,460 sqft)
Construction of cycle track barrier curb: 0.18 acres (7,866 sqft)

Earthwork:
Volume of excavation 0 cuyd
Volume of fill 0 cuyd

The total area of soil disturbance for the project is approximately 0.25 acres.  The receiving water are the Tidal Basin, the Washington Channel, and the Annacostia & Potomac Rivers.

### GENERAL NOTES AND GUIDELINES

Develop and implement a Spill Prevention Control and Countermeasures (SPCC) Plan following the requirements under 40 CFR 112.  Report spills large enough to discharge surface waters to the National Response Center at 1-800-424-8802.

The Erosion and Sediment Control Narrative is intended to act as a guideline for preventing erosion and controlling sediment. The work consists of applying measures throughout the life of the project to control erosion and to minimize the sedimentation of rivers, creeks, and streams.  Soil erosion control measures are also defined/outlined in the Standard Specifications for Construction of Roads and Bridges on Federal Highway Projects (FP-14) and the Special Contract Requirements.  Install all erosion and sediment control devices in accordance with state and county requirements; as well as, Subsection 107.10.

No construction access will be permitted through a wetland or a waterway.

Do not place excavated soil material adjacent to creeks, streams, or bodies of water in a manner that will cause it to be washed away by high water or runoff.  Excess borrow material removed from the construction site shall be stabilized at the site of placement.

Do not allow any construction equipment to operate or access the down-slope side of the perimeter control measures.

Direct storm water to vegetated buffer areas and do not discharge directly into surface waters.

Preserve existing vegetation, trees, and shrubs when possible, and as directed by the CO.  Do not disturb or clear vegetated areas outside the limits of work.

### EROSION & SEDIMENT CONTROL CONSTRUCTION SEQUENCE

All erosion and sediment practices are to be installed prior to any major soil disturbance, in their proper sequence, and maintained until permanent protection is established.

Employ temporary stabilization practices in incremental stages when necessary as construction proceeds. Upon completion of any ground disturbing activity, immediately stabilize the associated disturbed areas. Once installed, do not modify the type, size, or location of any control or practice without approval of the CO.

Prior to any clearing, grubbing, and excavation, install perimeter controls and temporary inlet protection at the locations specified in the plans or as directed by the CO.  Install silt fence around the staging area prior to stockpiling and storing equipment.

Once finished grading is achieved and all construction operations in each work area have been completed and all upslope areas are stabilized and vegetation is established, remove all perimeter controls after obtaining approval from the CO.

| Pollution Prevention Good Housekeeping Stamp Notes | |
|---|---|
| Fuels and Oils | On-site refueling will be conducted in a dedicated location away from access to surface waters. Install containment berms and, or secondary containments around refueling areas and storage tanks. Spills will be cleaned up immediately and contaminated soils disposed of in accordance with all federal and District of Columbia regulations. Petroleum products will be stored in clearly labeled tightly sealed containers. All vehicles on site will be monitored for leaks and receive regular preventive maintenance activities. Any asphalt substances used on site will be applied according to manufacturer's recommendations. Spill kits will be included with all fueling sources and maintenance activities. |
| Solid Waste | No solid materials shall be discharged to surface water. Solid materials including building materials, garbage and paint debris shall be cleaned up daily and deposited into dumpsters, which will be periodically removed and deposited into a landfill. |
| Abrasive Blasting | Water blasting, sandblasting, and other forms of abrasive blasting on painted surfaces built prior to 1978 may only be performed if an effective containment system prevents dispersal of paint debris. |
| Fertilizer | Fertilizers will be applied only in the minimum amounts recommended by the manufacturer, worked into the soil to limit exposure to stormwater, and stored in a covered shed. Partially used bags will be transferred to a sealable bin to avoid spills. |
| Paint and Other Chemicals | All paint containers and curing compounds will be tightly sealed and stored when not required for use. Excess paint will not be discharges to the storm sewers, but will be properly disposed of according to manufacturer's recommendations. Spray guns will be cleaned on a removable tarp. Chemicals used on site are kept in small quantities and in closed containers undercover and kept out of direct contact with stormwater. As with fuels and oils, any inadvertent spills will be cleaned up immediately and disposed of according federal and District of Columbia regulations. |
| Concrete | Concrete trucks will not be allowed to wash out or discharge surplus concrete or drum wash on site, except in a specially designated concrete disposal area. Form release oil for decorative stone work will be applied over a pallet covered with an absorbent material to collect excess fluid. The absorbent material will be replaced and disposed of properly when saturated. |
| Water Testing | When testing and, or cleaning water supply lines, the discharge from the tested pipe will be collected and conveyed to a completed stormwater conveyance system for ultimate discharge into a stormwater best management practice (BMP). |
| Sanitary Waste | Portable lavatories located on site will be services on a regular basis by a contractor. Portable lavatories will be located in an upland area away from direct contact with surface waters. Any spills occurring during servicing will be cleaned immediately and contaminated soils disposed of in accordance with all federal and District of Columbia regulations. |

