alternate routes and methods of transportation if they are removed. Other of our members will continue to ride along this route, at significantly increased risk to their safety. The burden will be exacerbated during the spring, the National Mall's busiest season.

29. On the afternoon of March 22, 2026, the U.S. Department of Justice assured WABA that no work on the bike lanes would move forward until March 30, 2026 at the earliest. This assurance came after WABA's counsel informed DOJ of the pendency of this litigation. Then, in the evening of March 23, 2026, the Department of Justice assured WABA that no work on the 15th Street Bike Lanes between Constitution Avenue and the Jefferson Memorial would move forward until April 23, 2026 at the earliest. Absent further developments, lane removal is still expected to commence on April 23, 2026 and the risk of harm is imminent absent intervention.

30. WABA also learned from the U.S. Department of Justice on the afternoon of March 22, 2026 that the lane removal plans extended beyond the 15th Street corridor itself to include bike lanes that run along Ohio Drive, SW and East Basin Drive to the Jefferson Memorial. This notification was the first time that WABA learned that the government planned to remove this portion of the bike lanes. Many WABA members bike on lanes in this affected area. This removal effort is also dangerous and done without any of the necessary consultations and public involvement.

31. WABA believes that bicycle lane placement should support normal roadway operations, not hinder them. Allowing NPS to remove this portion of the 15th Street Bike Lane (or any other bike lanes on the National Mall) would be a dangerous disservice to millions of residents and tourists who travel to enjoy the National Mall.

32. If they occurred, WABA's members would participate in any public NCPC, NEPA, and other public comment processes. If the government complied with required procedures, WABA's members would have an opportunity to participate in and potentially influence decisionmaking.

33. The 15th Street Bike Lane Project improved public safety, health, and quality of life for WABA's members, metropolitan D.C. residents, and visitors. Its removal endangers these critical interests and groups. Similarly, any removal of the Ohio Drive, SW or East Basin Drive bike lanes would harm WABA's members and the public.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 26, 2026, in Washington, D.C.


_____
Elizabeth Kiker

5

## Table of Contents

Attachment 1 – godcgo.com, *Bikes Bikes & More Bikes* (July 15, 2020)………….…………..7

Attachment 2 – February 2021 15th Street Safety Improvements Project Overview……………12

Attachment 3 – NPS Categorical Exclusion Documentation Form (CE Form) (4/20/21)………61

Attachment 4 – NCPC Executive Director's Recommendation Commission

      Meeting: June 3, 2021………………………………………………………....70

Attachment 5 – NCPC Commission Action June 3, 2021………………………………………95

Attachment 6 – 15th St NW/SW Post-Implementation Project Analysis………………………..97

Attachment 7 – Before & After Study Methodology……………………………………………...109

Attachment 8 – WABA Comment Re: 15th Street Bicycle Lane Removal March 13, 2026…...113

Attachment 9 – The 51st, *The Trump administration is removing a popular*

      *DC bike lane* (Mar. 20, 2026)………………………………………………..121

Attachment 10 – Washington Post, *Bike lanes that greatly reduced crashes on*

      *National Mall set for removal* (Mar. 20, 2026)………………………………126

Attachment 11 – Getting There Guide – National Cherry Blossom Festival 2026…………….131

# Attachment 1

NPS-AR-001206

# Bikes, Bikes & More Bikes

★ godcgo.com/bikes-bikes-more-bikes

Clark Concepts                                                                July 15, 2020



July 15, 2020

**by Korrea Johnston**

It's no secret that Washington, DC is one of the most bike-friendly cities in the country. In fact, our nation's capital was named a "Gold" Bicycle Friendly Community by the League of American Bicyclists just earlier this year! Over the years, more than 800 communities have applied for the Bike Friendly Community designation, but our nation's capital became the first large eastern city to receive the Gold level designation which was based on a number of factors:

- the percentage of residents who bike to work
- the amount of bike lanes, cycletracks, and multi-use trails in the city
- the large and growing Capital Bikeshare system

Over 18,000 (or 5%) of DC residents bike to work on a daily basis and you could join the fun! In addition to the number of cyclists and abundance of bike lanes, trails, and infrastructure, there are also multiple biking and scooter share options that are easily accessible in the District.

Should you go with Capital Bikeshare or try renting one of the new dockless biking or electric scooter options like Jump or Lime? Or, maybe you should invest in purchasing your own personal bicycle? With so many choices, the options may seem overwhelming but there's no

wrong choice! Opting to ride a bike or scooter instead of driving a car can make all the difference in contributing to a greener DC.

To help you navigate which biking system may work best for you, goDCgo has put together a guide outlining what's available in the District.

Explore your two-wheel options [here](here).

For more information about biking in the District of Columbia, visit goDCgo's [bike page](bike page). Here, you'll find even more FREE resources and information about how to ride safely and efficiently in the city.

0

**Share on social:**

## BLOG SEARCH

## Jump to Previous

## View stories about...

## RECENT POSTS



NPS-AR-001208

## Help Your Employees Welcome Spring!

Spring is right around the corner (March 20), and it is almost time for blooming flowers, warmer temperatures, and longer evenings thanks to daylight saving time. After months of snow, chilly days, and darker commutes,... Read More



## Welcome Spring by Rethinking Your Commute!

Spring is right around the corner (March 20), and it is almost time for blooming flowers, warmer temperatures, and longer evenings thanks to daylight saving time. After months of snow, chilly days, and darker commutes,... Read More

NPS-AR0001209



February 17, 2026

## Pedal, Stroll, or Ride: Sustainable Date Night Ideas

Valentine's Day may be over, but date night in the District is always worth celebrating. Whether you are planning a cozy dinner, an activity-filled evening, or something spontaneous just because,... Read More

NPS-AR4001210

# Attachment 2

NPS-AR2001211



February 2021

# 15th Street Safety Improvements

**Project Overview**

NPS-AR3001212

# Welcome to Our Virtual Public Meeting!

- We're all learning how to conduct virtual public meetings in this format, so please be patient with us.

- To begin, we will review some basic controls to help you participate on this platform.

**Please Note:** This is an open meeting and as required by DC Code 2-578, this meeting is being recorded, and the recording will be made available to the public.

- The presentation slides and other meeting materials will be shared on the project team's website after the meeting has ended.

- If you do not wish to have your voice recorded, please do not ask to speak. You may enter any questions or comments in the Q&A which we will review in the next few slides.



NPS-AR4001213

# Audio & Video



## Audio/Muting

Everyone is on mute. You cannot unmute yourself. We can unmute you during the Q&A and Comment period. To request to speak, you will need to use the **Raise Hand** feature.

## Video

Your video camera is off by default to preserve bandwidth for the panelists.



NPS-AR-001214

# Q&A via Browser

# Q&A via Application







# Raise Hand via Browser



# Raise Hand via Application





# ASL Interpretation via Application

We recommend changing your view from the **Stack** view to the **Side-by-side** view.

To Change your View:

- Click the **Layout icon** located on the upper right side of the main window.
- The default view is **Stack**, and the second view is **Side-by-side** view, which moves the video to the right panel next to the shared content. The ASL Interpreter will be in the larger box on the panel.



# Controls via Browser



| Audio | Participants | Chat | Q/A | Raise Hand Audio | Leave |

# Controls via Application



| Audio | Switch Audio, Copy Link | Leave | View Attendees | Q & A |

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DC MURIEL BOWSER, MAYOR

7



# 15th Street Safety Improvements

**Sean Kennealy, NPS Deputy Superintendent, National Mall and Memorial Parks**

**George Branyan, Manager, DDOT Active Transportation Branch**

NPS-AR0001219



**Please visit our project website:** http://bit.ly/15thStreetPBL

**Share your ideas & comments:**
https://www.surveymonkey.com/r/15thStreetPBL

# What Are We Covering Today?

**1** Intro

**2** Why it's Important

**3** Goals

**4** Concepts

**5** Discussion

**6** Next Steps

NPS-AR001220

# **Intro:** Setting the Stage



NPS-AB2001221



INTRO

# 15th Street Safety Improvements

### 15th Street from Pennsylvania Avenue to Maine Avenue

INTRO

# What's Involved in this Effort?



### Existing Conditions Evaluation

How do people walk, scoot, bike, roll, drive?

Where are crashes happening?



### Interim Improvements Plan

How do we make interim improvements?

**100% design**



### Long-Term Improvements Plan

How do we make long-term improvements?

**30% design**
**3-5 years**



### Maintenance Agreement

How do DDOT and NPS keep the improvements maintained?

## PUBLIC INVOLVEMENT

Collaboration and input from key stakeholders, federal agencies, and the community



12



**INTRO**

# Where Are We in this Process?

    

| Existing Conditions & Interim Concept | Today | Refined Interim Plan & Long-Term Concept |
|---|---|---|





**Oct 2020**
- Project Startup
- Establish Project Objectives

**Nov/Dec 2020**
- Traffic Analysis & Crash Data Review
- Conceptual Design

**Jan/Feb 2021**
- Stakeholder Meetings
- **Public Meeting #1**

**Mar/Apr 2021**
- Federal Stakeholder meetings
- Stakeholder Meeting Follow-ups

**May/June 2021**
- **Public Meeting #2**
- Interim Plan Construction Documents

**July/Aug 2021**
- Planned re-paving of Ohio Drive
- Construction of Interim Design
- 30% Plans for Long-Term Improvements

NPS-AR5001224



**INTRO**

# Where Are We in this Process?

    

| Existing Conditions & Interim Concept | Today | Refined Interim Plan & Long-Term Concept |
|---|---|---|

**Oct 2020**
- Project Startup
- Establish Project Objectives

**Nov/Dec 2020**
- Traffic Analysis & Crash Data Review
- Conceptual Design

**Jan/Feb 2021**
- Stakeholder Meetings
- **Public Meeting #1**



**Mar/Apr 2021**
- Federal Stakeholder meetings
- Stakeholder Meeting Follow-ups

**May/June 2021**
- **Public Meeting #2**
- Interim Plan Construction Documents

**July/Aug 2021**
- Planned re-paving of Ohio Drive
- Construction of Interim Design
- 30% Plans for Long-Term Improvements

NPS-AR26001225

**Why** it's Important

2

WHY

# Mentioned in Previous Plans



**NPS Paved Trails Study**
2016

Identified need for separated bike facility on 15th Street



**National Mall Plan**
2010

Identified segment as high-volume non-motorized corridor



**MISSING LINK in local _and regional_ non-motorized network**

WHY

# Mentioned in Previous Plans

## moveDC Plan
### 2014



Proposed protected cycletrack and off-street trail connection



**WHY**

# 15th Street Safety Improvements Including Cycle Track

- Closes the bikeway gap from Pennsylvania Avenue to the 14th Street Bridge

- This scope of work focuses on 15th Street between Pennsylvania Avenue NW and Maine Avenue SW



DDOT Roadway

NPS Roadway

NPS to install cycle track this summer (2021) during repaving activities

**Existing and Proposed Bike Infrastructure**

— Existing Bike Lane/Cycletrack

--- Proposed Bike Lane/Cycletrack

— Proposed Project Scope and Cycletrack alignment

-- Bike Trails

Capital Bikeshare

**WHY**

# High Volume of Bikes and Scooters



**Capital Bikeshare Trip Heatmap**
Red refers to higher usage



**Strava Bicycle Heatmap**
Purple refers to higher usage



**Shared Scooter Trip Heatmap**
Red refers to higher usage

19



**WHY**

# Visitors are an Important User Group

- Three bus lay-bys are located along the National Mall on the west side of 15th Street

- All lay-bys are serviced by the DC Circulator 'National Mall' Route.

- BigBus sightseeing company uses lay-by #2 & #3





**WHY**

# Opportunity to Balance Access, Capacity, and Delay





NPS-AR3001232

**WHY**

# People Get Around in Different Ways



22

NPS-AR4001233

**WHY**

# Which Can Lead to Conflicts



### Vehicles and People Walking or Bicycling

Permissive turning movements pose safety risks



### People Walking, Rolling, Biking, and Scootering

Crowding and confusion on National Mall pathways



### Buses and People Biking

Bus access and bicycle movement across lay-bys



23



**WHY**

# Conflicts Can Lead to Crashes

## 200+

Number of crashes (all modes) that occurred on the 15th Street corridor within our study area between 2015 and 2020



Average Annual Daily Traffic (2018)
- 983-5,000 vehicles
- 5,001-10,000 vehicles
- 10,001-20,000 vehicles
- 20,001-248,561 vehicles

Crashes Involving Pedestrians and Bicyclists within Project Area (2015-2020)
- Vehicle-Pedestrian (98 Total)
- Vehicle-Bicycle (54 Total)
- Vehicle-Pedestrian-Bicycle (4 Total)

Crash Density
- 1-2 crashes
- 3-5 crashes

**WHY**

# Not Just About Statistics: It's About People



## Walker Willa

Willa likes to spend weekends visiting museums located along the National Mall with her friends.

