# EXHIBIT B

# Government of the District of Columbia
## Department of Transportation



**Office of the Director**

**MEMORANDUM**

| | |
|---|---|
| **TO:** | Elizabeth Kiker, WABA |
| **FROM:** | Multimodal Strategy & Evaluation Branch, DDOT |
| **DATE:** | Monday, April 6, 2026 |
| **SUBJECT:** | Responses to Questions on 15th St NW/SW Multimodal Before/After Analysis |

---

**Purpose:**

This memorandum serves as a response to WABA's data inquiry about the before/after analysis of the 15th St NW/SW multimodal facility. DDOT's before/after evaluation methodology is shared on the website: https://before-after-evaluations.ddot.dc.gov/; however, additional details were requested regarding the methodology and analysis.

**Summary Findings:**

- Federal Highway Administration (FHWA) published Crash Modification Factors (CMFs) for roadway safety countermeasures show 44.8% reduction in crashes by adding a separated bike lane, 40% increase in crashes where bikes share lanes with vehicles at signals, and 25% increase in crashes when vehicular travel lanes are increased from 4 to 6 lanes.

- associated with Compared to citywide crashes, the 15th St Protected Bike Lane *outpaced citywide reductions in bicycle and overall crashes*, with adjusted crash rates of -39% and -20.5% respectively.

- When controlling for changes in volume on the corridor, analysis indicates improvements in corridor safety by reducing crashes with *Crashes per 100 million Vehicle Miles Traveled reducing by 16.1%.* Using updated turning movement counts collected in 2026, Crashes per Million Entering Vehicles also reduced 23.7%.

- Normalizing bicycle crashes by cyclists' miles of travel indicates *a much larger decrease in bike crashes* than the raw numbers provided in DDOT's Before and After report, with a 92.7% reduction in bike crashes per 100,000 Cyclist Miles Traveled.

- Updated 2025 data on the corridor *shows further reductions in congestion*, with average speeds increasing 20% (25% peak periods) and travel times decreasing by 40 seconds (45 seconds during peak periods) compared to 2018.

**Background / Context:**

Inherently, corridor level before/after evaluations are not statistically significant findings, however they provide a quick comparison of how the corridor performed before and after the corridor project. This evaluation is to increase transparency with the public regarding DDOT's corridor projects and show if the outcomes achieve the project's stated goals.

Although DDOT provided data for the 15th Street NW/SW corridor, proving causation or statistical significance of safety countermeasures takes far more crash data than available on one roadway segment. Federal Highway Administration (FHWA) hosts a clearing house of all Crash Modification Factors (CMFs) for roadway safety countermeasures. CMFs reflect the safety effect of a countermeasure, whether it is a decrease in crashes (CMF below 1.0), or an increase in crashes (CMF above 1.0). DDOT uses safety countermeasures with CMFs in the design of corridor projects, including 15th Street NW/SW. Below are peer-reviewed and statistically significant studies that should be given great weight in understanding the safety of a roadway.

| Countermeasures Installed in 2021 Multimodal Project: | | | |
|---|---|---|---|
| *Countermeasure* | *Crash Modification Factor* | *Crash Reduction Factor (%)* | *Study* |
| Separated Bicycle Lanes | 0.552 | 44.8% | Avelar et al. 2023 |
| Road Diet | 0.62 | 38% | Linda Lim and Michael D. Fontaine 2022 |

| Countermeasures to Remove 2021 Multimodal Project: | | | |
|---|---|---|---|
| *Countermeasure* | *Crash Modification Factor* | *Crash Reduction Factor (%)* | *Study* |
| Shared Lanes at Signalized Intersections | 1.4 | -40% | Turner et al. 2011 |
| Increase in travel lanes from 4 to 6 | 1.25 | -25% | Kononov et al. 2008 |

**Data Verification and Methodology**

The review of DDOT's Before/After report on the 15th Street SW/NW Multimodal Project identified the following areas where additional clarifications or data may be helpful.

