**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WASHINGTON AREA BICYCLIST ASSOCIATION, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>DOUGLAS BURGUM, in his official capacity as SECRETARY OF THE INTERIOR;<br><br>DEPARTMENT OF THE INTERIOR;<br><br>JESSICA BOWRON, in her official capacity as ACTING DIRECTOR, NATIONAL PARK SERVICE;<br><br>NATIONAL PARK SERVICE;<br><br>SEAN DUFFY, in his official capacity as SECRETARY OF TRANSPORTATION;<br><br>DEPARTMENT OF TRANSPORTATION;<br><br>SEAN MCMASTER, in his official capacity as ADMINISTRATOR, FEDERAL HIGHWAY ADMINISTRATION;<br><br>FEDERAL HIGHWAY ADMINISTRATION,<br><br>*Defendants*. | Case No. 1:26-cv-00988-ABJ |

**JOINT STATUS REPORT**

On July 22, 2026, Plaintiff Washington Area Bicyclist Association, Inc. ("WABA") filed a Motion for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act ("Fee Motion"). Dkt. No. 35. On September 9, 2026, Defendants moved to stay briefing on WABA's Fee Motion to allow the parties to complete a settlement. Dkt. No. 38. The Court granted

Defendants' motion to stay on September 10, 2026, and ordered the parties to file a status report by October 16, 2026, if the Fee Motion had not been resolved.

The parties submit this joint status report to notify the Court that the parties reached a settlement agreement on September 29, 2026, and Defendants have initiated the payment process. The parties respectfully request that briefing on WABA's Fee Motion remain stayed, pursuant to this Court's order (Dkt. No. 38), and further request permission to file a further status report within 30 days of this status report or five days after WABA's receipt of payment, whichever is earlier.

Dated: October 15, 2026

Respectfully submitted,

By: *<u>/s/ Thomas Brugato</u>*

Thomas Brugato (D.C. Bar No. 1013523)
Gary S. Guzy (D.C. Bar No. 375977)
Daniel G. Randolph (D.C. Bar 230150)
Christina Coleburn (*pro hac vice*)
Kristin Oakley (*pro hac vice*)
Benjamin Rolsma (*pro hac vice*)

COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-5515
tbrugato@cov.com
gguzy@cov.com
drandolph@cov.com
ccoleburn@cov.com
koakley@cov.com
brolsma@cov.com

*Attorneys for Plaintiff Washington Area Bicyclist Association, Inc.*

By: *<u>/s/ Judith E. Coleman</u>*

Judith E. Coleman
Trial Attorney (DC Bar No. 980382)
U.S. Department of Justice
Energy & Natural Resources Division

Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Tel: (202) 305-5031
Email: Judith.Coleman@usdoj.gov

*Attorney for Defendants*