**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WASHINGTON AREA BICYCLIST ASSOCIATION, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>DOUGLAS BURGUM, in his official capacity as SECRETARY OF THE INTERIOR;<br><br>DEPARTMENT OF THE INTERIOR;<br><br>JESSICA BOWRON, in her official capacity as ACTING DIRECTOR, NATIONAL PARK SERVICE;<br><br>NATIONAL PARK SERVICE;<br><br>SEAN DUFFY, in his official capacity as SECRETARY OF TRANSPORTATION;<br><br>DEPARTMENT OF TRANSPORTATION;<br><br>SEAN MCMASTER, in his official capacity as ADMINISTRATOR, FEDERAL HIGHWAY ADMINISTRATION;<br><br>FEDERAL HIGHWAY ADMINISTRATION,<br><br>*Defendants*. | Case No. 1:26-cv-00988-ABJ |

**JOINT STATUS REPORT**

On July 22, 2026, Plaintiff Washington Area Bicyclist Association, Inc. ("WABA") filed a Motion for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act ("Fee Motion"). Dkt. No. 35. On September 9, 2026, Defendants filed an unopposed motion to stay briefing on WABA's Fee Motion to allow the parties to complete a settlement, which the Court

granted by minute order on September 10, 2026. Dkt. No. 38. The parties filed a joint status report on October 15, 2026, notifying the Court that the parties had reached a settlement agreement and that Defendants had initiated the payment process, and requested a further stay. Dkt. No. 39. The Court granted that request on October 16, 2026 and ordered the parties to file another status report in 30 days or within five days of final payment.

The parties respectfully submit this joint status report to notify the Court that Defendants completed the payment process on October 23, 2026, and thus WABA's Fee Motion has been resolved.

Dated: October 27, 2026

Respectfully submitted,

By: /s/ *Thomas Brugato*

Thomas Brugato (D.C. Bar No. 1013523)
Gary S. Guzy (D.C. Bar No. 375977)
Daniel G. Randolph (D.C. Bar 230150)
Christina Coleburn (*pro hac vice*)
Kristin Oakley (*pro hac vice*)
Benjamin Rolsma (*pro hac vice*)

COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, D.C. 20001-4956
(202) 662-5515
tbrugato@cov.com
gguzy@cov.com
drandolph@cov.com
ccoleburn@cov.com
koakley@cov.com
brolsma@cov.com

*Attorneys for Plaintiff Washington Area Bicyclist Association, Inc.*

By: /s/ *Judith E. Coleman*

Judith E. Coleman
Trial Attorney (DC Bar No. 980382)

U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Benjamin Franklin Station
Washington, DC 20044
Tel: (202) 305-5031
Email: Judith.Coleman@usdoj.gov

*Attorney for Defendants*