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

NPS-AR-000909

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

## EROSION AND SEDIMENT CONTROL NARRATIVE

*Sheet 1 of 2*

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | M02 |

## MAINTENANCE AND INSPECTION PROCEDURES

Unless stated otherwise, construct and maintain all vegetated and structural erosion control practices according to Section 157, the details shown in the plans, and the individual permitting requirements. Inspect and maintain erosion control facilities daily during construction activities and immediately following a rain event.  Repair and replace any damaged measures by the end of the day.

Inlet protection - Inspect to ensure that inlet protection remains firmly in place and is not damaged or clogged.  Clean clogged inlet protection or replace clogged or damaged inlet protection as necessary.

Stabilization construction exit - Inspect stabilized construction exits every seven days.  Check for mud or sediment buildup and pad integrity.  Wash, replace, or add stone whenever the exit fails to perform effectively.  Inmediately brush or sweep up soil hat has been tracked offsite onto the roadway for proper disposal.

M:\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\M01-M02-NAMA_21(2)_501(3)_e&s.dgn  [M02]

2 May 2024  3:20 PM

| NO. | DATE | BY | REVISIONS | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

NPS-AR-000910

National Mall and Memorial Parks

## EROSION AND SEDIMENT CONTROL NARRATIVE

*Sheet 2 of 2*



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | M03 |

**BEGIN CONSTRUCTION**

Schedule A
DC NP NAMA 21(2)
STA. 102+08
N 443581.7984
E 1302744.9835

Limits of Disturbance (typ.)

101  102  103  104  105  106  107

I-45

I-41

I-37

Edge of Pavement (typ.)

Install silt fence, 70 lnft

Construction Centerline

N00°04'22"W

MATCHLINE STA. 107+50

I-46

I-42

I-38

EX TGI

M:\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\M03+M06+NAMA_21(2)_501(3)_e&s_plns.dgn   [Sheet - M03]

15 May 2024   2:29 PM

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

# EROSION & SEDIMENT CONTROL PLANS

STA. 102+08 TO STA. 107+50

0    25    50
SCALE IN FEET

NPS-AR-000911



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | M04 |

Limits of Disturbance (typ.)

EX. I-36

EX. I-37

I-35

Construction Centerline

Edge of Pavement (typ.)

108
109
110
111
112
113
114

MATCHLINE STA. 107+50

PC 111+98.01

PT 113+99.68

I-25

N38°26'42"

MATCHLINE STA. 114+50

BRICK WALK

INDEPENDENCE

PI 113+02.82
Δ = 38°31'04" (RT)
R = 300.00'
T = 104.82'
L = 201.68'
e = match existing

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2:59 PM
2 May 2024

M:\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\M03-M06-NAMA_21(2)_501(3)_e8s_pln.dgn  [Sheet - M04]

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

0    25    50
SCALE IN FEET

NPS-AR-000912

National Mall and Memorial Parks

# EROSION & SEDIMENT CONTROL PLANS

STA. 107+50 TO STA. 114+50



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | M05 |

PI 116+48.50
Δ = 34°35'42" (LT)
R = 560.00'
T = 174.39'
L = 338.13'
e = match existing

PI 120+37.83
Δ = 34°42'30" (LT)
R = 660.00'
T = 206.25'
L = 399.81'
e = match existing

Limits of Disturbance (typ.)

Construction Centerline

Limits of Mill & Overlay

Edge of Pavement (typ.)

Limits of Disturbance (typ.)

Limits of Mill & Overlay

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**EROSION & SEDIMENT CONTROL PLANS**

STA. 114+50 TO STA. 121+50

NPS-AR-000913

0    25    50
SCALE IN FEET



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | M06 |

N

I-5

I-56

I-12

122

123

124

125

126

127

128

Limits of Disturbance (typ.)

Construction Centerline

Edge of Pavement (typ.)