She wishes the Mall pathways could be more relaxing, as she prefers not to dodge people on scooters.



## Biker Bea

Bea usually takes the metro from her apartment in Logan Circle to work in Crystal City, VA, but on nice days she rides her bike.

Between the White House and the 14th Street Bridge, Bea bikes on the sidewalk to avoid fast and unsafe drivers.



## Driver Dana

Dana drives into DC a few days a week to babysit her grandchild. The portion of her trip along Constitution Ave is the most stressful.

She feels that the road is already quite chaotic – how will everyone share the road?



## Tourist Tom

Tom is visiting from out of town and has decided to use the DC Circulator to tour sites along the National Mall.

Since he is on vacation, his main priority is that stops are easy to find and easy to use.

25

# Goals: What Are We Trying to Accomplish?



NPS-AR0001237

GOALS

# What Are We Trying to Accomplish?







### Safety

A safe right-of-way for people, regardless of walking, biking, or driving

### Ease of Use

Improve function of the street and intersections to make them easier to use and understand

### Access/Delay

Balance travel delay with right-of-way capacity and access for everyone who uses the street

27

NPS-AR9001238

**Concepts:** Design Recommendations



4

# What Does a Cycle Track Look Like?

**INSPIRATION FROM PEER CITIES**



**Seattle**



**Chicago**



**Washington, DC**

29

NPS-AR-001240

**CONCEPTS**

# What Does a Cycle Track Look Like?

**VERTICAL PROTECTION**

- Concrete wheel stops with reflective strips are preferred for durability and have limited impact on viewshed

- Flex posts will be considered north of Constitution Avenue for added vertical protection





**CONCEPTS**

# What Does a Cycle Track Look Like?

**IMAGINING A CYCLE TRACK ON 15TH STREET**

**CONCEPTS**

# Let's Zoom in on 15th Street at …

1. Pennsylvania Avenue NW

2. Constitution Avenue NW

3. Madison Drive NW

4. Jefferson Drive SW

5. Independence Avenue SW*

6. Maine Avenue SW*

*15th Street becomes Raoul Wallenberg Pl SW between Independence & Maine Avenues SW*



**CONCEPTS**

# 1. Pennsylvania Avenue NW



13' cycle track with bike turn lane

12' cycle track with bike turn lane

N

Repurposed parking lane for cycle track

Permit right turns into White House Access Road.

**CONCEPTS**

# 2. Constitution Avenue NW



10' cycle track, 3' buffer
10' vehicle lanes

Right turn on green arrow
only to avoid conflict with
bicycles and pedestrians.

N

Left turn on green
arrow only to avoid
conflict with bicycles
and pedestrians

NPS-AR0001245

CONCEPTS

# 4. Jefferson Drive SW   3. Madison Drive NW



**12' cycle track, 3' buffer**
**11' vehicle lanes**

JEFFERSON DR. SW

MADISON DR. NW

- **Extended AM traffic signal timing from 55 to 110 seconds**
- **Pedestrian only movement added**

CONCEPTS

# 5. Independence Avenue SW



12′ cycle track, 3′ buffer
11.5′-12′ vehicle lanes

Right turn to be on green arrow only to avoid conflict with bicycles and pedestrians.

RAOUL WALLENBERG PL. SW

Prohibit northbound lefts at this intersection

NPS-AR0001247

CONCEPTS

# 6. Maine Avenue SW



Close this slip lane; prohibit right turn movement

12' cycle track, 3' buffer
12' vehicle lanes
8' parking lane

CONCEPTS

# 6. Maine Avenue SW



Cycle track passes in front of island and takes the curb lane

12' cycle track, 3' buffer
12' vehicle lanes
8' parking lane

NPS-AR0001249

CONCEPTS

# 6. Maine Avenue SW



Repurposed lane for cycle track on Maine Ave & East Basin Dr (NPS to execute during summer 2021 repaving)

Maintain 2 lanes from Kutz Bridge with right only turn into Tidal Basin Lot

Install protection for start of cycletrack at this location

RAOUL WALLENBERG PL, SW

Case 1:26-cv-00098-ABJ    Document 17-7    Filed 03/26/26    Page 48 of 128



**CONCEPTS**

# Other Considerations: Bus Lay-bys
**SEPARATE MODES AT BUS LAY-BYS**



Route cycle track into existing lay-by space; cycle track remains at street level

Demo and replace existing median island with 12' wide extension for bus load/unload zone

8' cycle track, 12' platform
12' vehicle lanes
11' bus lane
8' parking lane

RAOUL WALLENBERG PL, SW

**CONCEPTS**

# Other Considerations: Maintenance

**RESOLVE MAINTENANCE GRAY AREAS**

- DDOT will maintain concrete vertical separation

- DDOT will provide snow clearance

- NPS will develop alternative snow storage solution



CONCEPTS

# Overall Design Outcomes





| | Safety | Ease of Use | Access/Delay |
|---|---|---|---|
| Walker Willa | 👍 | 👍 | 👎 |
| Biker Bea | 👍 | 👍 | 👍 |
| Driver Dana | 👍 | 👍 | 👎 |
| Tourist Tom | 👍 | 👍 | 👍 |

42

NPS-AR4001253

**CONCEPTS**

# How Might the 15th Street Improvements Affect People?









## Walker Willa

With the improvements, Willa can enjoy her time with friends taking in the scenery of the Mall, snapping photos, and popping in and out of museums.

## Biker Bea

With a cycle track in place, Bea feels more confident biking along 15th Street.

Now, there are fewer hurdles to commuting by bicycle.

## Driver Dana

With a clearly delineated cycle track and dedicated signals for different road users, Dana sees walkers and bikers more clearly and feels more comfortable traveling on DC's streets.

## Tourist Tom

With a redesigned 15th Street, Tom can hop on and off the DC Circulator with ease. After seeing the popularity of the new cycle track, he may even try Capital Bikeshare next time he's in town!

43

NPS-AR5001254



# Discussion: Tell Us
What You Think!

NPS-AR001255

**DISCUSSION**

# Tell Us What You Think!

- Use the **Q&A Feature** to ask a question or make a comment. You may also use the Raise Hand function.

- Share your comments and ideas! Follow the link to our **5-question survey** to submit ideas and learn more about the project (demographic questions following are optional but help us evaluate our outreach): **https://www.surveymonkey.com/r/15thStreetPBL**

45

# Next Steps: Where We're Headed



6

**NEXT STEPS**

# Next Steps in this Project

     

| Existing Conditions & Interim Concept | Today | Refined Interim Plan & Long-Term Concept |
| --- | --- | --- |

**Oct 2020**
- Project Startup
- Establish Project Objectives

**Nov/Dec 2020**
- Traffic Analysis & Crash Data Review
- Conceptual Design

**Jan/Feb 2021**
- Stakeholder Meetings
- **Public Meeting #1**



**Mar/Apr 2021**
- Federal Stakeholder meetings
- Stakeholder Meeting Follow-ups

**May/June 2021**
- **Public Meeting #2**
- Interim Plan Construction Documents

**July/Aug 2021**
- Planned re-paving of East Basin Drive
- Construction of Interim Design
- 30% Plans for Long-Term Improvements

# Thank You!

Please visit our project website:  http://bit.ly/15thStreetPBL

Share your ideas & comments:
https://www.surveymonkey.com/r/15thStreetPBL



# Attachment 3

NPS-AR4001260



**National Park Service**
**U.S. Department of the Interior**

**National Mall and Memorial Parks**
**Date: 04/20/2021**

# Categorical Exclusion Documentation Form (CE Form)

**Project:** 15th Street Cycle Track Installation
**PEPC Project Number:** 92369
**Description of Action (Project Description):**

National Mall and Memorial Parks is proposing to implement the 15th Street Bicycle Safety Improvement Project, a two-way protected bicycle facility or "cycletrack" from Constitution Avenue NW to Maine Avenue SW, connecting to a complimentary project along East Basin Drive to improve bicycle access and recreational mobility in the National Mall area. During the implementation of the project DDOT will also be constructing the cycletrack portion between Constitution Ave and Pennsylvania Ave, on DDOT property but adjacent to Presidents Park. The project is part of an effort to install twenty miles of protected bike lanes by 2022, prioritizing improvements at locations with high injuries and crashes and supports Mayor Bowser's Vision Zero strategy to eliminate traffic fatalities and serious injuries. It is also part of the National Park Service 2010 National Mall Plan and will support the continued growth of bicycling to reach the many attractions on the National Mall.

Work will include: drilling/bolting curb stops and flexposts along the entire length. Bus laybys they will be completely removing the small medians and replacing with larger island that will become the bus stops. That will involve cutting the asphalt, setting new curb, and aggregate. They will also be adding and adjusting pavement markings throughout the corridor including vehicle lanes, the cycletrack lanes, and conflict areas at intersections.

**Project Locations:**

**Location**

| | | | |
|---|---|---|---|
| **County:** | District of Columbia | **State:** | DC |
| **District:** | | **Section:** | National Mall |

**Mitigation(s):**

- All waste bins must have lids or are covered whenever not in active use. This is to minimize polluted stormwater runoff, materials getting into the environment and wildlife interactions.
- Tree and Turf Protection: All motorized equipment used shall be conveyed and staged on ground mats (e.g. Alturna mats; Trak-mats; etc.) designed for the purpose when operating off of paved surfaces. At no time shall motor vehicles or heavy equipment be in direct contact with turf or critical root zones.
- Erosion control methods shall be used to prevent erosion and sedimentation during and post construction. Use the DC Department of Energy & Environment Erosion and Sediment control Manual (aug 2017) and guidance.
  https://doee.dc.gov/sites/default/files/dc/sites/ddoe/release_content/attachments/2017%20DC%20ESC%20Specifications%20Manual_08_2017.pdf
- Porta Potties must be stationed a minimum 50 ft from the body of water, preferably away from stormdrains and set outside the critical root zone/dripline of surrounding trees. If they can not be a minimum 50ft consult with ECPM for containment recommendations
- Discharge anything other than precipitation into these bodies of water either through the stormdrains or through runoff is prohibited without the prober permit or authorization. Follow NAMA pressure washing for impervious surfaces for more guidance
- Spill containment kits shall be on-site at all times during any construction activities.

**CE Citation:** C.18  Construction of minor structures, including small improved parking lots, in previously disturbed or developed areas.

**CE Justification:**

**Decision: I find that the action fits within the categorical exclusion above. Therefore, I am categorically excluding the described project from further NEPA analysis. No extraordinary circumstances apply.**

**Signature**

**Superintendent:** _____   **Date:** _____

                                  Jeffrey Reinbold

**Extraordinary Circumstances:**

| If implemented, would the proposal... | Yes/No | Notes |
|---|---|---|
| **A.** Have significant impacts on public health or safety? | No | 04/13/2021 ALN |
| **B.** Have significant impacts on such natural resources and unique geographic characteristics as historic or cultural resources; park, recreation, or refuge lands; wilderness areas; wild or scenic rivers; national natural landmarks; sole or principal drinking water aquifers; prime farmlands; wetlands (Executive Order 11990); floodplains (Executive Order 11988); national monuments; migratory birds; and other ecologically significant or critical areas? | No | 04/13/2021 ALN |
| **C.** Have highly controversial environmental effects or involve unresolved conflicts concerning alternative uses of available resources (NEPA section 102(2)(E))? | No | 04/13/2021 ALN |
| **D.** Have highly uncertain and potentially significant environmental effects or involve unique or unknown environmental risks? | No | 04/13/2021 ALN |
| **E.** Establish a precedent for future action or represent a decision in principle about future actions with potentially significant environmental effects? | No | 04/13/2021 ALN |
| **G.** Have significant impacts on properties listed or eligible for listing on the National Register of Historic Places, as determined by either the bureau or office? | No | 04/19/2021 CV |
| **H.** Have significant impacts on species listed or proposed to be listed on the List of Endangered or Threatened Species, or have significant impacts on designated Critical Habitat for these species? | No | 04/13/2021 ALN |
| **I.** Violate a federal, state, local or tribal law or requirement imposed for the protection of the environment? | No | 04/13/2021 ALN |
| **J.** Have a disproportionately high and adverse effect on low income or minority populations (EO 12898)? | | 04/13/2021 ALN |
| **K.** Limit access to and ceremonial use of Indian sacred sites on federal lands by Indian religious practitioners or adversely affect the physical integrity of such sacred sites (EO 130007)? | No | 04/19/2021 CV |
| **L.** Contribute to the introduction, continued existence, or spread of noxious weeds or non-native invasive species known to occur in the area or actions that may promote the introduction, growth, or expansion of the range of such species (Federal Noxious Weed Control Act and Executive Order 13112)? | No | 04/13/2021 ALN |



**National Park Service**
**U.S. Department of the Interior**

**National Mall and Memorial Parks**
**Date: 04/19/2021**

# ASSESSMENT OF ACTIONS HAVING AN EFFECT ON HISTORIC PROPERTIES

## A. DESCRIPTION OF UNDERTAKING

**1. Park:** National Mall and Memorial Parks

**2. Project Description:**

**Project Name:**   15th Street Cycle Track Installation
**Prepared by:** Caridad de la Vega    **Date Prepared:**  04/19/2021    **Telephone:**
**PEPC Project Number:**  92369
**Locations:**
　　　**County, State:**  District of Columbia, DC　　**District, Section:**  , National Mall
**Describe project:**
National Mall and Memorial Parks is proposing to implement the 15th Street Bicycle Safety Improvement Project, a two-way protected bicycle facility or "cycletrack" from Constitution Avenue NW to Maine Avenue SW, connecting to a complimentary project along East Basin Drive to improve bicycle access and recreational mobility in the National Mall area. During the implementation of the project DDOT will also be constructing the cycletrack portion between Constitution Ave and Pennsylvania Ave, on DDOT property but adjacent to Presidents Park. The project is part of an effort to install twenty miles of protected bike lanes by 2022, prioritizing improvements at locations with high injuries and crashes and supports Mayor Bowser's Vision Zero strategy to eliminate traffic fatalities and serious injuries. It is also part of the National Park Service 2010 National Mall Plan and will support the continued growth of bicycling to reach the many attractions on the National Mall.