*Citywide Crash Trends*
A stated concern in the review of DDOT's Before and After report on 15th Street SW/NW Multimodal Project is that the reduction in crashes is indicative of larger citywide crash trends and could not be a result of the corridor project. Below are the same crash statistics citywide, for the same time periods, to help contextualize the corridor's performance and support comparative interpretation of the crash decreases of the 15th St NW/SW project.

| Crashes on 15ᵗʰ St NW/SW compared to citywide, Jan 2017 – Dec 2019 vs Apr 2022 – Mar 2025 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | *Segment* | | | *Citywide* | | | ***Adjusted Crash Rate, segment*** |
| | *Before* | *After* | *% Change* | *Before* | *After* | *% Change* | |
| Bicycle Crashes | 13 | 4 | -69.2% | 4416 | 1546 | -30.2% | **-39%** |
| Pedestrian Crashes | 4 | 3 | -25.0% | 3588 | 2699 | -24.8% | **-0.2%** |
| All Crashes | 119 | 64 | -46.2% | 79934 | 59381 | -25.7% | **-20.5%** |

*Data collection periods*
Federal standards set by FHWA state that to conduct a safety analysis, a minimum of 3 years of data must be utilized. Since this project was constructed in 2021, during a national pandemic that had significant impacts on transportation trends, the analysis includes 'after' crash data from March 2022 to March 2025. To ensure the pandemic trends did not impact the 'before' data period, DDOT does not use any crash data from 2020, resulting in 2017-2019 before data.

*Use of 100-day metrics*
All crash data provided is normalized by time to provide a 100-day metric. This allows the study to use different lengths of time for 'before' and 'after' periods while providing comparable metrics until equal time periods are available.

*Million Entering Vehicles (MEV) and Vehicle Miles of Travel (VMT)*
DDOT's before and after reports currently use intersection turning movement counts (TMCs) to calculate vehicle volumes on the corridors. TMCs allow the agency to use existing data that has already been collected but include the limitations of daily changes in volumes and peak hour counts (FHWA, n.d.).

AADT volumes, accessible on the DC OpenData website, provided by FHWA Highway Performance Monitoring System (HPMS) are not always true data counts and often interpolated. On the segments of interest on 15th St NW, true counts were taken in 2018 and 2024; volume data provided in between (2019, 2023) are projected estimates based off 2018 (pre-pandemic) data. TMCs therefore are used for volume analysis in the Before/After reports, and crashes are normalized using Million Entering Vehicles (MEV) rather than Vehicles Miles of Travel (VMT).

For further analysis, crashes per 100 million Vehicle Miles Traveled are estimated using the data from the Before/After and updated TMCs from March 2026. To approximate the Daily VMT of the segment, the peak hour volumes are used to estimate a daily count on the corridor using a K-factor of 0.1 (Ficek, 2013) and multiplied by the study segment length.

| Crashes per 100 million Vehicle Miles Traveled (VMT) = R | | | |
|---|---|---|---|
| | *Before* | *After* | *% Change* |
| C (total crashes in observation period) | 119 | 64 | -46.2% |
| V (daily Volume from TMCs) | 11,223.8 | 7194.0 | -35.9% |
| N (no. of years in observation period) | 3 | 3 | |
| L (segment length, mi.) | 0.791 | 0.791 | |
| **R = (C x 100,000,000)/(V x 365 x N x L)** | **1,224.12** | **1,027.12** | **-16.1%** |

DDOT also updated the *Crashes per 100 days per MEV* figure to account for new volume data collected.

| | *Before* | *After* | *% Change* |
|---|---|---|---|
| Daily Volume | 11,223.8 | 7,914.0 | -29.5% |
| Daily Crash Rate | 0.108 | 0.0584 | -46.3% |
| **Crashes per MEV** | **9.69** | **7.39** | **-23.7%** |

Both crashes per VMT and per MEV show similar trends of a **decrease** in crashes after the installation of the 15th Street Multimodal Project when normalizing for vehicle volumes.