MATCHLINE STA. 121+50

PT 122+31.39

N30°51'30"W

PC 123+55.06

PT 126+14.96

N00°09'55"E

I-8

I-7

I-6

I-55

**END CONSTRUCTION**

Schedule A
DC NP NAMA 21(2)
STA. 128+36
N 446251.5831
E 1302823.9743

SMITHSONIAN NATIONAL AFRICAN AMERICAN MUSEUM OF HISTORY & CULTURE

PI 124+88.28
Δ = 31°01'25" (RT)
R = 480.00'
T = 133.22'
L = 259.90'
e = match existing

M:\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\M03>M06-NAMA_21(2)_501(3)_e&s_pln.dgn   [Sheet - M06]

15 May 2024  3:01 PM

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

NPS-AR-000914

0    25    50
SCALE IN FEET

National Mall and Memorial Parks

**EROSION & SEDIMENT CONTROL PLANS**

STA. 121+50 TO STA. 128+36



| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | N01 |

**CONSTRUCTION SIGNS:**

PATH CLOSED

1 — R11-2 (mod.) 48" x 30"

2 — M4-9a 30" x 24"

3 — M4-9a 30" x 24"

**LEGEND**

Sidewalk and lighting repair work area

Type 3 barricade

**NOTES:**

1) Place all signs as directed by the CO.

2) Place type 3 barricades to keep pedestrians out of construction zone as directed by the CO.

3) Attach signs to type 3 barricades.

4) Maintain access to at least one side of 15th Street NW sidewalk throughout construction activities.

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**PEDESTRIAN DETOUR**

15TH STREET

NPS-AR-000915

M:\PROJECTS\nama\21(2)_50113\Proj_Dev\CADD\N01-NAMA_21(2)_pln.dgn  [Pedestrian Detour Sheet]

2 May 2024  8:38 AM



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | P01 |

**BEGIN PROJECT**

Schedule A
DC NP NAMA 21(2)
STA. 102+08
N 443721.8474
E 1302747.1208

Place bus platform pedestrian crossing pavement marking (typ.)

Install O-NS-017, Mount to existing sign post, Sta. 104+69

Place ONLY pavement marking (typ.)

End 4" BY, Begin 4" SSY, 106+15

Begin 4" SSY, Begin 4" SSW, Begin 6" SSW, 107+41

End 4" SSY, End 4" SSW, End 6" SSW, 106+XX

Begin 4" BY, 102+08

Begin 4" SSW, 102+08

Begin 6" SSW, 102+08

Remove flexible delineator

Begin 4" SDW, 103+72

End 4" SDW Begin 4" SSW, 104+42

End 4" BW, Begin 6" SSW, 105+46

End 4" DSY, End 6" SSW, End 4" SSW, 106+36

Begin 4" DSY, 102+08

Begin 4" SSW, 102+08

Edge of Roadway

End 4" SSW, Begin 4" SDW, 105+56

Stop bar, 12" SSW, 106+36

24" SSW, 18" spacing

Begin 4" BW, 102+08

Place BUS pavement marking (typ.)

Remove flexible delineator

Begin 4" DSY, Begin 4" BW, 107+41

MATCHLINE STA. 107+50

**Pavement Abbreviations**
DW = Dotted white
DY = Dotted yellow
SSW = Single solid white
SSY = Single solid yellow
BW = Broken white
BY = Broken yellow
DSY = Double solid yellow

SIGNS:

BIG BUS **B**
HOP-ON DISCOVER HOP-OFF EXPLORE
**BUS STOP**
BIGBUSTOURS.COM

O-NS-017
24" x 18"

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

# PAVEMENT MARKING AND SIGNING PLAN

15TH STREET, 102+08 TO 107+50

0    25    50
SCALE IN FEET

NPS-AR-000916



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | P02 |

**SIGNS:**

| NO TURN ON RED ● | R10-11<br>24" x 30" |
|---|---|
| NO TURN ON RED ARROW | R10-11(1)<br>24" x 30" |

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

# PAVEMENT MARKING AND SIGNING PLAN

15TH STREET, 107+50 TO 114+50

SCALE IN FEET    0  25  50

NPS-AR-000917



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | P03 |

Place BUS pavement marking (typ.)

Place bus platform pedestrian crossing pavement marking (typ.).

Remove and replace R9-6 signs, Mount to existing signal poles, Sta. 120+79 and Sta. 121+36

End 4" SSW, End 6" SSW, 120+82

Place bicycle lane with directional arrow pavement marking (typ.)