Work will include:
drilling/bolting curb stops and flexposts along the entire length. Bus laybys they will be completely removing the small medians and replacing with larger island that will become the bus stops. That will involve cutting the asphalt, setting new curb, and aggregate. They will also be adding and adjusting pavement markings throughout the corridor including vehicle lanes, the cycletrack lanes, and conflict areas at intersections.

**Area of potential effects (as defined in 36 CFR 800.16[d])**
The APE is bounded by 15th Street from Pennsylvania Avenue NW to Maine Avenue SW. See attached map.

**3. Has the area of potential effects been surveyed to identify historic properties?**

_____ **No**

__X__ **Yes**

　　　**Source or reference:**   Washington Monument National Register Nomination (1980, additional documentation 2016); National Mall Historic District National Register Nomination (1981, additional documentation 2016); Washington Monument Cultural Landscape Inventory (2009, condition update 2015); East and West Potomac Parks National Register Nomination (1973, updated 2001); L'Enfant Plan of the City of Washington National Register Nomination (1997)

**4. Potentially Affected Resource(s):**

**Archeological Resources Present:** No

**Archeological Resources Notes:**   Bus islands will be reconstructed and widened as part of the cycle track project, involving ground disturbance below the existing asphalt surface of approximately 6 to 8 inches, but no more than 12 inches in depth. The project will not exceed the previous depth of disturbance.

**Historical Structures/Resources Present:** No

**Historical Structures/Resources Notes:**   15th Street and Madison and Jefferson Drives: The 1943 configuration of 15th Street, Madison Drive, and Jefferson Drive was not changed until 1997, when Jefferson and Madison drives were realigned to their current symmetrical,
diagonal configuration. 15th Street was changed at the same time, its new curvilinear path creating a more symmetrical alignment. Due to the realignment, 15th Street, Madison Drive, and Jefferson Drive no longer retain their historic integrity (WAMO CLI, 91).

**Cultural Landscapes Present:** Yes

    **Property Name:** Washington Monument - Res. 2   **LCS:** 1372   **Asset:** 00220000

**Cultural Landscapes Notes:**   The APE is within the Washington Monument cultural landscape.

**Ethnographic Resources Present:** No

**5. The proposed action will: (check as many as apply)**

No Destroy, remove, or alter features/elements from a historic structure

No Replace historic features/elements in kind

No Add non-historic features/elements to a historic structure

No Alter or remove features/elements of a historic setting or environment (inc. terrain)

No Add non-historic features/elements (inc. visual, audible, or atmospheric) to a historic setting or cultural landscape

No Disturb, destroy, or make archeological resources inaccessible

No Disturb, destroy, or make ethnographic resources inaccessible>

No Potentially affect presently unidentified cultural resources

No Begin or contribute to deterioration of historic features, terrain, setting, landscape elements, or archeological or ethnographic resources

No Involve a real property transaction (exchange, sale, or lease of land or structures)

Other (please specify): _____

**6. Supporting Study Data:**
**(Attach if feasible; if action is in a plan, EA or EIS, give name and project or page number.)**

**B. REVIEWS BY CULTURAL RESOURCE SPECIALISTS**

The park 106 coordinator requested review by the park's cultural resource specialist/advisors as indicated by check-off boxes or as follows:

---

**No Reviews From:** Curator, Archeologist, Historical Architect, Historian, 106 Advisor, Other Advisor, Anthropologist, Historical Landscape Architect

## C. PARK SECTION 106 COORDINATOR'S REVIEW AND RECOMMENDATIONS

### 1. Assessment of Effect:

|  | No Potential to Cause Effects |
| --- | --- |
| X | No Historic Properties Affected |
|  | No Adverse Effect |
|  | Adverse Effect |

### 2. Documentation Method:

**[    ] A. Standard 36 CFR Part 800 Consultation**
Further consultation under 36 CFR Part 800 is needed.

**[ X ] B. Streamlined Review Under the 2008 Servicewide Programmatic Agreement (PA)**
The above action meets all conditions for a streamlined review under section III of the 2008 Servicewide PA for Section 106 compliance.

**Applicable Streamlined Review Criteria**
(Specify 1-16 of the list of streamlined review criteria.)

3. Repair/Resurfacing/Removal of Existing, Roads, Trails and Parking Areas.

**[    ] C. Undertaking Related to Park Specific or Another Agreement**
The proposed undertaking is covered for Section 106 purposes under another document such as a park, region or statewide agreement established in accord with 36 CFR 800.7 or 36 CFR 800.14.

**[    ] D. Combined NEPA/NHPA Process**
Process and documentation required for the preparation of an EA/FONSI or an EIS/ROD to comply with Section 106 is in accord with 36 CFR 800.8.c.

**[    ] E. Memo to Project File**

### 3. Consultation Information

**SHPO Required:** No
**SHPO Sent:**
**SHPO Received:**

**THPO Required:**
**THPO Sent:**
**THPO Received:**

**SHPO/THPO Notes:**

**Advisory Council Participating:** No
**Advisory Council Notes:**
**Additional Consulting Parties:** No

**4. Stipulations and Conditions:** Following are listed any stipulations or conditions necessary to ensure that the assessment of effect above is consistent with 36 CFR Part 800 criteria of effect or to avoid or reduce potential adverse effects.

In the event that a previously unidentified archeological resource is discovered during project activities, the contractor will immediately halt all ground-disturbing activities in the area of the resources and in the surrounding area where further subsurface remains can reasonably be expected to occur. The contractor will notify the park cultural resource program manager (resource management division) immediately upon discovery of previously unidentified archeological resources.

**5. Mitigations/Treatment Measures:** Measures to prevent or minimize loss or impairment of historic/prehistoric properties: (Remember that setting, location, and use may be relevant.)

**Required Mitigations** - For the proposed project actions to be within compliance requirements during construction and/or project implementation, the following mitigations must be adhered to:

- All waste bins must have lids or are covered whenever not in active use. This is to minimize polluted stormwater runoff, materials getting into the environment and wildlife interactions.
- Tree and Turf Protection: All motorized equipment used shall be conveyed and staged on ground mats (e.g. Alturna mats; Trak-mats; etc.) designed for the purpose when operating off of paved surfaces. At no time shall motor vehicles or heavy equipment be in direct contact with turf or critical root zones.
- Erosion control methods shall be used to prevent erosion and sedimentation during and post construction. Use the DC Department of Energy & Environment Erosion and Sediment control Manual (aug 2017) and guidance.
  https://doee.dc.gov/sites/default/files/dc/sites/ddoe/release_content/attachments/2017%20DC%20ESC%20Specifications%20Manual_08_2017.pdf
- Porta Potties must be stationed a minimum 50 ft from the body of water, preferably away from stormdrains and set outside the critical root zone/dripline of surrounding trees. If they can not be a minimum 50ft consult with ECPM for containment recommendations
- Discharge anything other than precipitation into these bodies of water either through the stormdrains or through runoff is prohibited without the prober permit or authorization. Follow NAMA pressure washing for impervious surfaces for more guidance
- Spill containment kits shall be on-site at all times during any construction activities.

**6. Assessment of Effect Notes:**

The activity satisfies the description and stipulations under streamlined activity no. 3. The project proposes a cycle track lane from Constitution Avenue NW to Maine Avenue SW and is a project in the National Park Service's 2010 National Mall Plan. Bus islands will be reconstructed and widened as part of the cycle track project, involving ground disturbance below the existing asphalt surface of approximately 6 to 8 inches, but no more than 12 inches in depth. The project will not exceed the previous depth of disturbance.

**D. RECOMMENDED BY PARK SECTION 106 COORDINATOR:**

Compliance Specialist:

NHPA Specialist

Caridad de la Vega _____     Date: 4/20/2021 _____

**E. SUPERINTENDENT'S APPROVAL**

The proposed work conforms to the NPS *Management Policies* and *Cultural Resource Management Guideline*, and I have reviewed and approve the recommendations, stipulations, or conditions noted in Section C of this form.

**Signature**

Superintendent: _____   Date: _____

Jeffrey Reinbold

NPS-AR9001268

# Attachment 4

NPS-AR0001269



# Executive Director's Recommendation
Commission Meeting: June 3, 2021

| | |
|---|---|
| **PROJECT**<br>**15th Street Safety Improvements**<br>National Mall<br>15th Street from Pennsylvania Avenue to Maine Avenue, NW<br>Washington, DC | **NCPC FILE NUMBER**<br>8272 |
| | **NCPC MAP FILE NUMBER**<br>1.71(00.00)45313 |
| **SUBMITTED BY**<br>United States Department of the Interior<br>National Park Service | **APPLICANT'S REQUEST**<br>Approval of preliminary and final site development plans |
| **REVIEW AUTHORITY**<br>Federal Projects in the District<br>per 40 U.S.C. § 8722(b)(1) and (d) | **PROPOSED ACTION**<br>Approve preliminary and final site development plans as requested |
| | **ACTION ITEM TYPE**<br>Consent Calendar |

## PROJECT SUMMARY

The National Park Service (NPS) has submitted preliminary and final site developments plans for bicycle and safety improvements to 15th Street between Maine Avenue, NW and Pennsylvania Avenue, NW in Washington, DC. The NPS, in partnership with the District Department of Transportation (DDOT) proposes a physically separated, two-way cycle track in place of the western most lane of traffic on 15th Street. The project also includes pedestrian and bus stop improvements in the corridor. The proposed improvements will be implemented in two phases with temporary vertical physical cycle track barriers installed in phase 1 and permanent vertical barriers installed in phase 2. These phases align with planned road repaving in the corridor.

## KEY INFORMATION

- The NPS, in partnership with DDOT is planning to implement a physically separated, two-way cycle track in place of the western most lane of traffic on a portion of 15th Street with additional pedestrian and bus improvements.
- The new cycle track will replace the western most lane of traffic or parking on 15th Street.
- Pedestrian improvements include changes to traffic signals to increase pedestrian crossing time and add pedestrian only movements, and closure of the slip lane to Maine Avenue, NW.
- Plan includes improvements to existing bus lay-bys to create safe and efficient mixing of bicyclists, pedestrians, and bus passengers.
- The design process included public engagement with the primary goal to improve safety for all users in the corridor.
- The installation will occur in two phases that align with planned roadway repaving. The first phase will include temporary vertical physical cycle track barriers such as concrete

curbs and plastic bollards. Phase two would replace the temporary elements with permanent granite curb style barriers and K71 bollards as needed.

## RECOMMENDATION

The Commission:

**Approves** the preliminary and final site development plans for the proposed safety improvements to 15th Street between Pennsylvania Avenue, NW and Maine Avenue, NW in Washington, DC.

**Supports** the intended goal of improving safety for all users and reducing vehicle, pedestrian, and bicycle conflicts in the heavily traveled corridor.

**Notes** the proposed use of vertical physical barriers that includes low concrete and granite curbs for the majority of the cycle track and limits the use of flexible posts or permanent bollards in the National Mall is a context sensitive design approach that maintains important viewsheds on the Mall.