*Bicycle Crashes*
To further analyze impacts of the corridor projects, updated TMCs were collected in March 2026. Similar to normalizing exposure to crashes by VMT, DDOT conducted an analysis comparing the bike crashes to Cyclist Miles of Travel (CMT) using the daily volume data and segment length. Crashes were normalized against bicycle volumes using the new TMC data to understand cyclist exposure. Daily bike volumes were calculated from peak hour counts using the same method described in the previous (VMT) section.

| | *Before* | *After* | *% Change* |
|---|---|---|---|
| Bike Daily CMT | 868.8 | 3,650.0 | 320.1% |
| Number of days in analysis period | 1094 | 1095 | 0.1% |
| **Bike crashes per 100,000 cyclist mi** | **1.73** | **0.13** | **-92.7%** |

Normalizing bicycle crashes by cyclists' miles of travel indicates a much larger **decrease** in bike crashes than the raw numbers provided in DDOT's Before and After report.

*Vehicle Travel Times*
DDOT's published Before and After report for 15th Street NW/SW utilizes May and October 2024 data for vehicle speeds. May and October are the months selected as they exhibit the most regular roadway usage. Below is the updated vehicle speeds data for the Before/After Analysis with May and October 2025 data.

| Speeds, May/October 2018 to 2025 | |
|---|---|
| | *% Change before vs after* |
| *Speeds, peak period* | 25% |
| *Speeds, all* | 20% |
| AM NB | 23% |
| AM SB | 29% |
| PM NB | 39% |
| PM SB | 11% |

Vehicle travel times and speeds show a more efficient corridor with the installation of the 15th Street NW/SW project. While these changes may also reflect lower vehicle volumes, it should be noted that the multimodal project **did not increase congestion** along the corridor, nor is the extra vehicle capacity needed.

**Conclusion**

Additional analysis and normalization for exposure shows that after the 15th Street NW/SW Corridor Project was installed the corridor saw a decrease in crashes and no effect on vehicle congestion. Depending on the method for normalizing, crash reductions ranged from 16% to 24% for all roadway crashes and 93% reduction in bicycle-related crashes. Compared to city-wide crash trends, 15th Street NW/SW outpaced the city in crash reductions by 39% for all crashes and 20% by bicycle crashes.

Data Processing and Limitations:

Most initial reports from responding law enforcement officers from Metropolitan Police Department (MPD) are generally available in MPD's internal database within 2 days. Some reports may take additional time if MPD is still gathering relevant information or performing internal quality checks, however these are still generally available within 1 week from the date of the crash. DDOT utilizes contractor support for both automated and manual processing and review, to provide increased crash data quality. This can sometimes result in delays of several weeks to months. DDOT is pursuing improvements to address these occasional delays. These challenges require individual review to ensure the crash narrative, location, and attributes are correct before using in an analysis. Because of this additional review and the period in which DDOT conducted the analysis, the 'after' crash period consisted of data from March 2022 to March 2025.

Additionally, most traffic crashes on federally owned roadways (such as on or near the National Mall) are responded to by other law enforcement bodies such as National Park Service (NPS), United States Capitol Police, or United States Secret Service. In such cases, those entities do not automatically provide crash reports to DDOT or MPD in a standard format or timeline.

References:

- MWCOG, 2026. *2025 State of the Commute Report.* https://www.mwcog.org/file.aspx?D=Ae427wThC1yGc5fELObNZg9fORhVmFOpMWfGlB4189Y%3d&A=OamLVoBkO4gFZDMmpaIvvdMDivMx7cObU5g8Kub9kMY%3d. P 20-21.
- FHWA, n.d. *Improving Safety on Rural Local and Tribal Roads Safety Toolkit.* https://highways.dot.gov/safety/local-rural/improving-safety-rural-local-and-tribal-roads-safety-toolkit/step-2-conduct
- Ficek, Bryant, 2013. T*raffic Impact Study Process – Part 4: Traffic Data Collection.* Street Logic Pro. https://www.streetlogic.pro/blogs/trafficengineeringandmore/traffic-impact-study-part-4?srsltid=AfmBOookUAi5Z-n2054uA9fsOkt029Khq9h2KQj4Ca8YHOZ2PDolQD0X*, citing Table 41 of NCHRP Report 365 – Travel Estimation Techniques for Urban Planning.*