4" BY

End 4" BY, 4" SSY, 115+77 to 115+96

Begin 4" SSW, Begin 6" SSW, 116+82

End 4" BY, 4" SSY, 120+59 to 120+80

End 4" SSW, End 6" SSW, 115+98

Remove and replace flexible delineator

4" SSY, 116+87 to 117+08, Begin 4" BY, 117+08

4" DSY

4" BW

6" SSW
4" SSW

End 4" DW, End 4" DSY, 115+94

Edge of pavement

Place ONLY pavement marking (typ.)

Begin 6" SSW, Begin 4" DSY, 116+88

End 6" SSW, Begin 4" BW, 117+82

Remove and replace flexible delineator

End 4" BW, End 4" DSY, 120+77

24" SSW, 18" spacing

24" SSW, 18" spacing

Remove flexible delineator

SIGNS:

YIELD TO PEDS

R9-6
12" x 18"

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

## PAVEMENT MARKING AND SIGNING PLAN

15TH STREET, 114+50 TO 121+50

0    25    50
SCALE IN FEET

NPS-AR-000918



SIGNS:

NO
TURN
ON RED
●

R10-11
24" x 30"

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | P04 |

END PROJECT

Schedule A
DC NP NAMA 21(2)
STA. 128+36
N 446251.5831
E 1302823.9743

Install R10-11 sign,
Mount to existing signal pole,
Sta. 128+34

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**PAVEMENT MARKING AND
SIGNING PLAN**

15TH STREET, 121+50 TO 128+36

NPS-AR-000919

0    25    50
SCALE IN FEET



NPS PMIS No. 212005     NPS Drwg No. 802/165501

| | PROJECT | SHEET NUMBER |
|---|---|---|
| | DC NP NAMA 21(2) | P05 |

24" SSW,
18" spacing

Place straight arrow
pavement marking

Stop bar,
12" SSW,
14+32

Begin 6" SSW,
14+32

Place white left turn
arrow pavement symbol

End 6" SSW,
Begin 4" BW,
15+20

Place ONLY pavement
marking (typ.)

23RD STREET

**BEGIN PROJECT**

Schedule C
DC NP NAMA 21(2)
STA. 14+14
N 444515.7422
E 1298096.6756

10+00

11+00

12+00

13+00

14+00

15+00

11.5'10.8'11.5'

OHIO DRIVE

Construction CL

ONLY

WB INDEPENDENCE AVE.

MATCHLINE
STA. 16+00

EB INDEPENDENCE AVE.

OHIO DRIVE

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

0    25    50
SCALE IN FEET

NPS-AR-000920

National Mall and Memorial Parks

**PAVEMENT MARKING AND
SIGNING PLAN**

INDEPENDENCE AVENUE SW, 14+13.26 - 16+00.00 WB

M:\PROJECTS\nama\21(2)_50113)Proj_Dev\CADD\P05-P13-NAMA_21(2)_pln.dgn [P05]

15 May 2024 1:46 PM



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | P06 |

**DANIEL FRENCH DRIVE**

N

Place straight arrow pavement marking

Place white left turn arrow pavement symbol (typ.)

Place ONLY pavement marking (typ.)

4" BW

24" SSW, 18" spacing

Begin 6" SSW, 19+99

End 6" SSW, Begin 4" BW, 21+21

17+00

18+00

19+00

20+00

21+00

22+00

MATCHLINE STA. 16+00

MATCHLINE STA. 23+00

11.5'10.8'11.5'

11.5'10.8'11.5'

**WB INDEPENDENCE AVE.**

End 6" SSW, Begin 4" BW, 18+16

End 4" BW, 19+62

Construction CL

Place ONLY pavement marking (typ.)

**EB INDEPENDENCE AVE.**

Stop bar, 12" SSW, 19+99

NO. | DATE | BY | REVISIONS

16 April 2024 9:16 AM

\\fhfi15fileserve.ffhd.fhwa.dot.gov\data\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\P05-P13-NAMA_21(2)_plh.dgn [P06]

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

**PAVEMENT MARKING AND SIGNING PLAN**

INDEPENDENCE AVENUE SW, 16+00 - 23+00 WB

NPS-AR-000921

0    25    50
SCALE IN FEET



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | P07 |

Place ONLY pavement marking (typ.)

Place straight arrow pavement marking (typ.)