## PROJECT REVIEW TIMELINE

| Previous actions | None |
|---|---|
| **Remaining actions** (anticipated) | None |

## PROJECT ANALYSIS

### Executive Summary

Staff evaluated the submitted preliminary and final site development plans and finds that the project, which includes the addition of a physically separated, two-way cycle track, changes to traffic signals, closure of the slip lane to Maine Avenue, NW, and upgrades to the bus lay-bys, will greatly improve user access and safety on the 15th Street corridor. Accordingly, staff recommends the **Commission approve the preliminary and final site development plans for the proposed safety improvements to 15th Street between Pennsylvania Avenue, NW and Maine Avenue, NW in Washington, DC.**

### Analysis

The National Park Service, National Mall and Memorial Parks, in conjunction with DDOT, is proposing to implement a safety improvement project on 15th Street. The project includes a two-way cycle track physically separated from traffic with vertical barriers for bicyclist safety, improvements to intersections and removal of the right turn slip lane to Maine Avenue, NW to improve pedestrian safety, and new designs for bus lay-bys to ensure bus user safety. The project fills a void in a cross-city bicycle route and will improve access to the National Mall and surrounding areas. The project is part of an effort to install twenty miles of protected bike lanes by 2022 with the priority of improving high injury and crash locations. The purpose is to improve safety in a highly traveled corridor by balancing the needs of all users. As such, staff recommends that the **Commission supports the intended goal of improving safety for all users and reducing vehicle, pedestrian, and bicycle conflicts in the heavily traveled corridor.** The proposed cycle track was included in the National Park Service 2010 National Mall Plan as well as the Districts MoveDC Plan and Vision Zero strategy.

The proposed cycle track will be a two-way design where both north and south directions are side by side and separated by painted lines, except at intersections where plastic or permanent bollards will be used to ensure drivers do not enter the cycle track mistakenly. The proposed cycle track will replace the western-most lane on 15th Street which changes from on street parking to a travel lane. The replacement of the lane with a cycle track requires that turns and traffic signals be updated to include turn arrows to eliminate cross-use conflicts. Traditional cycle tracks utilize plastic flex post bollards to separate the cycle track from vehicle traffic. As these features are not in keeping with the design aesthetic and quality of the National Mall, NPS is proposing to initially use temporary concrete wheel stops or rubber wheel stops as the physical separation with a small number of flex posts used only at intersections and north of Constitution Avenue. The permanent phase of the project will replace the concrete wheel stops with granite curbs and replace some of the flex posts with either a stainless steel or K-71 bollard.

Currently there are three bus lay-bys on the western side of 15th Street for bus drop off and pick up by several bus users including the National Mall Circulator. The addition of the cycle track requires a new design for the lay-bys that will balance safety with access. The proposed design includes a larger separating island that will become the actual bus stop. The cycle track will be routed between this new bus stop island and western curb of the street. This routing will include lane markings and signage to indicate an upcoming user conflict point that requires bicyclists to slow down and yield to pedestrians. This design is also referred to as a floating bus stop.

The proposed project will be implemented in two phases based on currently planned repaving projects by DDOT and NPS. In the first phase, which will take place by the end of 2021, DDOT will install the cycle track between Constitution Avenue and Pennsylvania Avenue, NW to include concrete barriers and flex posts. During this phase, NPS will install rubber and concrete wheel stops with flex posts at intersections only, and the redesigned bus lay-bys south of Constitution Avenue. In the second phase of work, which will occur in 2022, NPS will replace the temporary separation features with granite curbs and most flex posts will be replaced with permanent bollards on the National Mall. Staff recommends that the **Commission notes that the proposed use of vertical physical barriers that includes low concrete and granite curbs for the majority of**

the cycle track and limits the use of flexible posts or permanent bollards in the National Mall
is a context sensitive design approach that maintains important viewsheds on the Mall.

## CONFORMANCE TO EXISTING PLANS, POLICIES AND RELATED GUIDANCE

### Comprehensive Plan for the National Capital

As noted in the analysis above, NCPC staff has reviewed this proposal for compliance with
relevant guidance and has determined that it is not inconsistent with the policies established in the
Federal Elements of the *Comprehensive Plan for the National Capital.* In particular, the project is
supported by policies in the Federal Environment, Urban Design, Parks and Open Space,
Transportation, and Visitors and Commemoration Elements.

### National Historic Preservation Act

The National Park Service has indicated that National Historic Preservation Act (NHPA) review
for this project will be streamlined in accordance with a nationwide programmatic agreement (PA),
which the DC State Historic Preservation Office (SHPO) has confirmed. The PA allows the NPS
to streamline many maintenance, repair, rehabilitation, or other activities that are not anticipated
to have impacts on historic properties and are completed in accordance with a treatment plan.
Given its approval authority over the project, NCPC also has an independent responsibility to
satisfy the regulations implementing Section 106 of the NHPA. NCPC designated the NPS as the
lead agency for Section 106 purposes related to the approval actions regarding this project.

### National Environmental Policy Act

The National Park Service has indicated that it will apply categorical exclusion C.18 *Construction
of minor structures, including small, improved parking lots, in previously disturbed areas* from
National Environmental Policy Act (NEPA) analysis under its agency regulations. To meet its own
NEPA obligation, NCPC staff applied a categorical exclusion for the proposed project (§601.12
[2]), which allows for "approval of the installation or restoration of minor site elements, such as
but not limited to identification signs, sidewalks, patios, fences, curbs, retaining walls,
landscaping, and trail or stream improvements." Staff determined no extraordinary circumstances
existed prior to applying the categorical exclusion.

## CONSULTATION

NPS, in coordination with DDOT, has utilized an extensive online public engagement campaign
to both publicize the proposed project and gather feedback. There were two public meetings, online
surveys and stakeholder meetings that generated more than 150 comments.

### Coordinating Committee

The Coordinating Committee reviewed the proposed preliminary site and building plans at its May 12, 2021 meeting. The Committee forwarded the proposal to the Commission with the statement that it has been coordinated with all participating agencies, except the District Department of Energy and Environment (DOEE). DOEE noted that the project has not initiated coordination yet and should consult with DOEE to ensure compliance with applicable stormwater management requirements. The Coordinating Committee agencies included NCPC; the National Park Service; the General Services Administration, the Washington Metropolitan Area Transit Authority, the District of Columbia Office of Planning; the State Historic Preservation Office; the District Department of Transportation, and the District Department of Energy and Environment via email.

**U.S. Commission of Fine Arts**

The 15th Street Safety Improvements project will be reviewed at the May 20, 2021, meeting of the U.S. Commission of Fine Arts.

**ONLINE REFERENCE**

The following supporting documents for this project are available online at www.ncpc.gov:

- Submission Package
- Project Synopsis

Prepared by Jamie Herr
05/14/2021

**POWERPOINT (ATTACHED)**

NPS-AR5001274



# 15th Street Safety Improvements

15th Street from Pennsylvania Avenue to Maine Avenue, Washington DC

## Approval of Preliminary and Final Site Development Plans

United States Department of the Interior

June 3, 2021 | File: 8272

NPS-AR6001275

# Site Location





Location Map

# 15th Street Safety Improvements - Purpose

**Conflicts Can Lead to Crashes**

# 200+

Number of crashes (all modes) that occurred on the 15th Street corridor within our study area between 2015 and 2020



National Capital Planning Commission

File: 8272

NPS-AR8001277

# 15th Street Safety Improvements – Proposed Elements

- Closes the bikeway gap from Pennsylvania Avenue to the 14th Street Bridge

- This scope of work focuses on 15th Street between Pennsylvania Avenue NW and Maine Avenue SW



| | | |
| --- | --- | --- |
| **5** | National Capital Planning Commission | File: 8272 |

# 15th Street Safety Improvements – Vertical Protection Elements

- Concrete wheel stops with reflective strips are preferred for durability and have limited impact on viewshed.

- Along the Mall, **no flexible posts will be used  (except at intersections)**

- North of Constitution Avenue, flexible posts will be considered for added vertical protection

- A **short-term application is needed** for the 15th Street portion through the National Mall (permanent application can occur with mill/paving in summer 2022)



**6**     National Capital Planning Commission                                    File: 8272

NPS-AR0001279

# 15th Street Safety Improvements – Vertical Protection cont'd

- A vertical element at intersections in needed to provide visibility (and to deter vehicles from entering bike facility)

- Design would seek to minimize the number of flexible posts at each intersection

- 2-3 flexible posts used to add visibility to concrete buffer



**7**   National Capital Planning Commission

File: 8272

# 15th Street Safety Improvements – Vertical Protection cont'd

- A vertical element at the centerline of cycle-tracks are also needed – due to the facility's width (to deter vehicles from entering facility)


**1st Street NE cycletrack, north of K Street**

**K-71**



- Options for centerline post:
  - 2-3 flexible posts
  - 1 stainless steel or K-71 bollard


**1st Street NE at Columbus Circle**

NPS-AR2001281

# 15th Street Safety Improvements – Timeline 2021



**4th Street SW, National Mall**

**Concrete barrier with flexible posts**



**East Basin Drive , Jefferson Memorial**

**Rubber wheel stop with flexible posts (at intersections only)**

**Long-Term Condition**

Concrete barrier with flexible posts

**Interim Condition**

Rubber wheel stops with flexible posts
Bus lay-by reconstruction

**Long-Term Condition**

Rubber wheel stops with flexible posts



NPS-AR3001282

# 15th Street Safety Improvements – Timeline 2022



**Permanent granite curb buffer**



**2021 Condition**

**Long-Term Condition**

**Permanent cu⁻b buffer for cycletrack
No change to bus lay-bys**

**2021 Condition**

NPS-AR4001283

# 15th Street Safety Improvements – Segment 1 Pennsylvania Avenue



**13' cycle track with bike turn lane**

**12' cycle track with bike turn lane**

N

**Repurposed parking lane for cycle track**

|  | AM | PM |
|---|---|---|
| Existing LOS | D | C |
| Proposed LOS | D | D |

**Permit right turns into White House Access Road.**

15TH ST, NW

E. ST, NW

NPS-AR5001284

# 15th Street Safety Improvements – Segment 2 Constitution Avenue



10' cycle track, 3' buffer
10' vehicle lanes

Right turn on green arrow only to avoid conflict with bicycles and pedestrians.

N

Left turn on green arrow only to avoid conflict with bicycles and pedestrians

|  | AM | PM |
|---|---|---|
| Existing LOS | E | D |
| Proposed LOS | F | F |

NPS-AR6001285

# 15th Street Safety Improvements – Segment 3 Madison Drive, NW



**12' cycle track, 3' buffer**
**11' vehicle lanes**

|  | AM | PM |
|---|---|---|
| Existing LOS | B | A |
| Proposed LOS | B | A |

- Extended AM traffic signal timing from 55 to 110 seconds
- Pedestrian only movement added

|  | AM | PM |
|---|---|---|
| Existing LOS | A | A |
| Proposed LOS | E | D |

NPS-AR7001286

# 15th Street Safety Improvements – Segment 4 Maine Avenue



# 15th Street Safety Improvements – Segment 4 Maine Avenue



# 15th Street Safety Improvements – Segment 4 Maine Avenue



Repurposed lane for cycle track on Maine Ave & East Basin Dr (NPS to execute during summer 2021 repaving)

Maintain 2 lanes from Kutz Bridge with right only turn into Tidal Basin Lot

Install protection for start of cycletrack at this location

RAOUL WALLENBERG PL, SW

# 15th Street Safety Improvements – Bus Lay-bys

- Three bus lay-bys are located along the National Mall on the west side of 15th Street

- All lay-bys are serviced by the DC Circulator 'National Mall' Route.