Begin 6" SSW, 29+15

End 4" BW, 28+94

4" BW

4" BW

Construction CL

MATCHLINE STA. 23+00

11.5'|10.8'|11.5'

24+00

25+00

26+00

27+00

28+00

29+00

**WB INDEPENDENCE AVE.**

**EB INDEPENDENCE AVE.**

**W BASIN DRIVE**

24" SSW, 18" spacing

Stop bar, 12" SSW, 29+15

11.5'|10.8'|11.5'

ONLY  ONLY  ONLY

MATCHLINE STA. 30+00

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

NPS-AR-000922

National Mall and Memorial Parks

# PAVEMENT MARKING AND SIGNING PLAN

INDEPENDENCE AVENUE SW, 23+00 - 30+00 WB

0  25  50
SCALE IN FEET



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | P08 |

DC WAR MEMORIAL

N

Place straight arrow pavement marking (typ.)

End 6" SSW, Begin 4" BW 30+16

End 4" BW, 32+65

Begin 6" SSW, 33+25

End 6" SSW, Begin 4" BW 34+42

MATCHLINE STA. 30+00

MATCHLINE STA. 37+00

31+00

32+00

33+00

34+00

35+00

36+00

11.5'10.8'11.5'

11.5'10.8'11.5'

WB INDEPENDENCE AVE.

EB INDEPENDENCE AVE.

24" SSW, 18" spacing

Construction CL

Stop bar, 12" SSW, 29+15

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

NPS-AR-000923

0   25   50
SCALE IN FEET

National Mall and Memorial Parks

# PAVEMENT MARKING AND SIGNING PLAN

INDEPENDENCE AVENUE SW, 30+00 - 37+00 WB



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | P09 |

Place straight and right turn arrow pavement marking (typ.)

Begin 4" BW, 39+65

End 4" BW, 38+92

End 6" SSW, Begin 4" BW, 41+34

Construction CL

4" BW

WB INDEPENDENCE AVE.

39+00

40+00

41+00

42+00

43+00

38+00

MATCHLINE STA. 37+00

MATCHLINE STA. 43+50

11.5' | 10.8' | 11.5'

ONLY

ONLY

ONLY

WB TO EB TIDAL BASIN TA.

4" SSW

End 4" BW, 37+76

30+00

Place ONLY pavement marking (typ.)

Place white left turn arrow pavement symbol (typ.)

Begin 6" SSW, 39+65

TIDAL BASIN

EB INDEPENDENCE AVE.

KUTZ BRIDGE

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

## PAVEMENT MARKING AND SIGNING PLAN

INDEPENCE AVENUE SW, 37+00 - 43+50 WB

NPS-AR-000924

0   20   40
SCALE IN FEET

\\fhfl15\fileserve.fhwa.dot.gov\data\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\P05-P13-NAMA_21(2)_plh.dgn  [P09]

16 April 2024   9:14 AM



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | P10 |

17TH ST.

Begin 6" SSW, 44+08

Place straight and left turn arrow pavement marking (typ.)

Construction CL

Place white right turn arrow pavement symbol (typ.)

Begin 6" SSW, 46+98

End 6" SSW, Begin 4" BW, 48+97

WB INDEPENDENCE AVE.

45+00

46+00

47+00

48+00

49+00

44+00

MATCHLINE STA. 43+50

MATCHLINE STA. 49+50

Stop bar, 12" SSW, 44+08

End 6" SSW, Begin 4" DW, 45+34

End 4" DW, 47+60

Place straight and right turn arrow pavement marking (typ.)

End 4" BW, 43+95

24" SSW, 18" spacing

TIDAL BASIN

Place ONLY pavement marking (typ.)

Place white left turn arrow pavement symbol (typ.)

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

NPS-AR-000925

SCALE IN FEET
0    25    50

National Mall and Memorial Parks

**PAVEMENT MARKING AND SIGNING PLAN**

INDEPENDENCE AVENUE SW, 43+50 - 50+50 WB

16 April 2024    9:14 AM

\\fhfl15fileserve.fhwa.dot.gov\data\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\P05-P13-NAMA_21(2)_plh.dgn  [P10]



NPS PMIS No. 212005     NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | P11 |

Begin 4" BW, 51+95

4" BW

MATCHLINE STA. 49+50

50+00

51+00

52+00

53+00

54+00

55+00

MATCHLINE STA. 56+00

**WB INDEPENDENCE AVE.**

End 4" BW, 51+52

Stop bar, 12" SSW, 51+95

Construction CL

**WB MAINE AVE.**

Stop bar, 12" SSW, 28+01

**EB TO WB TIDAL BASIN TA.**

28+00

27+00

26+00

25+00

24" SSW, 18" spacing

N

**EB INDEPENDENCE AVE.**

**KUTZ BRIDGE**

**EB MAINE AVE.**

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

National Mall and Memorial Parks

# PAVEMENT MARKING AND SIGNING PLAN

INDEPENDENCE AVENUE SW, 50+50 - 55+50 WB

0    25    50
SCALE IN FEET

NPS-AR-000926

16 April 2024   9:14 AM

\\hrlf15\fileserve.flhd.dot.gov\data\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\P05-P13-NAMA_21(2)_plh.dgn  [P11]



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | P12 |

Begin 6" SSW, 62+50

Stop bar, 12" SSW, 62+49

End 4" BW, 61+36

4" BW

4" BW

62+00

61+00

60+00

59+00

58+00

57+00

MATCHLINE STA. 56+00

11.5'  10.8' 11.5'

WB INDEPENDENCE AVE.