- BigBus sightseeing company uses lay-by #2 & #3



**Bus Stops and Routes**



- ⟳ Circulator Routes
- Ⓜ Metrobus Routes
- ◯ Circulator Stops
- ◯ Metrobus Stops

NPS-AR001290

# 15th Street Safety Improvements – Bus Lay-bys Design

**SEPARATE MODES AT BUS LAY-BYS**



**Route cycle track into existing lay-by space; cycle track remains at street level**

**Demo and replace existing median island with 12' wide extension for bus load/unload zone**

**8' cycle track, 12' platform**
**12' vehicle lanes**
**11' bus lane**
**8' parking lane**

RAOUL WALLENBERG PL, SW

NPS-AR2001291

# 15th Street Safety Improvements – Maintenance



- DDOT will maintain concrete vertical separation
- DDOT will provide snow clearance
- NPS will develop alternative snow storage solution



NPS-AR2001292

# 15th Street Safety Improvements – Proposed Rendering



NPS-AR4001293

# Attachment 5

NPS-AR5001294

**National Capital Planning Commission**

# Commission Action
June 3, 2021

---

**PROJECT**
**15th Street Safety Improvements**
National Mall
15th Street from Pennsylvania Avenue to
Maine Avenue, NW
Washington, DC

**SUBMITTED BY**
United States Department of the Interior
National Park Service

**REVIEW AUTHORITY**
Federal Projects in the District
per 40 U.S.C. § 8722(b)(1) and (d)

**NCPC FILE NUMBER**
8272

**NCPC MAP FILE NUMBER**
1.71(00.00)45313

**APPLICANT'S REQUEST**
Approval of preliminary and final
site development plans

**ACTION TAKEN**
Approved preliminary and final site
development plans

---

The Commission:

**Approves** the preliminary and final site development plans for the proposed safety improvements to 15th Street between Pennsylvania Avenue, NW and Maine Avenue, NW in Washington, DC.

**Supports** the intended goal of improving safety for all users and reducing vehicle, pedestrian, and bicycle conflicts in the heavily traveled corridor.

**Notes** the proposed use of vertical physical barriers that includes low concrete and granite curbs for the majority of the cycle track and limits the use of flexible posts or permanent bollards in the National Mall is a context sensitive design approach that maintains important viewsheds on the Mall.

*Julia Koster*                06/03/2021
Julia A. Koster
Secretary to the National Capital Planning Commission

# Attachment 6

NPS-AR7001296

# 15th St NW/SW Project Analysis

 **dcgis.hub.arcgis.com**/pages/73de6aa8f42f41fd904a1340a186c5b4

## 15th ST NW/SW PROTECTED BIKE LANE

## Post-Implementation Analysis

## Analysis Overview





*Mouse over the image above to see before and after views of the corridor.*

In Fall 2021, DDOT completed the **15th St NW/SW Protected Bike Lane Project** (Pennsylvania Ave NW to Maine Ave SW). The goals of this project were to:

NPS-AR001299

- Create a safe right-of-way for people, regardless of walking, biking, or driving
- Improve function of the street and intersections to make them easier to use and understand
- Balance travel delay with right-of-way capacity and access for everyone who uses the street

To understand the impact of the project, in 2026 DDOT conducted a data-driven evaluation of the corridor to understand the vehicular, bicycle, and pedestrian impacts.

DDOT's evaluation showed that:

- The project **reduced all roadway crashes by 46%** and **bicycle injury crashes by 91%**.
- The new protected facility resulted in a **3% increase in bicycle traffic** along the corridor.
- Capital Bikeshare stations along the corridor are among the most used in the system, with the **Jefferson Street station seeing 232,658 CaBi trip starts and ends since 2022.**
- After the project was installed, **speeds increased by 17%**. Peak hour **northbound travel time decreased by 36 seconds**, while **southbound travel time decreased by 40 seconds** on the corridor.

To evaluate how the project achieved DDOT's goals, the team collected data on **crashes**, **volumes**, and **vehicle speeds** prior to, and soon after construction work. The timeline below show the specific dates of the pre- and post- data collection period.

- **Pre-construction Data Collection**

  January 2017 - December 2019

- **Project Opened**

  October 2021

- **Post-construction Data Collection**

  March 2022 - October 2025

# Overall Results

## Crashes:

↓ 69% reduction in bicycle crashes

↓ 46% reduction in all crashes

↓ 52% reduction in injury crashes

## Pedestrians and Bicycles:

↑ **3% increase in bicycle volumes during peak hours**

↓ **2% decrease in pedestrian volumes during peak hours**

## Vehicle Speeds:

After the installation, it takes an average of **38 fewer seconds** to drive the corridor during peak hours, while speeds **increased 17%** during peak hours.

# Crash Analysis

### CRASH SEVERITY HIGHLIGHTS | RATES PER 100 DAYS

↓ **46%** reduction in **all crashes**.

↓ **52%** reduction in **crashes resulting in injury**.

↓ 46% reduction in property-damage only crashes.

### BICYCLE & PEDESTRIAN CRASHES | PER 100 DAYS

↓ **69%** reduction in **bicycle** crashes.

↓ **91**% reduction in **bicycle injury** crashes.

↓ **25**% reduction in pedestrian crashes.

↓ **67**% reduction in pedestrian injury crashes.

## COLLISION TYPE HIGHLIGHTS | PER 100 DAYS

↓ 59% reduction in **side swipes**.

↓ 26% reduction in rear ends.

↓ 69% reduction in right turn hits.

↓ 69% reduction in left turn hits.

↓ 100% reduction in fixed object crashes.



NPS-AR301302



Share this card

*Before data collected: January 2017 - December 2019 | After data collected: March 2022 - March 2025*

## Volume Analysis by Mode

**BICYCLE VOLUMES** | PEAK HOUR AVERAGE

- ↑ **11%** increase during **AM peak period.**
- ↓ **3%** decrease during **PM peak period.**

## PEDESTRIAN VOLUMES | PEAK HOUR AVERAGE

- ↓ **23%** decrease during **AM peak period.**
- ↑ **4%** increase during **PM peak period.**

## VEHICLE VOLUMES | PEAK HOUR AVERAGE

- ↓ **61% decrease** in the northbound directionand ↓ **56% decrease** in the southbound direction during AM peak period.
- ↓ **48% decrease** in the northbound direction and ↓ **38%** decrease in the southbound direction during PM peak period.

## SHARED MICROMOBILITY

- Additional usage data indicates **sustained high bicycle ridership** among shared micromobility (Capital Bikeshare, Lime) users, with **the segment being among the most popular in the District.**
- All three **Capital Bikeshare stations** along the segment are among the **top 90th percentile** for trip starts and ends, with the **Jefferson Station ranking 4th most popular** in the system; together they are a part of **1 in every 58 trips taken on Capital Bikeshare** (May 2023).

💡 DDOT proposed the 15th St Protected Bike Lane project in response to high bicycle ridership along the corridor. Large increases in cycling post-implementation were not a goal of the project; rather **DDOT sought to improve safety for cyclists and pedestrians on the already popular stretch.**



*Volumes Before data collected: May 2018 | After data collected: March - June 2022. Shared micromobility data provided by Ride Report (Quarter 2, 2025) and Capital Bikeshare (May 2023)*

Share this card

*Volumes Before data collected: May 2018 | After data collected: March - June 2022. Shared micromobility data provided by Ride Report (Quarter 2, 2025) and Capital Bikeshare (May 2023).*

## Speeds Analysis

**VEHICLE SPEEDS** | PEAK PERIOD AVERAGE

- ↑ **15%** increase in the northbound direction and ↑ **18%** increase in the southbound direction during AM peak period.
- ↑ **30%** increase in the northbound direction and during ↑ 6% increase in the southbound direction during PM peak period.

NPS-AR0001305

**TRAVEL TIME** | PEAK PERIOD AVERAGE

- ↓ 22 second decrease in the northbound direction and ↓ 37 second decrease in the southbound direction during **A**M peak period.
- ↓ **49 second** decrease in the northbound direction and ↓ 42 second decrease in the southbound direction during **P**M peak period.

💡 Speeds along the corridor saw an average increase of 17% during peak hours. **Separating cyclists from vehicles makes the corridor more efficient** for vehicles and reduces commute times.



*Before data collected: May, October 2018 | After data collected: May, October 2024*

Share this card

*Before data collected: May, October 2018 | After data collected: May, October 2024*

## Post-implementation Analysis Documents

Learn more about the methodology used to create DDOT's before/after analysis of the **15th St**

NPS-ARC-001306

**Protected Bike Lane** project below.

View Methodology PDF

NPS-AR0301307

# Attachment 7

NPS-AR901308

# Before & After Study Methodology

*District Department of Transportation's vision is that we will continue to be a national leader in creating safety and mobility solutions for the existing and emerging transportation opportunities within our community. DDOT will prioritize building safer infrastructure across all eight wards, utilize innovative technologies and strategies to reduce congestion and greenhouse gas emissions, and expand our transit systems to connect residents to economic opportunities.*

*DDOT's mission is to equitably deliver a safe, sustainable, and reliable multimodal transportation network for all District residents and visitors.*

## BEFORE & AFTER STUDIES

As DDOT continues to strive towards our agency's vision to provide an accessible and safe transportation network, we reflect and share the results of our projects to ensure we are improving transportation opportunities within the District. These before and after reports provide a snapshot of roadway conditions prior to a project's installation and after the installation. The methodology of data collection and analysis is described below.

## CRASHES

*Data Source: Metropolitan Police Department, accessed via TARAS*

DDOT uses TARAS, a database of verified crash reports provided by MPD, to analyze crash counts in the study area over defined time periods. Data on individual crashes are based directly on police reports, which are submitted by the responding officer after investigation of the event and reviewed prior to submission into TARAS.

To compare the crash rates before and after a corridor project, the data is aggregated into the following time frames:
- Before: 3 full years prior to project installation (unless otherwise noted)
- During: during construction & 6 months following completion of the project
- After: 6 months after completion of the project to current date (minimum of 6 months)

Details on project observation timelines will be noted in the report.

To provide insight into crash trends, overall crash counts are parsed into those that result in an injury, fatality, or property damage only (PDO); pedestrian- and bicycle-involved crashes; crashes per million entering vehicles (MEV); and collision types.



**CRASH RATE PER 100 DAYS**

In order to understand changes in the frequency of crashes in a study area, and therefore the impact of the improvements installed by DDOT, rates of crashes before and after projects are implemented are calculated for all of the above aggregate metrics. The total counts are normalized per 100 days (see example chart above). For example, if there are 30 crashes in a one-year "Before" observation period on a corridor, the crash rate is 8.2 crashes per 100 days. This standardization allows for the comparison of crash frequencies between observation periods with varying lengths of time.

See section below on 2020 data as it pertains to inclusion in before/after results.

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DC MURIEL BOWSER, MAYOR

# Before & After Study Methodology

## VEHICULAR SPEED AND TRAVEL TIME

*Data Source: INRIX data, accessed through RITIS*

DDOT utilizes INRIX, a big-data subscription, to analyze vehicular speeds and travel times. The before/after report looks at two different elements: average vehicular speeds and peak hour travel time. Both of these are utilizing an average from a full year of data.

Peak hour speeds and travel times are calculated using Tuesday – Thursday data during the below defined peak hours:

- AM Peak: 7:00am – 9:00am
- PM Peak: 4:00pm – 6:00pm

The table breaks down each direction and peak time for average changes in both speed and travel time, while the graph shows the average change in travel time for both directions during both peak periods.

**AVERAGE VEHICLE SPEED DURING PEAK PERIOD**

|  | Westbound | Eastbound |
|---|---|---|
| AM | 19% | 39% |
| PM | 22% | 20% |

**AVERAGE TRAVEL TIME DURING PEAK PERIOD**

|  | Westbound | Eastbound |
|---|---|---|
| AM | 12 sec | 126 sec |
| PM | 24 sec | 60 sec |

The average speed change on an hourly basis is reported using all days of the week, calculating the average speed during each hour in the before and after periods. The change in speed is reported in miles per hour.

## METROBUS PERFORMANCE

*Data Source: Washington Metropolitan Area Transit Authority (WMATA)*

DDOT partners with the Washington Metropolitan Area Transit Authority (WMATA) to collect and analyze bus speeds and travel time for all bus trips that utilize the study corridor.

The bus speeds are based on the travel time and distance between bus stops for each bus route serving a corridor, even if the route only serves part of a corridor. That travel time and speed calculations will include dwell time, which is the time at a stop when passengers board and alight (exit) the bus. DDOT will often exclude routes from analysis if they only serve a small portion of a corridor and favor routes that serve a long portion, but ensure the full corridor is included in the analysis. The specific routes used in the analysis will be provided alongside the data.

DDOT's analysis usually focuses on standard AM peak, PM peak, and midday times that are listed below. These times typically correspond with AM peak and PM peak times assessed for vehicle travel times and the operating hours for most (but not all) bus lanes. Speeds are also reviewed by direction to account for differing inbound and outbound traffic volumes at different times of day.

- AM Peak: 7:00am – 9:30am
- Midday: 11:00am – 2:00pm
- PM Peak: 4:00pm – 6:30pm

Many bus routes do not run 24-hour service and traffic volumes and signal timing could greatly impact bus speeds. If all-day speeds are reported, the following hours are considered all-day:

- All-Day: 6:00am – 8:00pm

Median bus speed from a month of bus trips are used to ensure a large sample size that accounts for variations and outliers in each bus trip that could impact travel times and speeds. Unless otherwise noted, bus speeds reflect weekday speeds and exclude any holidays since bus schedules and traffic volumes vary more widely on these days. Most reports use May or October to represent a typical month since schools are open, bus ridership is typically strong, and travel patterns are least likely to be impacted by changes such as holidays or severe weather.