Construction CL

End 4" BW, 61+35

MATCHLINE STA. 63+00

11.5'  10.8' 11.5'

Begin 6" SSW, 62+47

EB INDEPENDENCE AVE.

RAOUL WALLENBERG PLACE

WB MAINE AVE.

WB M

N

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

M:\PROJECTS\nama\21(2)_50113\Proj_Dev\CADD\P05-P13-NAMA_21(2)_pln.dgn  [P12]

12 May 2024  10:26 AM

NPS-AR-000927

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

0    25    50
SCALE IN FEET

National Mall and Memorial Parks

**PAVEMENT MARKING AND SIGNING PLAN**

INDEPENDENCE AVENUE SW, 55+50 - 62+50 WB



NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | P13 |

End 6" SSW,
Begin 4" BW,
63+40

End 4" BW,
66+26

Construction CL

14TH STREET

**END PROJECT**

Schedule C
DC NP NAMA 21(2)
STA. 66+39
N 444671.0407
E 1303197.8976

64+00

65+00

66+00

**WB INDEPENDENCE AVE.**

**EB INDEPENDENCE AVE.**

MATCHLINE
STA. 63+00

11.5' 0.8' 11.5'

End 4" BW,
66+29

24" SSW,
18" spacing

| NO. | DATE | BY | REVISIONS |
|---|---|---|---|
| | | | |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

0    25    50
SCALE IN FEET

NPS-AR-000928

National Mall and Memorial Parks

**PAVEMENT MARKING AND SIGNING PLAN**

INDEPENDENCE AVENUE SW, 62+50 - 66+41.28 WB

\\fhfi15fileserve.fhwa.dot.gov\data\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\P05-P13-NAMA_21(2)_plh.dgn [P13]

16 April 2024    9:08 AM

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | S01 |



**SILT FENCE DROP INLET PROTECTION (TYPE A)**

**GRAVEL AND WIRE MESH
DROP INLET PROTECTION (TYPE B)**

## NOTE:

1. For gravel filters use 2" to 3" diameter coarse aggregate.

2. Use wire mesh with $\frac{1}{2}$" x $\frac{1}{2}$" openings.

3. Use type A inlet protection in sump locations only.

4. Use type B inlet protection only in sump locations where heavy concentrated flows are not expected.
   Do not use where ponding around the structure might cause inconvenience or damage.



**BLOCK AND GRAVEL DROP INLET PROTECTION (TYPE C)**

SECTION A-A

SECTION B-B

**CURB INLET PROTECTION,
BLOCK AND GRAVEL  (TYPE D)**



SECTION C-C

**CURB INLET PROTECTION,
WOODEN WEIR (TYPE E)**

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

FLH STANDARD

**TEMPORARY
INLET PROTECTION**

| STANDARD APPROVED FOR USE  6/2005 | STANDARD |
|---|---|
| REVISED:  7/2022 | 157-2 |

NPS-AR-000929

NO SCALE

M:\PROJECTS\nama\21(2)_S01(3)\Proj_Dev\CADD\Std-Det\S01_Std157-2_Inlet_protection.dgn    [Std 157-2]

2 May 2024  3:57 PM

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | S02 |





## FIBER ROLL ISOMETRIC VIEW

UNTRENCHED INSTALLATION

- Wood stake (typ.) See Note 6
- Fiber roll, 8" dia. (min.)
- 4' max.
- Flow
- Wood mulch or compost to ½ height of roll

ENTRENCHED INSTALLATION

- Wood stake (typ.) See Note 6
- Fiber roll, 8" dia. (min.)
- 8' max.
- Flow
- Trench into ground ⅓ the diameter of the roll (max.)