GOVERNMENT OF THE
DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR

# Before & After Study Methodology

## MULTIMODAL VOLUMES

*Data Source: Turning Movement Counts (TMCs)*

DDOT collects TMCs at every signalized intersection on a regular basis to optimize signal operations. These counts include all movements through an intersection and is broken up by mode. See example of a TMC report bike count to the right. TMCs are collected on an average day, a Tuesday or Thursday when schools are in session. This ensures the counts are as consistent as possible. It should be noted that it is still only a one-day count and irregularities with weather and other uncontrolled variables may occur.

The before/after reports use the mean volume collected at all signalized intersections on the route.



## COVID-19 & 2020 DATA

The COVID-19 pandemic and related lockdowns caused massive changes in typical traffic patterns, crash rates, commuter flows, and driver behavior nationwide. Three quarters of all workers experienced some disruption to their pre-pandemic commute patterns. In 2020, as workers transitioned to teleworking and in-person entertainment, recreation, and shopping related travel came to a halt, crashes fell 31.6% compared to the previous year, with traffic volumes and transit ridership similarly decreasing (TARAS, 2025; MWCOG, 2023) while traffic fatalities and serious injury crashes skyrocketed.

The major effect these events had on travel behavior make determining the effects of DDOT projects harder to isolate and accurately evaluate. Therefore, the 2020 calendar year is omitted from analysis observation periods. Observation periods for all projects are listed on their respective reports.

Many of the travel and safety trends that saw major changes caused by the COVID-19 pandemic have not returned to their pre-pandemic levels— some changes are likely permanent, as some telework policies continue and larger trends in retail and housing constitute a "new normal".

GOVERNMENT OF THE
DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR

# Attachment 8

NPS-AR-001312



Nessa E Horewitch Coppinger
1900 N Street, NW, Suite 100
Washington, DC 20036
+1.202.789.6053
NCoppinger@bdlaw.com

March 13, 2026

**SENT VIA ELECTRONIC MAIL**

Regional Director Jen Nersesian
c/o National Capital Area
National Park Service
1100 Ohio Drive, SW
Washington, DC 20242
(202) 619-7020
Jen_Nersesian@nps.gov

Superintendent Kevin Griess
c/o National Mall and Memorial Parks
National Park Service
900 Ohio Drive SW
Washington, DC 20042
(202) 426-6841
kevin_griess@nps.gov

Director Sharon Kershbaum
District Department of Transportation
250 M Street SE
Washington, DC 20003
(202) 673-6813
sharon.kershbaum@dc.gov

Re:     15th Street Bicycle Lane Removal

To Whom It May Concern:

Beveridge and Diamond, P.C. represents the Washington Area Bicyclist Association (WABA) and writes on their behalf in response to several sources confirming federal agency plans to remove or modify significant portions of the 15th Street NW/SW protected bike lane (Lane Removal) without any opportunity for public involvement or observation of required procedure and review. Unilaterally changing this protected bike lane would violate the National Capital

NPS-ARI-001313



March 13, 2026
Page 2

Planning Act (NCPA), the National Environmental Policy Act (NEPA), and the National Historic Preservation Act (NHPA), and will make Washington, D.C. commuters, cyclists, and pedestrians less safe.

WABA respectfully requests the agencies reconsider, and maintain the Bike Lane as is. The Bike Lane has materially improved safety along this high-traffic corridor, and any modification would risk regression. At minimum, each procedural deficiency identified below is fatal and must be remedied before any action can proceed.

**Background**

As part of a "larger collaboration to improve pedestrian and bicyclist safety and access in and around Washington, D.C,"[1] the District Department of Transportation (DDOT) in partnership with the National Parks Service (NPS) proposed to construct the 15th Street NW/SW Protected Bike Lane ("Bike Lane" or "Project"). The Project most notably created a physically separated, two-way bike lane, but included some bus and pedestrian infrastructure improvements. NPS and DDOT identified 15th Street because it was a "high injury and crash location[]".[2]

As required under the NCPA, DDOT and NPS submitted their plans to the National Capital Planning Commission (NCPC). The NCPC approved the site development plans for safety improvements to 15th Street on June 3, 2021.[3] In its approval, the NCPC reiterated its support for the "goal of improving safety for all users and reducing vehicle, pedestrian, and bicycle conflicts in the heavily traveled corridor."[4]

The Project has done just that. DDOT has analyzed crash data following the bike lane installation which demonstrates at least a 59 percent reduction in all crashes.[5] DDOT's evaluation showed a 46 percent reduction in roadway crashes, and a 91 percent reduction in bicycle injury crashes.[6]

Despite the Project's safety successes, WABA has been informed that federal agencies are planning to unilaterally remove or modify a substantial portion of the Project. This Lane Removal is without required process and public input, and would make all commuters in this high-traffic area less safe.

Therefore, NPS, DDOT, and any other agencies must stall any proposed action and follow proper procedure to ensure public safety concerns are analyzed and considered in any action

---

[1] *New Bike Lane Coming to National Mall*, NPS (Oct. 7, 2021), https://www.nps.gov/nama/learn/news/new-bike-lane-coming-to-national-mall.htm.
[2] Executive Director's Recommendation, NCPC File No. 8272, *1 (June 3, 2021).
[3] Commission Action, NCPC File No. 8272 (June 3, 2021).
[4] *Id*.
[5] *DDOT 15th Street Bicycle Safety Improvements*, Nelson/Nygaard Consulting Associates, Inc. (visited Feb. 20, 2026), https://www.nelsonnygaard.com/ideas/ddot-15th-street-bicycle-safety-improvements.
[6] *15th St. NW/SW Protected Bike Lane Post-Implementation Analysis*, DDOT (as reported by PoPville on February 20, 2026).



March 13, 2026
Page 3

regarding the 15th Street Bike Lane. Any action to remove or modify the Bike Lane without such process violates federal law.

**<u>Specific Comments on Lane Removal</u>**

      **A.     The Lane Removal Violates the National Capital Planning Act.**

Under the NCPA, federal agencies "shall cooperate and correlate their efforts by using the [NCPC] as the central planning agency for federal activities in the National Capital region." 40 U.S.C. § 8722(a). The NCPA requires both federal and D.C. agencies to advise and consult with the NCPC. 40 U.S.C. § 8722(b)(1). Once the NCPC submits a final report, "the agency may proceed to take action in accordance with its legal responsibilities and authority." 40 U.S.C. § 8722(b)(1).

For the original construction, NPS, in partnership with DDOT, submitted the preliminary and final site development plans for the 15th Street Bike Lane to the NCPC for approval. Because the NCPA grants the NCPC review authority over federal projects in D.C., the proponents' plans had to demonstrate compliance with the agency's *Comprehensive Plan for the National Capital*, and indicate how the agencies are going to comply with other applicable statutes like NEPA and the NHPA.

The NCPC has already determined that the Project complied with the *Comprehensive Plan*, and that there were adequate indications to show NEPA and NHPA compliance back in 2021. No such determinations have been made regarding the Lane Removal.

Without submitting an application to the NCPC for approval, no agency can remove or modify the Bike Lane.

      **B.     Lane Removal Agencies Failed to Comply with NEPA.**

NEPA requires federal agencies to "ensure the professional integrity, including scientific integrity, of the discussion and analysis in an environmental document" and to base conclusions on reliable data and methods. 42 U.S.C. § 4332(2). NEPA directs agencies to analyze all "reasonably foreseeable environmental effects" of the proposed action, disclose the basis for their findings, and "study, develop, and describe technically and economically feasible alternatives" to the proposed action. 42 U.S.C. §§ 4332(2)(C)(i), (F). Each agency may identify actions that normally do not significantly affect the quality of the human environment as categorical exclusions. 42 U.S.C. § 4336e(1). An activity that qualifies for a categorical exclusion is not exempt from NEPA, but absent extraordinary circumstances, the agency will not have to prepare a project-specific analysis.

NPS and NCPC separately acknowledged their NEPA obligations during the original project plan review, both identifying categorical exclusions available for qualifying construction projects



March 13, 2026
Page 4

and trail improvements. For the original project, NPS applied categorical exclusion C.17 (then C.18) applying to construction of minor structures, including small, improved parking lots, in previously disturbed areas.[7] To satisfy its independent NEPA obligation, the NCPC relied on a categorical exclusion which allowed for "approval of the installation or restoration of minor site elements, such as but not limited to identification signs, sidewalks, patios, fences, curbs, retaining walls, landscaping, and trail or stream improvements."[8] 1 CFR 601.12(a)(2).

To date, there has been no NEPA process regarding the removal or modification of the 15th Street Bike Lane from NPS, NCPC, or otherwise. Moreover, unlike the original Bike Lane construction, there is no NPS categorical exclusion readily applicable to the destruction or modification of a bike lane, particularly one that so greatly improves public safety. Importantly, categorical exclusions are not available if extraordinary circumstances exist. The Department of Interior has identified a list of extraordinary circumstances which includes whether the action would "have significant impacts on public health or safety."[9] The Lane Removal would reverse the Project's safety gains increasing the risk of bicycle and car crashes. This reduction in public safety warrants additional scrutiny and public input to ensure any agency action does not cause unnecessary and avoidable injury.

Therefore, no agency may take action regarding the Lane Removal until they follow the proper NEPA procedures.

### C.    Lane Removal Agencies Failed to Comply with the NHPA.

Section 106 of the NHPA requires that any federal agency with "direct or indirect jurisdiction over a proposed Federal or federally assisted undertaking in any State" or "any Federal department or independent agency having authority to license any undertaking" must study ways to avoid or mitigate any adverse impacts the undertaking could have upon historic properties or other cultural resources. 54 U.S.C. § 306108.

The Advisory Council on Historic Preservation's regulations establish a four-step consultation process that agencies must complete before issuing a permit, license, or approval for an undertaking. *See* 36 CFR Part 800. First, the agency must determine if the project is a federal undertaking, thereby triggering Section 106. 36 CFR § 800.3(a). Second, the agency must identify the scope of potential effects and any historic properties and cultural resources that may be in the area. 36 CFR § 800.4. Third, the agency must determine whether the project will adversely impact any identified historic properties. 36 CFR § 800.5. Finally, the agency must identify mitigation steps for any adverse impacts and reach a Memorandum of Agreement with the State Historic Preservation Office, or Tribal Historic Preservation Officers for affected Native American tribes, and other relevant parties. 36 CFR § 800.6.

---

[7] Executive Director's Recommendation, NCPC File No. 8272, *4 (June 3, 2021); *see also* DOI Department Manual, 516 DM 12.5(C)(17).
[8] *Id*.
[9] 43 CFR 46.215(a); *see also* NEPA Handbook, DOI, Section 3.5 (2015).



March 13, 2026
Page 5

Similar to NEPA, both the NPS and the NCPC acknowledged their obligations to comply with the NHPA during the original bike lane consultation. For the construction, NPS relied on a nationwide programmatic agreement to streamline Section 106 review. This agreement allowed NPS to streamline "maintenance, repair, rehabilitation, or other activities that are not anticipated to have impacts on historic properties and are completed in accordance with a treatment plan."[10] Despite this potential streamlining measure, NPS and NCPC have not taken any action to comply with Section 106 regarding the Lane Removal.

No agency may remove or modify the Bike Lane until they comply with Section 106 of the NHPA.

> **D.       Removing the Bike Lane Contradicts Public Policy**

Both the NPS 2016 Paved Trails Study and the 2010 National Mall Plan identified a need for a separate bike facility along the 15th Street high-volume corridor.[11] The Bike Lane was also mentioned in significant DC public policies like the moveDC Plan and Vision Zero, a strategy to eliminate traffic fatalities and serious injuries.

After going through public notice and comment, one of the key elements of NPS's 2010 National Mall Plan was to "provide separate bicycle lanes or trails" around the National Mall.[12] The Project fit the bill, and has significantly reduced traffic crashes in the area.

D.C. Mayor Bowser's 2014 moveDC Plan included bicycle strategies and specifically identified the need to "install more protected bicycle lanes."[13] This effort wraps into Mayor Bowser's 2015 Vision Zero which aims to transform DC's roadway safety efforts. In the 2026-2030 Integrated Strategic Highway Safety Plan and Vision Zero Plan, Mayor Bowser prioritizes enhancing safety through protected bike lanes, bus priority projects, and expanded sidewalks over the next five years to further these key policies. Removing or shrinking existing protected bicycle infrastructure conflicts with these policies. DC and federal agencies should be expanding this must-needed infrastructure to increase access to biking, which, as Mayor Bowser acknowledges, "is a key component to our city's and region's transportation network."[14]

The NCPC had already determined that the Bike Lane was consistent with governing public policy as contained in the *Comprehensive Plan for the National Capital*. Principle 2 of the plan encourages federal promotion of non-auto transportation alternatives, including transit, walking,

---

[10] *Id*.