### MAXIMUM ALLOWABLE SLOPE LENGTH ABOVE FIBER ROLLS

| SLOPE | MAX INTERVAL |
|---|---|
| 1V:4H or Flatter | 20 ft |
| 1V:4H - 1V:2H | 15 ft |
| 1V:2H or Steeper | 10 ft |



- 1' (min.)
- Fiber roll (typ.)
- Wood stake (typ.) See Note 6

## FIBER ROLL OVERLAP



## INLET PROTECTION

- Gravel bag weights at ends and 36" o.c. (typ.) See Note 11
- Non-woven filter fabric set under drain inlet.
- Flow
- Fiber roll, 12" dia. (min.)




## PLAN VIEW

- Contour line (typ.)
- Flow
- Wood stake (typ.) See Note 6
- Fiber roll, 8" dia. (min.)
- Undisturbed Area



## FIBER ROLL CHECK DAM PLAN VIEW

- Wood stake (typ.) See Note 6
- Flow
- Flow
- 2' (max.)
- Upslope stake, place equidistant between downslope stakes
- Downslope stake (typ.)



## FIBER ROLL CHECK DAM CROSS SECTIONS

V-DITCH

- Downslope stake (typ.)
- Upslope stake (typ.)
- Fiber roll, 8" dia. (min.)

TRAPEZOIDAL DITCH

- Downslope stake (typ.)
- Upslope stake (typ.)
- Fiber roll, 8" dia. (min.)

## NOTES:

1. Provide fiber rolls meeting the requirements of Subsection 713.12.

2. Use fiber rolls with a minimum 8-inch diameter. For drain inlet protection, use fiber rolls with a minimum 12-inch diameter.

3. Prior to installation, clear all obstructions including rocks, clods, and debris greater than 1-inch that may interfere with proper function of the fiber roll.

4. For untrenched installation, blow or hand place mulch or compost on uphill side of the slope along the fiber roll.

5. Place fiber rolls on level grade and parallel to contours. Extend both ends of the fiber roll at least 8 feet upslope at 45 degrees to the main alignment.

6. Use wood stakes with a minimum nominal cross section of 2-inch x 2-inch and of sufficient length to attain a minimum of 12 inches into the ground and 3 inches protruding above the roll. Furnish wood stakes meeting the requirements of Subsection 713.08(a).

7. When more than one fiber roll is needed, overlap ends 12 inches minimum and stake.

8. Remove sediment deposits when accumulation is one-half the height of the exposed fiber roll.

9. Replace biodegradable fiber rolls 6 months after installation and photodegradable fiber rolls 12 months after installation.

10. When fiber rolls are required on paved surfaces, use gravel bags to support them as shown on the inlet protection detail.

11. Provide gravel bag weights meeting the requirements of Subsection 713.13.

### FIBER ROLL CHECK DAM SPACING TABLE

| DITCH GRADE * | CHECK DAM SPACING (S)** | |
|---|---|---|
| | 8" HIGH | 12" HIGH |
| 2% | 33' | 50' |
| 3% | 22' | 33' |
| 4% | 16' | 25' |
| 5% | 13' | 20' |

\* Do not install check dams on grades below 2%
\*\* Adjust spacing as approved based on site conditions

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

## FIBER ROLL

| DETAIL APPROVED FOR USE | DETAIL |
|---|---|
| APPROVED: MAY 2016 REVISED: SEPTEMBER 2020 | E157-04 |

NPS-AR-000930    NO SCALE

M:\PROJECTS\nama\21(2)_501(3)\Proj_Dev\CADD\Std-Det\S02_st15704_detail_FiberRoll.dgn   [Sheet]

26 April 2023   9:52 AM

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | S03 |

## NOTES:

1. Provide the same type of dowel assemblies and tie bars for joints in plain portland cement concrete pavement as shown for joints in reinforced pavement.

2. See Detail ET 501-2 for joint and joint sealing details.

3. Lap longitudinal and transverse reinforcement not less than 15 inches..

Tie bar (typ.)

Longitudinal joint

Slab reinforcement 4 x 4 - W6 x W6 welded wire reinforcement or No. 4 bars

2" clear (typ.)

2" clear (typ.)

12" (typ.)

Traffic

Traffic

Transverse contraction joint

24" (typ.)

Transverse contraction joint

**PLAN**

**PLAN**

| PAVEMENT THICKNESS (IN) | TRANSVERSE JOINT SPACING (FT) |
|---|---|
| T < 6 | 10 |
| 6 ≤ T < 12 | 15 |

Dowel bar

See Note 2

See Note 2

2" clear (typ.)

Dowel bar

2" clear (typ.)