[11] 15th Street Cycle Track Installation CE Form, PEPC Project No. 92369, NPS (April 20, 2021).

[12] National Mall Plan: Summary, National Parks Service, *10 (2010).

[13] *See* Bicycle Priority Network, DDOT (visited Feb. 20, 2026), https://movedc-dcgis.hub.arcgis.com/pages/bicycles.

[14] 2026-2030 Integrated Strategic Highway Safety Plan and Vision Zero Plan, *3 (Dec. 2025), https://visionzero.dc.gov/.



March 13, 2026
Page 6

and bicycling.[15] The Transportation Element specifically identifies infrastructure to support safe bicycle use, including cycle tracks and protected bike lanes as critical components in expanding the District's mobility options. To that end, the Transportation Element directs the federal government to "work with local jurisdictions to ensure that there is adequate infrastructure for bicycles and pedestrians to safely and efficiently travel to and from federal destinations, including…protected bike lanes…."[16]

Removing the 15th Street Bike Lane without any justification contradicts NPS, DC, and NCPC public policies aimed at promoting safe bicycling infrastructure to accommodate residents, commuters, and visitors alike.

### E.    Lane Removal Would Violate the Administrative Procedure Act

Under the Administrative Procedure Act (APA), a court must hold unlawful agency action that is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2). The definition of "agency action" is broad and includes the destruction of property. 5 U.S.C. § 551. Therefore, any of the above-enumerated procedural deficiencies would violate the APA for failure to comply with applicable laws like the NCPA, NEPA, and the NHPA.

Importantly, removing or modifying the Bike Lane without process is a sharp deviation from prior practice. For the original installation, DDOT and NPS held two public meetings[17], conducted traffic studies, and received and addressed public comments. As described above, the agencies also submitted preliminary and final site development plans to the NCPC.[18]

The NCPC also reviewed and approved the Bike Lane proposal finding that the Project was consistent with the *Comprehensive Plan for the National Capital* and adequately complied with NEPA and Section 106 of the NHPA.

Here, all required, and previously-complied-with procedures have been ignored. Failure to comply with these procedures deprives the public of meaningful involvement and recklessly increases the risk facing cyclists and others. Any action impacting the viability or usability of this Bike Lane must comply with required procedures. Absent compliance, the Lane Removal is unlawful.

---

[15] *See* Executive Director's Recommendation, NCPC File No. CP01 (January 8, 2026).

[16] Comprehensive Plan for the National Capital: Federal Elements: Transportation Element, at 11 (approved by the NCPC January 8, 2026).

[17] *See* 15th Street Protected Bike Lane, DDOT (visited Feb. 20, 2021) https://ddot-dccycletrack-dcgis.hub.arcgis.com/; 15th Street Protected Bike Lane Public Meeting #1, DDOT (Feb. 8, 2021), https://ddot.dc.gov/release/15th-street-protected-bike-lane%C2%A0public-meeting-1.

[18] Executive Director's Recommendation, NCPC File No. 8272 (June 3, 2021).



March 13, 2026
Page 7

**F.      Conclusion**

WABA strongly encourages NPS and DDOT to reconsider any plans for removal and instead maintain the Bike Lane in its current condition. The Bike Lane has significantly improved safety in the area. Any removal or modification would jeopardize realized advancements and the public has heard no justification that would support increasing the risk of accidents.

WABA respectfully requests NPS and DDOT to reconsider the Lane Removal, or at least remedy the significant shortfalls identified herein. Should any activity occur without proper procedure, WABA is prepared to take legal action. WABA welcomes any additional discussion regarding the 15th Street NW/SW Bike Lane.

Sincerely,

Nessa E Horewitch Coppinger
Principal

# Attachment 9

# The Trump administration is removing a popular DC bike lane

◆ **51st.news**/trump-administration-removing-dc-bike-lane

Martin Austermuhle                                                                March 20, 2026

Feds say the 15th Street protected bike lane will cause more traffic during cherry blossom season, but bike advocates say it makes everyone safer.



The 15th Street protected bike lane runs from Constitution Avenue down to the Tidal Basin, and around the eastern edge of the Jefferson Memorial. (Martin Austermuhle)

The National Park Service will soon start removing a protected bike lane that runs along 15th Street NW from Constitution Avenue down to the Tidal Basin and Jefferson Memorial, eliminating a popular cycling route just as crowds are expected to increase for the annual blooming of the cherry blossoms.

The work is expected to start on Monday, according to NPS. Once it's done, it will sever one of D.C.'s longest protected bike lanes, stretching virtually uninterrupted from the Tidal Basin all the way up to Columbia Heights, and additionally serving as a vital cycling connection to the 14th Street Bridge into Virginia.

NPS-AR-001321

According to a study conducted by the D.C. Department of Transportation, crashes and bike-related injuries along 15th Street have decreased dramatically since the bike lane was installed.

Help fund local news. Become a member of The 51st!

The removal represents yet another break between D.C.'s local government and its larger federal counterpart, where there is now significantly less enthusiasm for alternatives to cars. While D.C. has been growing its network of bike lanes over the last decade — there are now 120 miles of them, and 43 miles of protected lanes — senior officials in the Trump administration are less enamored with the space they take up.

"I do think it's a problem when we're making massive investments in bike lanes at the expense of vehicles," said Secretary of Transportation Sean Duffy last year. "I do think you see more congestion when you add bike lanes and take away vehicle lanes. That's a problem."

That logic was echoed by NPS in a statement sent to The 51st on Friday morning confirming the impending removal and using the upcoming National Cherry Blossom Festival and other large-scale events later this year as justification.

"With the upcoming National Cherry Blossom Festival and preparations underway for America's 250th anniversary, ensuring safe access for residents, commuters, visitors, and emergency services is a shared priority. These nationally significant events draw substantial visitation and require coordinated infrastructure planning to support mobility, security, and a positive experience for all," said the agency in its statement.

The decision to scrap the 0.75 mile stretch — which was installed starting in 2021 — had been rumored for weeks, with local cycling advocates rallying to stop it even as D.C. and federal officials remained tight-lipped about whether it was going to happen at all. Multiple requests for comment or confirmation from NPS or the U.S. Department of Transportation went unanswered since late last month, and their D.C. counterparts — including Mayor Muriel Bowser's office — remained similarly mum.

That silence spurred a number of theories as to why the bike lane might eventually be removed. One of the most popular among bike advocates featured a high-ranking Trump administration official who had been annoyed by the bike lane's presence while they were stuck in the city's usual traffic. (We weren't able to confirm the rumor.)

Bike advocates say the move to scrap the lane reverses past federal guidance encouraging alternatives to cars in popular parts of D.C.'s historic monumental core. In a 2021 assessment of the proposed bike lane, the National Capital Planning Commission said it supported the "intended goal of improving safety for all users and reducing vehicle, pedestrian, and bicycle conflicts in the heavily traveled corridor."

Advocates also say that using the upcoming National Cherry Blossom Festival to justify the bike lane's removal gets everything backwards. "It's a horrible idea and so stupid to do it during peak cherry blossom time," said Ward 6 Councilmember Charles Allen, who chairs the D.C. Council's transportation committee. "They're going to create a mess, plus make it less safe."

A source with knowledge of the situation — who asked not to be identified for fear of retaliation — said that NPS's official position on the 15th Street bike lane has shifted with the new administration. In the past, the source told us, NPS has been "thrilled we have this in place because many people bike to the cherry blossoms."

There are three Capital Bikeshare stations located along the stretch of the bike lane that will be removed. On Friday morning, the first day of spring in D.C., there were also dozens of Veo bikes and Lime scooters available in the area. According to DDOT, those Bikeshare stations are among the most used in the entire system.

An evaluation by DDOT of incidents along 15th Street after the bike lane was installed found that roadway crashes along the corridor had decreased by 46 percent — and bicycle injury crashes dropped even more, by 91 percent.

"[It's] a tremendous testament to the safety impact [protected bike lanes] provide," said a DDOT spokesman. "DDOT remains fully committed to the development of our bicycle network and has no plans for the removal of the 15th Street Protected Bike Lane north of Constitution Avenue."

That evaluation also found that car traffic and travel times actually decreased along 15th Street after the bike lane was installed.

"We are shocked that they are doing this," says Elizabeth Kiker, the executive director of the Washington Area Bicyclist Association. "The DDOT study shows that it is faster for cars, for pedestrians, and cyclists, and no human who has been alive during cherry blossom season ever thinks, 'What we need is more room for cars to get around.' It is cyclists and pedestrians that take over, and this is going to make the chaos infinitely worse."

The removal has also triggered debate on another point: How much, if anything, could Bowser have done to stop it?

Reached on Thursday night, a spokesman for the D.C. Department of Transportation would only say that the bike lane "south of Constitution Avenue is located on federal land and is under the jurisdiction of the National Park Service." As such, any decision to remove it would fall with NPS. Some sources within the D.C. government echoed that point, saying the city's hands were tied.

But others say Bowser and senior D.C. officials could have put up more of a fight, and instead opted to continue their balancing act with the Trump administration where they entertain its demands and requests on certain things in hopes of winning concessions on others. (Recall that Bowser preemptively removed Black Lives Matter Plaza soon after Trump took office. Some residents saw the move as capitulation, others as a symbolic and strategic attempt to curry favor with Trump.)

"As D.C. we're owed some forthrightness from this government over what are you working on with the Trump administration on, and how often are you folding?" said the source who has asked for anonymity for fear of retaliation.

On Friday afternoon, Bowser herself weighed in, saying that NPS's decision "would likely increase conflicts between pedestrians, cyclists, and vehicles, especially at one of the busiest times of the year."

NPS-AR-001323

3/4

In posts on X, mayoral contender and Ward 4 Councilmember Janeese Lewis George said removing the bike lane is a bad idea. "The 15th Street bike lane is a model of how DC and the federal government can work together, not just for Washingtonians, but for the tourists that support our economy too," she wrote.

Her opponent, former councilmember Kenyan McDuffie, similarly weighed. "Critical transportation decisions like the future of the 15th St Bike Lane should be decided by District Officials, DDOT, and city government ALONE," he wrote. "We cannot allow Trump to run roughshod over home rule. This is unacceptable. And it puts D.C. residents, and travelers into our city, in danger."

Moving forward, Kiker says WABA is planning to sue NPS over the bike lane's removal. "There is a process that should be followed, and NPS has not followed that process and that is illegal," she says.

On Sunday, Hill Family Biking, a large cycling network based on Capitol Hill, is planning to rally and ride along the soon-to-be-gone bike lane. Kiker says WABA will similarly rally on Monday. In preparation for more protests, WABA staff have distributed spoke cards drawing on right-wing imagery and messages: A yellow Gadsden flag where the snake is wearing a helmet, along with the message, "Don't tread on my bike lane."

*This story was updated on Friday afternoon with a comment from Mayor Muriel Bowser.*

## Subscribe to The 51st

Get the free version of our newsletter. No spam ever, unsubscribe anytime.

Author



Martin is a longtime reporter and editor in D.C. He formerly worked for WAMU 88.5 and DCist.com, and has contributed to the Washington City Paper and other publications. He's been in D.C. for 25 years, and tries to ride his bike everywhere he can.

View articles

## Read next

Worker-led, nonprofit news by and for D.C.
With your help, we pursue stories that hold leaders to account, demystify opaque city and civic processes, and celebrate the idiosyncrasies that make us proud to call D.C. home. Put simply, our mission is to make it easier — and more fun — to live in the District. Our members help keep local news free and independent for all:

# Attachment 10

# Bike lanes that greatly reduced crashes on National Mall set for removal

**w̄p** **washingtonpost.com**/dc-md-va/2026/03/20/15th-street-dc-bike-lane-removal

Liam Scott                                                                                      March 20, 2026



The federal government is expected to begin removing bike lanes around the National Mall on Monday, just a few years after they were constructed, according to two District Department of Transportation staffers and two local bicycle advocacy groups.

The National Park Service hasn't publicly confirmed the removal and did not respond to a question about it from The Washington Post.

The Federal Highway Administration (FHWA) is expected to begin construction Monday to remove the portion of the 15th Street NW bike lane that goes through the National Mall, which falls under the federal government's jurisdiction via the Park Service, according to the Washington Area Bicyclist Association.

The anticipated removal has raised safety concerns among residents since reports show the bike lanes were effective at reducing congestion.