Slab reinforcement 4 x 4 - W6 x W6 welded wire reinforcement or No. 4 bars

**PROFILE**

**PROFILE**

## PLAIN MINOR CONCRETE PAVEMENT

## REINFORCED MINOR CONCRETE PAVEMENT

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

## MINOR CONCRETE PAVEMENT

NO SCALE

REVISED: 9/2016  9/2020

DETAIL
ET 501-1

M:\PROJECTS\nama\21(2)_5013)Proj_Dev\CADD\Std-Det\S03_st50101_detail_MinorConcretePavement_EFL_TEMP.dgn [Sheet]

5 May 2023  8:20 AM

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | S04 |



**CONTRACTION JOINT**
UNDOWELED - TRANSVERSE and
UNTIED - LONGITUDINAL



**CONTRACTION JOINT**
DOWELED - TRANSVERSE



**CONTRACTION JOINT**
TIED - LONGITUDINAL



**ISOLATION/EXPANSION JOINT**
DOWELED - TRANSVERSE



**ISOLATION JOINT**
UNDOWELED - LONGITUDINAL



**CONSTRUCTION JOINT**
PLAIN - TRANSVERSE or LONGITUDINAL



**CONSTRUCTION JOINT**
DOWEL BUTT - TRANSVERSE



**CONSTRUCTION JOINT**
TIED BUTT - LONGITUDINAL



**CONSTRUCTION JOINT**
TIED BUTT - TRANSVERSE



**CONSTRUCTION JOINT**
KEYWAY - LONGITUDINAL

## NOTES:

1. Use epoxy-coated material for all tie bars, dowels, and other steel used in the construction of concrete pavement.

2. Deformed reinforcing bars or hook bolts may be used for tie bars.

3. Do not place tie bars within 15 inches of transverse joints.

4. Install isolation joints when abutting a fixed structure. Use expansion joint material extending the full depth and length of the concrete surface.

5. Transverse and longitudinal construction joints are not included in the joint layout plan.  Use transverse and longitudinal construction joints sparingly.  Submit planned construction joint locations for approval.

6. For construction joints, if tie bars and dowels are not set into concrete during placement, drill and anchor the tie bars and dowels into the existing concrete construction with epoxy resin.

7. Maintain joint sealant shape factor of 1:1; except when silicone sealant is used maintain the width to depth shape factor of 2:1 or as recommended by the sealant manufacturer.

8. See Section 712 for joint material requirements.

9. See Detail ET 501-1 or ET 502-1 for reinforcement details.

ISOLATION JOINT

CONSTRUCTION JOINT

SAWED OR FORMED JOINT

**MINOR CONCRETE PAVEMENT JOINT SEALING DETAILS**

| BAR SIZES | | |
|---|---|---|
| PAVEMENT THICKNESS (T) (IN) | TIE BAR | DOWEL BAR DIAMETER (IN) |
| T ≤ 8 | #5 | 1 |
| 8 < T ≤ 10 | #5 | $1\frac{1}{4}$ |
| 10 < T ≤ 12 | #6 | $1\frac{1}{2}$ |

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

**MINOR CONCRETE
PAVEMENT JOINTS**

| | DETAIL |
|---|---|
| REVISED:  9/2016   9/2020 | ET 501-2 |

NPS-AR-000932

NO SCALE

5 May 2023  8:22 AM

M:\PROJECTS\nama 21(2)_501(3)\Proj_Dev\CADD\Std-Det\S04_st50102_detail_MinorConcretePavementJoints_EFI_TEMP.dgn  [Sheet]

NPS PMIS No. 212005    NPS Drwg No. 802/165501

| PROJECT | SHEET NUMBER |
|---|---|
| DC NP NAMA 21(2) | S05 |



**STANDARD TRIPLE BASIN MODIFIED TO SEPARATE OIL**

## NOTES:

1. Existing structure information taken from as-built plans for Project NPS-NACC 11(1), Ohio Drive Roadway Reconstruction from Independence Avenue to Inlet Bridge Including Construction of New Parking Areas at Ohio Drive/I-395 with Connecting Walkway, dated May 1992.

2. See Drainage Summaries for structure locations and pipe quantities.

3. Dewater and clean out each structure prior to construction.

4. Fill each structure with minimum 3 feet of water after completion of work.

U.S. DEPARTMENT OF TRANSPORTATION
FEDERAL HIGHWAY ADMINISTRATION
OFFICE OF FEDERAL LANDS HIGHWAY

EFLHD DETAIL

**INLET PIPE CULVERTS AND TRASH SCREEN**

NPS-AR-000933          NO SCALE

DETAIL
E604-A