A Park Service spokesperson did not respond to specific questions about the 15th Street bike lane removalbut spoke in general terms about decisions officials are making.

NPS-AR-001326

"With the upcoming National Cherry Blossom Festival and preparations underway for America's 250th anniversary, ensuring safe access for residents, commuters, visitors, and emergency services is a shared priority," the spokesperson said in an emailed statement. "These nationally significant events draw substantial visitation and require coordinated infrastructure planning to support mobility, security, and a positive experience for all."

The Interior Department, which also did not respond to specific questions about the bike lane removal,sent the same statement as the Park Service.

When asked about the issue, the FHWA said the change was about returning "common sense into city planning."

"As part of the President's initiative to revitalize Washington, D.C., we are collaborating with the Department of the Interior to restore common sense into city planning," FHWA spokeswoman Melissa Braid said in an emailed statement.

"With major events approaching — including the National Cherry Blossom Festival and Freedom250 celebrations — it is essential to improve traffic flow for the hundreds of thousands of tourists expected in D.C. this year. Bike lane placements must complement normal road activities, not compete with them," Braid added.

In a Friday afternoon statement, Mayor Muriel E. Bowser (D) said removing the 15th Street bike lanes between Constitution Avenue and the Tidal Basin "would likely increase conflicts between pedestrians, cyclists, and vehicles, especially at one of the busiest times of the year."

The corridor carries nearly 4,000 daily riders, according to Bowser. Removing the lanes "would push cyclists into traffic or onto crowded sidewalks, creating new safety risks for everyone," she said. "Keeping the bike lane in place helps manage high volumes safely and ensures a better experience for all who are visiting the District."

The Trump administration has previously said grants that include "reducing lane capacity for vehicles" with bike lanes or pedestrian infrastructure are "hostile" to cars and "counter" to the Department of Transportation's "priority of preserving or increasing roadway capacity for motor vehicles."

Most of the bike lanes on 15th Street fall under the jurisdiction of the District Department of Transportation, but the affected portion is on federal land. The bike lane is one of the most popular in the District. In late February, about 100 cyclists gathered in Washington to protest the potential removal of bike lanes in Washington.

In an emailed statement, a DDOT spokesperson said that since the 15th Street protected bike lane south of Constitution Avenue is on federal land, "decisions regarding changes or removal of this segment are not within the authority of the District Department of Transportation."

The agency "remains fully committed to the development of our bicycle network and has no plans for the removal of the 15th Street Protected Bike Lane north of Constitution Avenue," the spokesperson added.

The protected bike lanes along the 15th Street corridor were constructed to improve safety along the busy transit route, according to Kalli Krumpos, advocacy director at the Washington Area Bicyclist Association. About one mile of the 15th Street bike lanes fall under federal control around the National Mall, according to Krumpos, who said she wasn't sure which specific portions were under threat of removal.

"The National Mall is a highlight for people in the region and from across the country, but it was a dangerous location for people driving, for people walking, for people biking," Krumpos said.

Braid said the 15th Street bike lanes "have dramatically reduced roadway capacity." A 2026 DDOT study on the bike lane's impact presents a different picture.

After the project was installed, all roadway crashes along the corridor decreased by 46 percent, and bicycle injury crashes decreased by 91 percent, according to the study. The DDOT spokesperson called those statistics "a tremendous testament" to the safety impact of protected bike lanes.

The 15th Street bikes lanes also improved the flow of traffic. After the project was installed, speeds increased by 17 percent, with peak northbound travel time decreasing by 36 seconds and peak southbound travel time decreasing by 40 seconds on the corridor, according to the study.

"This project is doing all the right things," Krumpos said. "The data shows that the project is working and that there is not a negative impact for people driving."

Krumpos said she believes the decision to remove the lanes was a political one.

"This is a demonstration of power. D.C.'s lack of statehood makes it really difficult for us to stand up for ourselves," she said. "This is a project that clearly was implemented for safety reasons. The results show that it had safety impacts, but we believe it's being taken out because of political reasons."

Jeremiah Lowery, founder of the Bike, Walk and Bus PAC, which advocates for sustainable transportation in Washington, said he separately confirmed the impending bike lane removal with DDOT staffers. Lowery said he was frustrated by the lack of public communication from the Park Service about the bike lane removal. "It's another misguided decision by the Trump administration, with no public input, with no concrete rationale," Lowery said.

Advisory neighborhood commissioner Matthew Holden agreed: "That just shows that they know it's an unpopular decision, and they want to do it because they can."

Before the bike lanes were constructed around the National Mall, Holden said, "it would be just a mess" to ride his bike through the area in the morning to work. After the bike lanes were constructed, "it's a night-and-day difference."

Even if the bike lanes are removed, it doesn't mean people will stop riding their bikes there — which has Krumpos worried about an increase in crashes.

"It's one of the busiest corridors across the region. People are still going to be biking there. We are really worried about cherry blossom season," Krumpos said. "It's going to be confusing for people trying to get around. They're going to be less safe."

Washington's cherry blossoms are an economic driver for the city: According to 2024 data, the festival brought in $202 million in visitor spending.

"If there's a reputation that it's harder and harder to visit the Cherry Blossom Festival, because cars are choking the roads, and it makes it an unpleasant experience visiting the Mall," Holden said, "I think that people might decide not to come."

*Rachel Weiner and Kendall Staton contributed to this report.*

# Attachment 11



# Getting to the Cherry Blossoms 2026

The National Cherry Blossom Festival invites you to celebrate cherry blossom season in the District. "Find your Bloom" and embrace the blossom magic by leaving your car behind and trying transit to get to festival events.

## TRANSIT OPTIONS


**METRORAIL**
Rides start at $2.25. Pay with a SmarTrip® card, mobile wallet, or credit/debit card.
**wmata.com/rail**


**CAPITAL BIKESHARE**
Check out a bike and return it to any station. A single trip up to 45 minutes starts at $1.
**capitalbikeshare.com**


**METROBUS**
Buses run on a schedule and rides cost $2.25. Pay with a SmarTrip® card, mobile wallet, or credit/debit card.
**wmata.com/bus**


**MICROMOBILITY**
Scooters and dockless bikes are available; prices vary by provider.
**goDCgo.com/scooter**

## TRIP PLANNING TOOLS

 
**Citymapper**
IOS
ANDROID


**Google Maps**
IOS
ANDROID


**Metro Pulse**
IOS
ANDROID

 
**Transit App**
IOS
ANDROID

*For a full schedule of events,* **visit** NationalCherryBlossomFestival.org.

---

### BLOOMFEST AT THE TIDAL BASIN



**Date(s):** During Peak Bloom
**Time:** 10am - 6pm (Welcome Area)
**Time:** 12pm - 6pm (ANA Stage)
**Location:** South Lawn of the Jefferson Memorial

Live performances among the blossoms at the Tidal Basin celebrate the longstanding friendship between the US and Japan with a dynamic, cross-cultural mix of American, Japanese, and other performing arts. The Welcome Area will feature resources, Ranger Talks, activities, refreshments, and more!

🚊 Smithsonian ●●●
🚲 17th St & Independence Ave SW
Lincoln Memorial
Ohio Dr & West Basin Dr SW / MLK & FDR Memorials
Jefferson Dr & 14th St SW
🚌 D50, A29, F19

### OPENING CEREMONY



**Date:** March 21
**Time:** 5pm - 6:30pm
**Location:** DAR Constitution Hall

Co-presented with The Japan Foundation, the Opening Ceremony celebrates the Festival's roots and the gift of trees showcasing Japanese performing arts and culture. This one-time-only performance featuring world-renowned artists is a celebration of the friendship between the US and Japan. Featured performances include sword dances by Futago Onikenbai and pop award-winning singer Ayaka Hirahara.

🚊 Farragut West ●●●
Federal Triangle ●●●
🚲 18th & C St NW
19th St & Constitution Ave
Virginia Ave & C St NW
🚌 A49, F19, D96, D74, D82

### BLOSSOM KITE FESTIVAL



**Date:** March 28
**Time:** 10am - 4pm
**Location:** Washington Monument (north side between 15th & 17th St NW)

Bring on the kite flying fun with activities, music, competitions, and performances. Kite enthusiasts, beginners, families, and friends are all welcome – bring your own kite, or children can make a kite to fly at an activity station (while supplies last).

🚊 Federal Triangle, Smithsonian ●●●
🚲 15th St & Constitution Ave NW
17th St & Independence Ave SW
Jefferson Dr & 14th St SW
🚌 A29, F19, D50, A49, D96

---

### OXON RUN PINKNIC & KITE FLY



**Date:** March 29
**Time:** 12pm-3pm
**Location:** Oxon Run Park

This event in is a free, family-friendly spring celebration featuring colorful kite flying, live entertainment, food vendors, and activities for all ages. Located in Ward 8, visitors and residents are encouraged to attend and celebrate the joy of spring.

🚊 Congress Heights ●
🚲 Valley Ave & Wheeler Rd SE
🚌 C29 C27 C13 C21, C15, P93, P94, P97

### PETALPALOOZA®



**Date:** April 4
**Time:** 1pm - 9pm
**Fireworks:** 8:30pm
**Location:** The Yards Park - Navy Yard Metro (Dept of Transportation Exit)

This free festival takes over the Capitol Riverfront with art, music, and more, culminating in dazzling fireworks over the Anacostia River as the Frederick Douglass Memorial Bridge is lit up in pink.

🚊 Navy Yard-Ballpark ●
🚲 3rd & Tingley St SE
1st & Potomac Ave SE
1st & N St SE
🚌 C11, C55, C31, C53
🚲 3rd, 4th, 5th, & Water Street SE will be closed

### JAPANESE STONE LANTERN LIGHTING CEREMONY

**Date:** April 5
**Time:** TBD
**Location:** Japanese Lantern (Independence Ave SW at the West End of Kutz Bridge)

Join the National Conference of State Societies and National Park Services for a traditional lighting of the Hapenese Stone Lantern located against the cherry blossom trees. This ceremony will feature remarks from US officials and Japanese diplomats, traditional songs, and music

🚊 Smithsonian ●●●
🚲 17th St & Independence Ave SW
Lincoln Memorial
Ohio Dr & West Basin Dr SW / MLK & FDR Memorials
Jefferson Dr & 14th St SW
🚌 D50, A29, F19

---

### NATIONAL CHERRY BLOSSOM FESTIVAL PARADE®



**Date:** April 11
**Time:** 11am-1:30pm
**Location:** Constitution Avenue NW between 7th & 17th St NW

This energy-filled celebration brings colorful balloons, elaborate floats, marching bands, celebrities, and performers, like musical group Quad City DJ's and Grammy-nominated Kathy Sledge. Experience the parade through free standing room access or paid, reserved grandstand seating from $25-40.

🚊 Archives-Navy Memorial-Penn Quarter ●●
Federal Triangle ●●●●
Metro Center ●●●●
🚲 10th St & Constitution Ave NW
15th St & Constitution Ave NW
🚌 32, 36, 59, 63, 64, 70, 74, 79, P6, D6, S2

*Visit* nationalcherryblossomfestival.org *for road closures.*

### CREDIT UNION CHERRY BLOSSOM 10 MILE



**Date:** April 12
**Time:** 7:18am - Elite Women's Start
7:30am - 10 Mile Start
**Location:** Washington Monument Grounds

The Cherry Blossom 10 Miler is an annual race established in 1973 that takes runners on a scenic journey through historic landmarks in the District. Set against the backdrop of peak cherry blossom bloom, this race offers a unique, breathtaking view for runners. The two-day race event features a kids run, 5K, and 10K race.

**Washington Monument:**
🚊 Federal Triangle, Smithsonian ●●●
🚲 Jefferson Dr & 14th St SW
Smithsonian-National Mall/Jefferson Dr & 12th St SW
15th St & Constitution Ave NW
17th St & Independence Ave SW
🚌 A29, F19, D50, A49, D96

*Visit* nationalcherryblossomfestival.org *for road closures.*

### SAKURA MATSURI - JAPANESE STREET FESTIVAL



**Date:** April 12 & 13
**Time:** TBD
**Location:** Pennsylvania Ave NW between 3rd & 7th St NW

The Sakura Matsuri - Japanese Street Festival is the largest celebration of Japanese culture in the United States. Celebrating its 63rd year, this festival features 24 hours of Japanese cultural performances, exhibitors and food.

🚊 Archives-Navy Memorial-Penn Quarter ●●
🚲 Consititution Ave & 2nd St NW/DOL
4th St & Madison St NW
6th St & Indiana Ave NW
17th St & Independence Ave SW
🚌 32, 36, 70, 74, 79, A6, D6, P6, S2, X8